IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>BRIAN COLE, JR., )<br>)<br>    Defendant. )<br>) | Case No. 1:26-cr-00001 |

**NOTICE OF APPEARANCE**

John R. Glover, of the law firm Litson PLLC, gives notice of his appearance in the above-captioned matter as counsel of record on behalf of defendant Brian Cole, Jr., and requests that all further pleadings, correspondence, and other communications be directed and served at the address shown in the signature line below.

Date: January 5, 2026

Respectfully submitted,

*/s/ John R. Glover*
John R. Glover (*Pro Hac Vice*)
Litson PLLC
54 Music Sq. E. Ste 300
Nashville TN, 37203
Tel: 615-985-8205
JR@litson.co
*Attorney for Brian Cole Jr.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 5th day of January, 2026, a true and correct copy of the foregoing has been served via the Court's CM/ECF system upon all counsel of record.

    */s/ John R. Glover*