# ORP, LLC

## FAIRFAX, VA 22030

Date:   December 12, 2025

Re:   Character Reference Letter for Brian Cole Jr.

This letter is being presented in reference to the character of Brian Cole Jr.

I am currently the property manager for the building located at ▉▉▉▉▉▉▉ in Fairfax Virginia. The Cole family, and their various businesses, have been one of my tenants for approximately 22 years.

During this time my experience with the Cole family has been nothing but positive. They have always paid their rent on time, been respectful of the property, and been great neighbors to the other tenants.

Since Brian Cole Jr. has been coming into the Fairfax office, he keeps to himself and has not caused any disruption on the property or to other tenants. From what I have seen, his daily routine is to monitor the front desk in suite 101, make trips to the bank, and other administrative tasks for the business. While completing these tasks, I have not seen or heard anything from Brian Cole Jr. that would be considered violent, disruptive, or concerning. I have only known him to be quiet, respectful, and kind.

While I understand the seriousness of the charges against Brian Cole Jr., these charges seem totally out of character from the Brian Cole Jr. that I have observed over many years.

If I can be of further assistance, please do not hesitate to contact me.

Sincerely,

*[signature]*

J▉▉▉ P P▉▉▉

# Independent Surety Agents of America, LLC

R███ L S███

Jacksonville, NC 28546

Date:    December 8, 2025

Re:    Character Reference Letter for Court

Subject:    Brian Cole Jr.

I am writing this letter to provide insight into the character of Brian Cole Jr., as to the young man that I know him to be. I was hired by his father, Brian J Cole, in May of 2003 to work in the office of the Bail Bonding Business at that time called Cole Surety but now known as Independent Surety Agents of America, LLC.

During this time, I have observed Brian Cole Jr going from a young boy to a young man who never showed anger or frustration. He has always been a very polite and respectful and always showed kindness to the other employees or clients coming into the office. Brian Jr has always been a calm person who loved computers. Even though I moved from that area in 2006, I have had the pleasure of dealing with Brian Jr when he answers the phone at the office.

I know I can only give a very limited amount of information, but I do know that the charges against him does not fit the character of the young man that I know.

If you have any questions, please do not hesitate to contact me at ███.

Sincerely,

R███ L S███



# VZ COLLECTIVE
### VA DCJS School ID #88-30202

Date:     December 6, 2025

Re:       Character Reference Letter for Court
Subject:  Brian Cole Jr.

I am writing this letter to provide insight into the character of Brian Cole Jr., whom I have known for over ten years in the capacity as a business associate of his father and as a Private Security Services DCJS instructor for the private security and the bail bonding programs. This letter is submitted in support of Brian's pending court cases.

During the time that I have known Brian Cole Jr., I have had the opportunity to observe his personal and professional behavior. One of the most admirable qualities that stands out is and was his peaceful nature.

Over the years of my interactions with him, I have never seen him emotionally angry, upset, or even frustrated. His demeanor has always been calm, collected, respectful, and simply kind to others. He was at work every day I had occasion to go to the business office, and he was always committed to doing his work and manning the front desk of the office.

I understand the seriousness of the situation that Brian Cole Jr. is currently facing and do not wish to undermine the legal process. However, the limited information I possess and the alleged actions leading to his involvement in the case are not reflective of his true character. I have only witnessed him as a decent and well-mannered young man in all my encounters and interactions with him.

Should you require any further information or wish to discuss this matter in more detail, I may be reached directly on my cell phone at [redacted].

Thank you for your time and consideration.

K███ E. V███

VZ Collective (VA DCJS ID #88-30202)

1



# Heads & Hearts Together, LLC

High Point, NC 27265

Date:       December 8, 2025

Re:         Character Reference Letter

Subject:    Brian Cole, Jr.

I am writing this letter in support of Brian Cole, Jr., and to give my knowledge of his character. I have the pleasure of being a part of the Cole's Surety 'family' for twenty-five years in the role of Manager of one of the bail bonding businesses in North Carolina.

Whenever interacting with Brian Cole, Jr., he has always had a quiet, calm, and respectful demeanor. On every occasion I had to speak with him, he was never angry, emotional or raised his voice. He never missed a day of work and is a valued asset of the office staff.

The public portrayal of his involvement in this situation saddens me greatly as it does not reflect the character of the young man I have had the privilege of knowing these many years.

In the event I can offer more insight or discuss this matter further, I can be available anytime. Thank you for any consideration you may give to my words.




Jr.

Gainesville, VA 20155

December 11, 2025

To Whom It May Concern,

I am writing this letter to provide a character reference for my step-grandson, Brain Cole, Jr. I have known Brian all his life, and during this time, I have had the privilege of watching Brain grow into a responsible, caring, and hardworking individual.

Brain consistently demonstrates qualities such as integrity, kindness, and respect for others. He has shown great dedication to work, his dog and family responsibilities. For instance, I have never seen him angry or disrespectful to anyone. My interactions with Brian has aways been positive and very polite. He was always at work doing his job diligently and not bothering anyone else.

In addition to his strong moral character, Brain is dependable and trustworthy. I have no doubt that he will continue to make positive contributions to his community and uphold the values that define good character.

Please feel free to contact me at ▮▮▮ or ▮▮▮ if you need any additional information.

Sincerely,


Jr.