# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>BRIAN COLE, JR.,  )<br>  )<br>  Defendant.  )<br>  ) | Case No. 1:26-cr-00001 |

## NOTICE OF FILING OF EXHIBITS IN SUPPORT OF REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR REVOCATION

Defendant Brian Cole Jr. respectfully submits this Notice of Filing of Exhibits in support of his reply in support of his motion for revocation of the Magistrate Judge's order denying pretrial release with strict conditions (Dkt. 51). Exhibits attached to this notice are as follows:

1. Letter by Dr. Black;

2. Declaration of Delicia Cole; and

3. Declaration of Brittany Cole.

Respectfully submitted this January 27, 2026.

                                        **/s/ J. ALEX LITTLE**
                                        J. Alex Little (Pro Hac Vice)
                                        Zachary C. Lawson (Pro Hac Vice)
                                        John R. Glover (Pro Hac Vice)

                                        **LITSON PLLC**
                                        54 Music Square East, Suite 300
                                        Nashville, TN 37203
                                        Telephone: 615-985-8205
                                        alex@litson.co

**/s/ MARIO B. WILLIAMS**
Mario B. Williams
Ga. Bar No. 235254 (Pro Hac Vice)

**/s/JOHN SHOREMAN**
John M. Shoreman
DC Bar #407626

**HUMANITY DIGNITY AND RIGHTS LLC**
Life Time Work - Buckhead - at Phipps Plaza
3480 Peachtree Road, NE, Second (2nd) Floor
Atlanta, Georgia 30326
Tel: 470-257-2485
mwilliams@hdrattorneys.com
jms@mcfaddenshoreman.com

*Counsel for Brian Cole Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day served a copy of the foregoing pleading upon all attorneys of record via the Court's electronic filing system.

Respectfully submitted on this January 27, 2026,

                                        **/s/ALEX LITTLE**
                                        Alex Little (Pro Hac Vice)