# CENTER for ASSESSMENT AND TREATMENT
David O. Black, PhD, Director

January 27, 2026

Re: Brian Cole, Jr. (date of birth: ▮ 1995)

To Whom It May Concern:

I evaluated Brian Cole, Jr., December 16 and 19, 2025. Based on that evaluation I diagnosed him with Autism Spectrum Disorder, Level 1 (Requiring support) and Obsessive Compulsive Disorder. Over the past several years, Mr. Cole has repetitively wiped his phone of junk files. Repetitive behavior of this nature is consistent with behavior that is often seen in Obsessive Compulsive Disorder.

_____
David Black, Ph.D.
Neuropsychologist
Licensed Psychologist (MD #04542)

8401 Connecticut Ave, Suite 700
Chevy Chase, MD 20815

Office (240) 424-0184
Fax: (240) 580-2360

info@caatonline.com
http://caatonline.com