# DECLARATION OF BRITTANY COLE

1. I, Brittany Cole, state that I am over the age of eighteen and competent to make this sworn declaration.

2. I currently reside in Alexandria, Virginia.

3. Brian Cole, Jr. ("Brian") is my brother and employee.

4. In January 2021, I was employed at Statewide Bonding, Inc., with the position of Supervisor.

5. Brian was also employed at Statewide Bonding, Inc., with the position of Data Entry Specialist from approximately January 2020 to December 2026. Brian's role was to enter data from files that he was provided.

6. In addition to my job at Statewide Bonding, Inc., I was also a club promoter. I served as an event marketer for nightclubs, helping drive attendance and business for the clubs I marketed for.

7. As part of my work, I routinely had meetings and would attend events in the Washington, D.C., area. I attended these meetings and events as a networking event for my work and the nightclubs I marketed before.

8. Brian's attorneys had me review page 38 of the government's filing, Dkt. 50, as well as the text referenced in that filing between my mother and me in early January 2021.

9. On or about January 5, 2021, I traveled to Washington, D.C. The timing was consistent with my routine trips to the city for my work as a club promoter. I am

1

not aware of any other reason I would have traveled to Washington, D.C., on this date.

10. The government's filing quotes a text I sent to my mother, stating "I'm going to dc .. Grams said it may be crazy out there so I was just letting you know."

11. The context for this text is that I told my grandma that I would be traveling to Washington, D.C on or about January 5, 2021. My grandma warned me that she heard that there may be large-scale political protests and urged me to be safe. I sent this text to my mother informing her that I was traveling to Washington, D.C., and passing along the message my grandmother gave me.

12. My trip to Washington, D.C., on or about January 5, 2021, was not at all related to the events that transpired on or about January 5-6, 2021, including the crimes that Brian is accused of.

13. None of the texts between me and Brian or our mother were related to the events that transpired on or about January 5-6, 2021, including the crimes that Brian is accused of.

I, Brittany Cole, declare under penalty of perjury that the foregoing is true and correct.

Executed on January 27, 2026.

Signed by:
*Brittany Cole*
29E46B38199A471...
Brittany Cole