IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BRIAN COLE, JR., )<br>)<br>Defendant. )<br>) | Case No. 1:26-cr-00001 |

### DEFENDANT BRIAN COLE JR'S NOTICE OF APPEAL

Notice is hereby given that Defendant Brian Cole, Jr. appeals to the United States Court of Appeals for the District of Columbia from the (1) District Court's Order entered on January 16, 2026, denying him release under 18 U.S.C. § 3060 (Dkt. 49) and (2) the District Court's Minute Order entered on January 29, 2026, detaining him pending trial under to 18 U.S.C. § 3142.

This appeal is taken pursuant to 18 U.S.C. § 3145(c) and 28 U.S.C. § 1291 and Federal Rules of Appellate Procedure 3(c)(4), 4(b), and 9(a). The Clerk is respectfully requested to promptly transmit the record as necessary for expedited review.

Date: February 3, 2026        Respectfully submitted,

**/s/ J. ALEX LITTLE**
J. Alex Little (Pro Hac Vice)
Zachary C. Lawson (Pro Hac Vice)
John R. Glover (Pro Hac Vice)

**LITSON PLLC**
54 Music Square East, Suite 300
Nashville, TN 37203
Telephone: 615-985-8205

1

alex@litson.co
zack@litson.co
jr@litson.co

**s/ MARIO B. WILLIAMS**
Mario B. Williams
Ga. Bar No. 235254 (Pro Hac Vice)

**/s/JOHN SHOREMAN**
John M. Shoreman
DC Bar #407626

**HUMANITY DIGNITY AND RIGHTS LLC**
Life Time Work - Buckhead - at Phipps Plaza
3480 Peachtree Road, NE, Second (2nd) Floor
Atlanta, Georgia 30326
Tel: 470-257-2485
mwilliams@hdrattorneys.com
jms@mcfaddenshoreman.com

*Counsel for Brian Cole Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day served a copy of the foregoing pleading upon all attorneys of record via the Court's electronic filing system.

Respectfully submitted on this February 3, 2026,

**/s/ALEX LITTLE**
Alex Little (Pro Hac Vice)

2