**From:** ▮▮▮▮▮▮▮ <nobody@dizum.com>
**Sent:** Wednesday, April 1, 2026 1:12 PM
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** I'm armed and dangerous

I'm gonna drive from ▮ADDRESS▮ and shoot your client in her corrupt glownigger face