

U.S. Department of Justice

Jeanine Ferris Pirro
United States Attorney

*District of Columbia*

*Patrick Henry Building*
*601 D St., N.W.*
*Washington, D.C.  20530*

February 24, 2026

**VIA USAfx (Production)**
**VIA Email (Letter)**

John M. Shoreman, jms@mcfaddenshoreman.com
Mario Bernard Williams, mwilliams@hdrattorneys.com
John Ross Glover, jr@litson.co
Joseph Alex Little, IV, alex@litson.co
Zachary Carter Lawson, zack@litson.co

> **Re:**   ***United States v. Brian J. Cole Jr.*, Case No. 26-cr-0001 (AHA)**
> **Discovery – Production 4**

Dear Counsel:

This letter memorializes the discovery materials provided to the defense to date in the above-captioned case.

1

**February 24, 2026 (Production 4 via USAfx):**

Files > US v. Cole, 26cr1 -- Discovery > **Production 4**

NAME ↑

- 2660 Video Re-Disclosure
- ATF Materials
- Data Exports
- FBI Laboratory
- FBI SharePoint Materials
- MPD Materials
- POI Subfiles
- USCP Materials

The folders shown above contain the materials listed and/or described below. The materials will remain available for download from USAfx for 60 days. You were provided with a link to download the materials in a separate email.

Please note that materials marked **\*SENSITIVE\*** below, including folders containing files and/or individual files, have been designated by the government as "Sensitive materials" pursuant to the Protective Order entered in this case on December 11, 2025. *See* ECF No. 12. Where a folder has been designated as sensitive, all contents of that folder have been designated as sensitive.

- **266O Video Re-Disclosure** – On January 28, 2026, the defense requested via email that the government re-disclose the folders of surveillance video listed below, which were not successfully downloaded in connection with the initial disclosure of these videos on December 8, 2025.
  - CAIR
    - Contains: 341 files, 1 folder
  - Cap Hill Club
    - Contains: 28 files, 3 folders
  - Capitol Hill Sport and Health 2nd Download

2

- - - Contains: 32 files, 1 folder
  - Capitol Hill Day School 210 South Carolina Ave SE DC 1.5.21
    - Contains: 21 files
  - Capitol Hill Hotel
    - Contains: 30,599 files, 7 folders
  - Capitol Hill Sport and Health 315 G St SE
    - Contains: 6 files
  - Capitol Police
    - Contains: 80 files, 3 folders
  - Capitol Police Video Request
    - Contains: 7 files
  - Capitol Skyline Hotel 4Jan-6Jan
    - Contains: 2,074 files, 4 folders
  - Courtyard Marriott 140 L St SE
    - Contains: 132 files
  - CSPAN
    - Contains: 7 files, 1 folder
  - Dc 176
    - Contains: 1 file
  - Dc Metro PD Cameras
    - Contains: 10 files
  - Hill House 110 D St SE
    - Contains: 57 files
- **Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Materials**
  - ATF 768015-21-0027_ROI 1.pdf
  - ATF 768015-21-0027_ROI 2.pdf – **\*SENSITIVE\***
  - ATF 768015-21-0027_ROI 3.pdf – **\*SENSITIVE\***
  - ATF 768015-21-0027_ROI 4.pdf – **\*SENSITIVE\***
- **Data Exports – \*SENSITIVE\***
  - DataExport.csv
    - Note: This file is an export of the complete dataset housed within the FBI's search tool.  However, due to viewing limitations, this file will not display all data.  The Excel files below contain the same data in separate files to ensure that all content is viewable.
  - DataExportPart_001.xlsx
  - DataExportPart_002.xlsx
  - DataExportPart_003.xlsx
  - DataExportPart_004.xlsx
- **FBI Laboratory**
  - FBI Lab 1-29-26 Production.zip
    - WF-3366725 Supplemental 1-29-26 Cover Letter.pdf
    - DNA-Talley, Elizabeth.zip
    - Evidence Management-Farais, Erin.zip
    - Laboratory Quality Documents.zip

