

**U.S. Department of Justice**

*Washington, D.C. 20530*

January 20, 2025

MEMORANDUM FOR      ACTING U.S. ATTORNEY FOR THE DISTRICT OF
                    COLUMBIA
                    ACTING ASSISTANT ATTORNEY GENERAL, CRIMINAL
                    DIVISION
                    ACTING ASSISTANT ATTORNEY GENERAL, NATIONAL
                    SECURITY DIVISION
                    ASSISTANT ATTORNEY GENERAL, JUSTICE
                    MANAGEMENT DIVISION
                    ACTING DIRECTOR, FEDERAL BUREAU OF
                    INVESTIGATION
                    DIRECTOR, FEDERAL BUREAU OF PRISONS

FROM:               THE ACTING DEPUTY ATTORNEY GENERAL   CB3

SUBJECT:            Clemency and Dismissals Relating to Events on January 6, 2021

    I write regarding the January 20, 2025 Proclamation by President Donald J. Trump granting pardons and commutations, and requiring dismissals of pending prosecutions, related to events that occurred at or near the United States Capitol on January 6, 2021.  Pursuant to President Trump's Proclamation and based on, among other things, the need to address current crises facing the American people, you are instructed as follows:

    *First*, the U.S. Attorney's Office for the District of Columbia shall immediately notify the U.S. District Court for the District of Columbia of President Trump's Proclamation and the directives in this memorandum.

    *Second*, the U.S. Attorney's Office for the District of Columbia shall immediately dismiss with prejudice all pending cases related to events that occurred at or near the United States Capitol on January 6, 2021, including cases that are in pretrial phases as well as cases in which sentencing has not yet occurred.  During the implementation of this directive, particular attention shall be paid to pending trials, matters scheduled to proceed to trial or sentencing this week, defendants subject to detention orders, and sealed charging instruments and warrants.  Upon identifying cases for which dismissal is required by this directive, the U.S. Attorney's Office for the District of Columbia shall immediately move to vacate any verdicts in the case, dismiss the matter with prejudice, and exonerate any bail.  Any denials of such motions shall be immediately disclosed as an Urgent Report pursuant to Justice Manual § 1-13.130.

*Third*, the U.S. Attorney's Office for the District of Columbia shall immediately identify to the Office of the Deputy Attorney General and the Office of the Pardon Attorney—by name, docket number, and last known address—all individuals within the categories of pardons and commutations granted by President Trump in paragraphs (a) and (b) of the January 20, 2025 Proclamation.  The Office of the Pardon Attorney shall immediately effectuate the pardons and commutations required by those paragraphs of the Proclamation.

*Fourth*, the U.S. Attorney's Office for the District of Columbia shall disband the "Capitol Siege Section."  Personnel assigned to that "Section" shall be reassigned to the Office's Superior Court Division to support prosecutions and investigations targeting violent crime, illegal narcotics, and immigration offenses as appropriate.

*Fifth*, the Department of Justice, including but not limited to the Federal Bureau of Investigation, shall terminate all ongoing investigations related to events that occurred at or near the United States Capitol on January 6, 2021.  There shall be no further investigative activities related to those events, including but not limited to issuance of subpoenas or warrants, filing of charges, or any arrests.  Arrest warrants shall be immediately withdrawn from law enforcement databases, including but not limited to NCIC.

*Sixth*, the Federal Bureau of Investigation is directed to disband any squads or other groups that focused on investigations, arrests, or prosecutions related to events that occurred at or near the United States Capitol on January 6, 2021.  Personnel assigned to those squads or units shall be reassigned to support prosecutions and investigations of violent crime, illegal narcotics, and immigration offenses as appropriate, and to support immigration-related efforts by other parts of the Executive Branch as appropriate.

*Seventh*, the Justice Department's Justice Management Division is directed to immediately terminate existing details of Assistant United States Attorneys who focused on prosecutions and investigations related to events that occurred at or near the United States Capitol on January 6, 2021, and to promptly return those AUSAs to their home Districts so that they can help protect the public in those communities.

*Eighth*, personnel from the Justice Department's Criminal Division and National Security Division who participated in prosecutions and investigations related to events that occurred at or near the United States Capitol on January 6, 2021 shall, upon request, support the efforts of the U.S. Attorney's Office for the District of Columbia, the Federal Bureau of Investigation, and the Federal Bureau of Prisons in accomplishing the foregoing directives.