**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| | ) |
| | ) |
| **v.** | ) **Case No. 1:26-cr-00001-AHA** |
| | ) |
| | ) |
| **BRIAN J. COLE, JR.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |
| _____ | ) |

**UNOPPOSED MOTION TO EXTEND TIME TO REPLY TO**
**THE GOVERNMENT'S OPPOSITION TO MOTION TO DISMISS**

COMES NOW, Defendant, Brian J. Cole, Jr., by counsel, and respectfully moves the Court for a short extension of time to reply to the government's Opposition to Motion to Dismiss for Lack of Jurisdiction. (ECF No. 62). Under the local rules, the defendant's Reply is due on April 17, 2026. Defendant respectfully requests an extension of time to April 24, 2026, and submits that such an extension will not prejudice the government of the Court in its management of this case. Defendant's counsel has consulted with the government, and the government does not oppose this extension request.

**/s/JOHN SHOREMAN**
John M Shoreman
**DC Bar #407626**

**HUMANITY DIGNITY AND RIGHTS LLC**
**MCFADDEN & SHOREMAN P.C.**
3480 Peachtree Road, NE, Second (2nd) Floor
Atlanta, Georgia 30326
Tel.: 571-296-8450
Email: jms@mcfaddenshoreman.com

*Attorneys for Defendant*