**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 1:26-cr-00001-AHA** |
| | : | |
| **BRIAN J. COLE, JR.,** | : | |
| | : | |
| **Defendant.** | : | |

**JOINT NOTICE REGARDING TIME NEEDED TO CONFER**

On April 22, 2026, the Court directed the parties to confer regarding redactions to Sealed ECF 58 and related pleadings and submit filings on that topic by today.   The Court also noted that the parties should advise the Court if additional time is required.   The parties hereby advise the Court that the parties require an additional 7 days (until May 6, 2026) to continue their good-faith efforts to resolve this issue.   The defense has authorized the government to file this joint notice on its and the government's behalf.

Respectfully Submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

*/s/ Charles R. Jones*
CHARLES R. JONES (D.C. Bar No. 1035541)
JOCELYN BALLANTINE (CA Bar No. 208267)
Assistant United States Attorneys
National Security Section
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 252-6976
Charles.Jones3@usdoj.gov
Tel: (202) 252-7252
Jocelyn.Ballantine2@usdoj.gov