**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 1:26-cr-00001-AHA** |
| | : | |
| **BRIAN J. COLE, JR.,** | : | |
| | : | |
| **Defendant.** | : | |

**CORRECTED JOINT NOTICE REGARDING REDACTION ISSUE**

The parties, the United States of America and defendant Brian J. Cole, Jr., hereby notify the Court that despite good-faith efforts, the parties have been unable to reach consensus regarding appropriate redactions to Sealed ECF 58 and related pleadings.   The parties respectfully propose the following next steps: The government will file under seal its proposed redactions and supporting memorandum by Friday, May 8, 2026, and the defense will file under seal any response thereto by Tuesday, May 12, 2026.[1]   The defense has authorized the government to file this joint notice on its and the government's behalf.

Respectfully Submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

/s/ Charles R. Jones
CHARLES R. JONES (D.C. Bar No. 1035541)
JOCELYN BALLANTINE (CA Bar No. 208267)
Assistant United States Attorneys
National Security Section
601 D Street, NW
Washington, D.C. 20530

---

[1] Earlier today, the government filed a Joint Notice Regarding Redaction Issue, ECF 73, which incorrectly identified the agreed-to defense deadline as Monday, May 11, 2026.  The government files this notice to correct that error.