IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cr-00001-AHA |
| | ) | |
| BRIAN COLE, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION FOR LEAVE TO FILE DEFENDANT'S RESPONSE IN OPPOSITION TO GOVERNMENT'S PROPOSED REDACTIONS

Defendant Brian Cole Jr., by and through undersigned counsel, respectfully moves this Court for an order granting Mr. Cole leave to file Defendant's Response to Opposition to Government's Proposed Redactions under seal. In support of this motion, Mr. Cole would show as follows:

1.      Mr. Cole is filing his Response to Opposition to Government's Proposed Redactions.

2.      Pursuant to this court's minute order, Mr. Cole's seeks to seal his response from the public docket. (Min. Order, May 7, 2026.)

3.      Mr. Cole does not concede that the material warrants sealing. Mr. Cole files this motion to seal pursuant to the Court's Order. (Min. Order, May 7, 2026.)

For the foregoing reasons, Mr. Cole respectfully requests that the Court grant his motion for leave to file Defendant's Response in Opposition to Government's Proposed Redactions under seal.

Date:  May 12, 2026                Respectfully submitted,

                                   */s/ J. Alex Little*
                                   J. Alex Little
                                   Zachary C. Lawson
                                   John Ross Glover
                                   LITSON PLLC
                                   54 Music Sq. E. Ste. 300
                                   Nashville, TN 37203
                                   615-985-8205
                                   alex@litson.co
                                   zack@litson.co
                                   jr@litson.co

                                   *Attorneys for Defendant Brian Cole Jr.*


## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of 2026 a true and correct copy of the foregoing has been served via the Court's CM/ECF system upon all counsel of record.

                                   */s/ J. Alex Little*