IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cr-00001-AHA |
| | ) | |
| BRIAN COLE, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**UNOPPOSED MOTION TO CONTINUE STATUS HEARING**

Defendant Brian Cole, Jr., through undersigned counsel, respectfully moves the Court to continue the status hearing currently scheduled for May 29, 2026 for no less than thirty (30) days. The parties have conferred, and the government does not oppose this motion. In support of this motion, Mr. Cole states as follows:

1.      The parties are presently engaged in discovery. Within the last week, the Government produced a significant amount of discovery materials to Defendant. This is the sixth government production.

2.      Defendant requires additional time to process, organize, and review the discovery production to adequately assess the information produced and to determine what discovery remains outstanding or necessary.

3.      The defense consents to the exclusion of time under the Speedy Trial Act from May 29, 2026, through the date of the rescheduled status hearing, for a period not to exceed 60 days. Continuing the status conference for no less than thirty (30) days and excluding that time under the Speedy Trial Act serves the ends of justice under 18 U.S.C. § 3161 by (i) allowing Defendant to review voluminous discovery and

1

meaningfully evaluate the status of the government's production and whether there are deficiencies, (ii) allowing the parties to discuss any discovery issues in hopes of resolving them, and (iii) to better assist the Court regarding the progress of the case and any remaining issues.

4.     This request is made in good faith and not for purposes of delay or prejudice.

Wherefore, Defendant respectfully requests that the Court continue the status conference currently set for May 29, 2026, and reset the status hearing for no less than thirty (30) days from that date.

Date:  May 26, 2026                     Respectfully submitted,


**/s/ J. ALEX LITTLE**
J. Alex Little (Pro Hac Vice)
Zachary C. Lawson (Pro Hac Vice)
John R. Glover (Pro Hac Vice)

**LITSON PLLC**
54 Music Square East, Suite 300
Nashville, TN 37203
Telephone: 615-985-8205
alex@litson.co
zack@litson.co
jr@litson.co

**s/ MARIO B. WILLIAMS**
Mario B. Williams
Ga. Bar No. 235254 (Pro Hac Vice)

**/s/JOHN SHOREMAN**
John M. Shoreman
DC Bar #407626

2

**HUMANITY DIGNITY AND RIGHTS LLC**
Life Time Work - Buckhead - at Phipps Plaza
3480 Peachtree Road, NE, Second (2nd) Floor
Atlanta, Georgia 30326
Tel: 470-257-2485
mwilliams@hdrattorneys.com
jms@mcfaddenshoreman.com

***Counsel for Brian Cole Jr.***

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of May, 2026, the foregoing document was served via the court's electronic filing system upon all counsel of record.

*/s/ J. Alex Little*

3