IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           )
                                    )
    Plaintiff,                      )
                                    )
v.                                  )
                                    )       Case No. 1:26-cr-00001-AHA
                                    )
BRIAN COLE, JR.,                    )
                                    )
    Defendant.                      )
                                    )

**[PROPOSED] ORDER**

Upon consideration of Defendant's unopposed motion to continue the status hearing scheduled for May 29, 2026, and upon the defense's consent to exclude time under the Speedy Trial Act for a period not to exceed 60 days, the Court finds that the ends of justice served by the continuance outweigh the interest of the public and the defendant in a speedy trial under 18 U.S.C. § 3161.

IT IS THEREFORE ORDERED that the time under the Speedy Trial Act shall be excluded from May 26, 2029 through the date of the rescheduled status hearing, and it is hereby ORDERED that the status conference is rescheduled for _____, a date no less than 30 days from May 29, 2026.

    Date: May 26, 2026          Respectfully submitted,

                         **/s/ J. ALEX LITTLE**
                         J. Alex Little (Pro Hac Vice)
                         Zachary C. Lawson (Pro Hac Vice)
                         John R. Glover (Pro Hac Vice)

1

**LITSON PLLC**
54 Music Square East, Suite 300
Nashville, TN 37203
Telephone: 615-985-8205
alex@litson.co
zack@litson.co
jr@litson.co

**s/ MARIO B. WILLIAMS**
Mario B. Williams
Ga. Bar No. 235254 (Pro Hac Vice)

**/s/JOHN SHOREMAN**
John M. Shoreman
DC Bar #407626

**HUMANITY DIGNITY AND RIGHTS LLC**
Life Time Work - Buckhead - at Phipps Plaza
3480 Peachtree Road, NE, Second (2nd) Floor
Atlanta, Georgia 30326
Tel: 470-257-2485
mwilliams@hdrattorneys.com
jms@mcfaddenshoreman.com

*Counsel for Brian Cole Jr.*

2