# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 26-3009**                                    **September Term, 2025**

**1:26-cr-00001-AHA-1**

**Filed On: June 22, 2026** [2179864]

United States of America,

        Appellee

    v.

Brian Cole, Jr.,

        Appellant

## <u>M A N D A T E</u>

In accordance with the judgment of April 30, 2026, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

        BY:    /s/
                Daniel J. Reidy
                Deputy Clerk

Link to the judgment filed April 30, 2026