**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **v.** | : |
| | : |
| **BRIAN J. COLE, JR.** | :    **CRIMINAL NO. 26-cr-0001 - AHA** |
| | : |
| **Defendant.** | : |


## MOTION TO ACCESS PARTIALLY SEALED TRANSCRIPTS

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully moves for an order to permit the court reporter to transcribe and provide to counsel of record in this case the under-seal portions of all hearings held in the above-captioned matter, provided that the party requesting access was a participant in the under seal portion of the hearing.


Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY


By: */s/ Jocelyn Ballantine*
Jocelyn Ballantine (CA Bar No. 208267)
Assistant United States Attorney
National Security Section
601 D Street, N.W.
Washington, D.C.  20530
(202) 252-7252
Jocelyn.Ballantine2@usdoj.gov