**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 1:26-cr-00001-AHA** |
| | : | |
| **BRIAN J. COLE, JR.,** | : | |
| | : | |
| **Defendant.** | : | |

**NOTICE OF ERRATA**

The United States respectfully submits this errata to correct two inadvertent clerical errors in its Opposition to the defendant's Renewed Motion for Early Return of Pretrial Subpoenas filed on August 28, 2026. ECF No. 89. At page six, line nine, the second timestamp should read "approximately 8:16 p.m.," rather than "approximately 8:26 p.m." *See, e.g.*, ECF No. 17 at 2; ECF No. 50 at 3; ECF No. 62 at 3. Additionally, references in the brief to Falls Church on pages 5, 6, and 13, should instead refer to Alexandria. The government is concurrently filing a corrected brief that corrects the two errors and makes no other changes.

Respectfully Submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

*/s/ Charles R. Jones*
CHARLES R. JONES (D.C. Bar No. 1035541)
Assistant United States Attorney
National Security Section
601 D Street, NW
Washington, D.C. 20530