3

- **FBI SharePoint Materials**
  - AT&T Subscriber Return (Contains: 4 files) – **\*SENSITIVE\***
    - Documents (1).1.zip
    - Documents (1).zip
    - Documents (2).zip
    - Email Response.pdf
  - Backpack (Contains: 18 files, 4 folders)
    - Backpack photos (Contains: 10 files)
    - Backpack Video (Contains: 3 files)
    - Content sent to Manufacturers (Contains: 2 files)
    - Falco Commuter Pack (Contains: 1 file)
    - BackPack Notes from BAU.docx
    - Backpack Spreadsheet.xlsx
  - Box of Mints (Contains: 4 files)
    - 20210130_132805 (2).jpg
    - MintSearch.xlsx
    - Returns_Spreadsheet.xlsx – **\*SENSITIVE\***
    - Returns2_doc20210310124452.pdf – **\*SENSITIVE\***
  - Canvass (Contains: 69 files, 8 folders) – **\*SENSITIVE\***
    - DUO_NOMAD_GUESTS (Contains: 52 files, 4 folders)
    - GJS_RETURNS (Contains: 16 files, 2 folders)
    - CANVASS_SPREADSHEET.xlsx
  - Cell Tower Dumps (Contains: 178 files, 37 folders) – **\*SENSITIVE\***
    - AT&T (Contains: 34 files, 12 folders)
    - Sprint (Contains: 133 files, 21 folders)
    - Verizon (Contains: 10 files, 2 folders)
    - Master List--Phone Numbers of Interest from CAST.xlsx
  - Device Components Data (Contains: 6 files, 4 folders) – **\*SENSITIVE\***
    - Black Iron End Caps (Contains: 2 files)
    - Mainstays Timer (Contains: 2 files)
    - Pipe Nipple (Contains: 1 file)
    - Potassium Nitrate (Contains: 1 file)
  - Facebook Ad Targeting (Contains: 6 files)
    - facebook.mp4
    - Nike-Air-Max-Speed-Turf-Black-Grey-Yellow-Product.jpg
    - POI1 Alley between CHC and RNC.mp4
    - POI1 S Capitol by Yellow Door.mp4
    - Shoes Zoomed Out 2.PNG
    - Twitter.mp4
  - Google Geo-fence Returns (Contains: 49 files, 12 folders) – **\*SENSITIVE\***
    - 7 folders titled by civilian name containing subfolders/files
    - 5233066-20210115-1.zip
    - google returns review.docx
  - Google ID 1088869154072_3633 (Contains: 7 files, 1 folder) – **\*SENSITIVE\***

- Contains: 7 files, 1 folder
  - LPR Reader Hits from 5 January (Contains: 4 files, 1 folder) – **\*SENSITIVE\***
    - Serial 1218 (Contains: 3 files)
    - Combined_Master_of_LPR_Reads_for_January_5th--LINKS_Removed.xlsx
  - Maps (Contains: 147 files, 2 folders)
    - Archive Maps (Contains: 136 files)
    - MAP_VIDEO_FILES (Contains: 3 files)
    - BlankMapofAreaofInterest.pdf
    - EYE_WITNESS_LOCATIONS.xlsx – **\*SENSITIVE\***
    - POI1_Jan5Movement_20210311_8x11_unmarked.png
    - POI1_Jan5Movement_20210412_42x42.png
    - POI1_Jan5Movement_20210811_42x42_FullCanvas.jpg
    - POI1_Pathing_v3.kmz
    - POI1Route_GeoFence_ProofOfConcept.mp4
    - POI1Route_GeoFence_v8.mp4
  - MASTER POI LIST (Contains: 7,557 files, 1,834 folders) – **\*SENSITIVE\***
    - Open Source Information (Contains: 10 files)
    - POIs (Others) & Associates.zip (Contains: 23 folders titled by civilian name or topic containing subfolders/files)
    - Copy of MASTER_POI_LIST.xlsx
    - DO NOT USE.xlsx
    - DTOS Copy of MASTER_POI_LIST - Copy.xlsx
  - Photos (Contains: 180 files, 9 folders)
    - Lab Photos (Contains: 70 files, 4 folders)
    - Search photos (Contains: 110 files, 3 folders)
  - Pipebomb Parts (Contains: 4,770 files, 626 folders) – **\*SENSITIVE\***
    - 9V Battery Clip (Contains: 3,153 files, 441 folders)
    - 12 Misc. Resellers (Pipe Nipple) (Contains: 14 files, 6 folders)
    - Analyses by SOS - purchases close in time and distance as well as fuzzy name matches (Contains: 4 files)
    - Baseball cards for some POIs from Walmart purchases (Contains: 5 files)
    - Device Component Tracker (9V Snap Connector, Timer, Alligator Clips, etc) (Contains: 1 file)
    - Device Images (original before rendered safe) (Contains: 3 files)
    - Financial Returns for POI from Home Depot (Contains: 43 files, 10 folders)
    - Home Depot surveillance video review (Contains: 2 files)
    - Map Data (Contains: 1,083 files, 3 folders
    - Master Components Data (Contains: 1 file)
    - Pipe Endcap Buyers (Contains: 42 files, 11 folders)
    - True Value (Pipe Nipple & End Cap Data) (Contains: 407 files, 141 folders)
    - Walmart raw data (This data is incomplete, complete data can be found in the subpoena folder) (Contains: 2 files)
    - WM_HD Comparative Data (Contains: 3 files)

- ComboWalmartHDsmallsprdshts.xlsx
- Home Depot All Pipe Nipples Dec - Jan.xlsx
- Home Depot Pipes+Endcaps.xlsx
- Walmart_MergedInStorePurchases.xlsx
- Walmart_MergedOnlinePurchases.csv
- Walmart_MergedOnlinePurchases.xlsx
- Walmart_OnlinePurchaseMatches_GreaterThan2Matches.xlsx
- POI1 Gray Hoodie (Contains: 33 files, 4 folders)
  - Archive (Contains: 2 files)
  - Best Photos and Videos of POI1 (Contains: 22 files, 1 folder)
  - Extra Good Photos_Videos (Contains: 7 files)
  - IMG_5070.jpg
  - Nike-Air-Max-Speed-Turf-Black-Grey-Yellow-Product.jpg
- Shoes (Contains: 423 files, 10 folders)
  - eBay (Contains: 2 files) – **\*SENSITIVE\***
  - GOAT and Fight Club Buyer ID Info (Contains: 1 file) – **\*SENSITIVE\***
  - Kixify (Contains: 1 file) – **\*SENSITIVE\***
  - Mercari (Contains: 3 files) – **\*SENSITIVE\***
  - Nike Buyer ID Info (Contains: 6 files) – **\*SENSITIVE\***
  - PayPal (Contains: 400 files, 1 folder) – **\*SENSITIVE\***
  - Shoe Measurements (Contains: 2 files)
  - Shoe stills for Lab (Contains: 6 files)
  - StockX Buyter ID Info (Contains: 1 file) – **\*SENSITIVE\***
  - Consolidated shoe purchase list.xlsx – **\*SENSITIVE\***
- Timeline (Contains: 32 files, 11 folders)
  - Archive (Contains: 5 files)
  - Possible Scrub (Contains: 2 files)
  - Vehicle Tracking (Contains: 3 files, 2 folders)
  - Visual Timeline (Contains: 20 files, 5 folders)
  - Map Color Codes.docx
  - POI Master Timeline.xlsx
- TTK Review (Contains: 163 files, 39 folders) – **\*SENSITIVE\***
  - Archive (Contains: 3 files)
  - Canvass Team Summaries (Contains: 1 file)
  - Known Vehicles in Area of Interest (Contains: 1 file)
  - Ring Camera Customer Consent (Contains: 18 files, 7 folders)
  - Route Activity Timelines (Contains: 130 files, 25 folders)
  - Video Footage Preservation (Contains: 6 files, 1 folder)
  - Enhancements on other videos .msg
  - Ring Video & Make_Model charts.msg
  - TTK Review WF-3366725_FacilityInfo.xlsx
  - USCP_Police_Cameras.docx
- Vehicles of Interest (Contains: 49 files, 15 folders) – **\*SENSITIVE\***
  - Audis (Contains: 4 files, 1 folder)

6

- Compact Gray Hatchback (Contains: 2 files)
- License Plate Reader (LPR) Data from MPD (Contains: 12 files, 7 folders)
- Taxi Companies (Contains: 1 file)
- Teslas (Contains: 4 files)
- White Ford VA Tag (Contains 2 files)
- WHITE TRUCK LEAD VIDEOS (Contains: 14 files)
- ATT Subaru VINs with Make-Model  - Impreza and Crosstrek with additional details.xlsx
- BIRD_Rides.zip
- Lyft Return.msg
- MD Temp Tags issued - Subarus.xlsx
- NICB Request_INC0262675 2.1.21.xlsx
- Razor Response.pdf
- VA DMV Registration for Subaru Vehicles_1_19_2021.xlsx
- VINs Subaru updated w. Owner info - Harvey Working Copy DO NOT EDIT.xlsx
- VINs Subaru updated w. Owner info.xlsx
- VINs Updated w. Jurisdiction.xlsx
- Video Production Team (Contains: 14 files, 1 folder)
  - October 2025 (Contains: 8 files)
  - 4400 LOTS 00 Lot 5 East-2021-01-05_19h37min00s000ms.asf
  - 1609895871766.MP4
  - Departure.mp4
  - Export_20210105_193000 - Amtrac 1.avi
  - Export_20210105_193000 - Amtrac 2.avi
  - Export_20210105_193000 - So.Fr. 1.avi
- COMBO_CELLTOWER_RETURNS.xlsx – **\*SENSITIVE\***
- Copy of Recovered Pipe Bomb Cases Deconfliction Tracker.xlsx – **\*SENSITIVE\***
- email_matches.csv – **\*SENSITIVE\***
- NEW pipe bombs B 3-8-2021.pdf
- Nike-Air-Max-Speed-Turf-Black-Grey-Yellow-Product.jpg
- Person_Of_Interest-1_Video_Timeline_draft_2-2-21_with_map_inlay.mp4
- phone_matches.csv – **\*SENSITIVE\***
- PIO1 RNC Route Videos.pptx
- pipe-bomb-big-table_(J6-matches).xlsx – **\*SENSITIVE\***
- POI RNC Timeline (Updated 2-22).pptx
- POI1 DNC Route Videos.pptx
- POI1 DNC-RNC Route Photo Timeline.pptx
- Seeking Information on Capitol Hill Pipe Bomb Suspect.mp4
- USCP device report 1.pdf
- USCP device report 2.pdf
- WFO Pipe Bombs Updated BOLO 1-29-2021.pdf
- WFO Pipe Bombs Updated BOLO 1-29-20211.pdf

- **Metropolitan Police Department (MPD) Materials** – **\*SENSITIVE\***
  - Radio Transmissions SOD 1.6.21 (Contains: 24 files)
  - 20210106_-_SUSPICIOUS_PACKAGE_-_NEW_JERSEY_AND_E_ST_NE.mp4
  - 20210106-BWC_TESTING-2850_430_NEW_JERSEY_AVE_SW.mp4
  - JOCC Hourly SitReps 1.6.21.pdf
- **Person of Interest (POI) Subfiles** – The POI subfiles disclosed to you and listed below are numbered in alphabetical order based on the person of interest's last name or identifier (which are included in the folder names that have been disclosed to you).  All POI subfile materials are designated **\*SENSITIVE\***.
  1. Contains: 107 items
  2. Contains: 3 items
  3. Contains: 796 items
  4. Contains: 254 items
  5. Contains: 1 item
  6. Contains: 391 items
  7. Contains: 132 items
  8. Contains: 224 items
  9. Contains: 103 items
  10. Contains: 2,611 items
  11. Contains: 1 item
  12. Contains: 8 items
  13. Contains: 6 items
  14. Contains: 219 items
  15. Contains: 88 items
  16. Contains: 1,464 items
  17. Contains: 9 items
  18. Contains: 38 items
  19. Contains: 36 items
  20. Contains: 9 items
  21. Contains: 6 items
  22. Contains: 99 items
  23. Contains: 283 items
  24. Contains: 13 items
  25. Contains: 342 items
  26. Contains: 1,064 items
  27. Contains: 74 items
  28. Contains: 9 items
  29. Contains: 646 items
  30. Contains: 272 items
  31. Contains: 165 items
  32. Contains: 6 items
  33. Contains: 8 items
  34. Contains: 96 items

35. Contains: 1 item
36. Contains: 50 items
37. Contains: 24 items
38. Contains: 6 items
39. Contains: 461 items

- **United States Capitol Police (USCP) Materials**
  - Corrected - 251 - 252 Suspicious Device DNC 01-06-21(1).pdf
  - Corrected - 251 - 252 Suspicious Device DNC 01-06-21.pdf
  - CP-252 Suspicious Package 300 Block of First SE(1).pdf
  - CP-252 Suspicious Package 300 Block of First SE.pdf
  - Device at DNC 1_6_2020.eml
  - Device at DNC 162020.msg
  - Device.msg
  - DNC Device.msg
  - Fwd video of subject.msg
  - image0.jpeg
  - Proof and attach photo.eml
  - Re Camera View.msg
  - Re Camera View-.msg
  - Shared Arlo video recording - 1.msg
  - Shared Arlo video recording - 2.msg
  - Shared Arlo video recording - 3.msg
  - Shared Arlo video recording - 4.msg
  - Shared Arlo video recording .msg
  - Temporary Genetec Access on Department Issued Laptops.msg
  - Test.msg

**January 23, 2026 (Production 3 via USAfx[1]):**



The folders shown above contained the following:
- DiscoveryExport_17014881_20260121-1211_Serials 1-215.zip
  - Contains 1,609 items, including Excel manifest of materials, for FBI 174A case file serial numbers 1 through 215 (note: serial numbers 1 through 141 were previously produced, as detailed below)
    - Subfolder titled "officialRecords" contains 504 items
- 1-6-26 Supplemental Production.zip (supplemental production by FBI Laboratory concerning FBI Case Number WF-3366725, FBI Lab Number 2021-00019)
  - Cover letter dated 1/6/26
  - Two subfolders containing materials described in cover letter for identified forensic disciplines

Additionally, as communicated to the defense orally on January 20, 2026, the government has been informed by the FBI Laboratory that no video recordings were taken related to their forensic work in this case.

---

[1] On January 23, 2026, John Shoreman and Alley Foresman accepted invitations to the USAfx folder for this case. Ms. Foresman notified the government that she would receive USAfx materials on behalf of the Litson defense team members. An invitation was also sent to Mario Williams, who has not accepted the invitation at the time of this letter.

**December 23, 2025 (Production 2 via hand delivery of USAO hard drive to defense counsel Shoreman):**



The folders shown above contained the following:
- 174A Case File Discovery (serials 82-141).zip
  - Contains 297 items, including Excel manifest of materials, for FBI 174A case file serial numbers 82 through 141
    - Subfolder titled "officialRecords" contains 179 items
- WF-3366725 (FBI Laboratory Discovery).zip
  - Cover letter dated 12/16/25
  - Six subfolders containing materials described in cover letter for identified forensic disciplines
- Review_of_Brian_J_Cole_Jr_s_cellular_device.pdf (5-page draft FD-1057)

**December 22, 2025 (via email):** FBI Laboratory Report, Explosives Chemistry, Lab No. 2021-00019-16, Jan. 16, 2021, Jason Miller (2 pages)

**December 18, 2025 (via email):** FBI Laboratory Report, Explosives Chemistry, Lab No. 2021-00019-2, Jan. 12, 2021, Jason Miller (2 pages)

**December 10, 2025 (via email):** FBI Laboratory Report, Explosives Device, Lab No. 2021-00019-1, Jan. 13, 2021, Kevin Finnerty (22 pages)

**December 8, 2025 (Production 1 via hand delivery of USAO hard drive to defense counsel Shoreman):**



The folders shown above contained the following:
- 2660 – Video (*each subfolder below contained surveillance video footage recovered from the identified location)
    o 127 C Street
        ▪ Contains: 5 files
    o 127 C Street ARLO 2-6
        ▪ Contains: 1,828 files, 5 folders
    o 129 Duddington Pl SE
        ▪ Contains: 2 files
    o 154 D St SE
        ▪ Contains: 37 files, 1 folder
    o 172 North Carolina Ave SE
        ▪ Contains: 4 files
    o 209 C SE DC Footage
        ▪ Contains: 4 files
    o 210 South Carolina Ave SE
        ▪ Contains: 13 files, 2 folders
    o 220 3rd St SE
        ▪ Contains: 33 files, 4 folders
    o 302 North Carolina Ave SE footage
        ▪ Contains: 59 files
    o 316 2nd St SE
        ▪ Contains: 5 files
    o 321 5th St
        ▪ Contains: 38 files
    o 326 2nd st
        ▪ Contains: 21 files
    o 326 2nd St SE second pull
        ▪ Contains: 76 files

12

- 403 E Capitol
  - Contains: 1 file
- 406 5 St SE
  - Contains: 2 files
- 406 A St SE
  - Contains: 3 files
- 412 First St SE 0920-1140 and 1850-2110
  - Contains: 13 files, 1 folder
- 415 1st Street SE
  - Contains: 22 files
- 417 Independence Ave SE
  - Contains: 1 file
- 421 1st St
  - Contains: 8 files
- 421 4th St SE
  - Contains: 4 files
- 435 New Jersey SE
  - Contains: 15 files, 2 folders
- 445 New Jersey Ave SE
  - Contains: 6 files
- 452 New Jersey SE
  - Contains: 4 files
- 511 D St SE
  - Contains: 2 files
- 661 Pennsylvania Ave SE CVS
  - Contains: 1,694 files, 8 folders
- American Trucking Company 430 First St SE
  - Contains: 21 files, 6 folders
- AMTRAK JAN 5TH 1900-2100
  - Contains: 7 files
- Arlo second email 127 C st
  - Contains: 2 files
- Arlo Stacey Conner 120 half Rumsey ct
  - Contains: 6 files
- CAIR
  - Contains: 341 files, 1 folder
- Cap Hill Club
  - Contains: 28 files, 3 folders
- Capitol Hill Sport and Health 2nd Download
  - Contains: 32 files, 1 folder
- Capitol Hill Day School 210 South Carolina Ave SE DC 1.5.21
  - Contains: 21 files
- Capitol Hill Hotel
  - Contains: 30,599 files, 7 folders

- o Capitol Hill Sport and Health 315 G St SE
  - Contains: 6 files
- o Capitol Police
  - Contains: 80 files, 3 folders
- o Capitol Police Video Request
  - Contains: 7 files
- o Capitol Skyline Hotel 4Jan-6Jan
  - Contains: 2,074 files, 4 folders
- o Courtyard Marriott 140 L St SE
  - Contains: 132 files
- o CSPAN
  - Contains: 7 files, 1 folder
- o Dc 176
  - Contains: 1 file
- o Dc Metro PD Cameras
  - Contains: 10 files
- o DNC video
  - Contains: 42 files, 1 folder
- o Eastern Market Metro 1800-0000 Street Entrance
  - Contains: 623 files, 21 folders
- o Hill House 110 D St SE
  - Contains: 57 files
- o JW Marriott 1331 Penn Ave
  - Contains: 2,853 files, 42 folders
- o Library of Congress 2nd Street
  - Contains: 539 files, 734 folders
- o Metro Footage
  - Contains: 175 files, 39 folders
- o RNC Export 1-6-2021 9-32-41 PM
  - Contains: 1,124 files, 201 folders
- o Supreme Court Video Jan52021
  - Contains: 5 files, 2 folders
- o 118 Duddington St SE
  - Contains: 13 files
- o 120 half Rumsey CT
  - Contains: 12 files
- o 123 C Street garage
  - Contains: 1,010 files, 7 folders
- Cole Jr. Interview
  - o BJC Jr. - 12.4.2025 - full video
    - Contains 47 items
  - o BJC Jr. - 12.4.2025 (overhead video - partial)
    - Contains 2 items
  - o Cole Jr. Interview\BJC Jr. - audio only

14

- ▪ Contains subfolder titled "Player" and 4 additional items
- 174A Case File Discovery 12-03-25.zip
  - o Contains 477 items, including Excel manifest of materials, for FBI 174A case file serial numbers 1 through 81
    - ▪ Subfolder titled "officialRecords" contains 194 items

If you have any questions or are unable to locate any of the materials listed above, please do not hesitate to contact me.

Sincerely,

JEANINE FERRIS PIRRO
United States Attorney

By:    */s/ Charles R. Jones*
       CHARLES R. JONES
       Assistant United States Attorney
       United States Attorney's Office
       Washington, D.C.
       National Security Section
       202-252-6976
       Charles.Jones3@usdoj.gov