**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 1:26-cr-00001-AHA** |
| | : | |
| **BRIAN J. COLE, JR.,** | : | |
| | : | **UNDER SEAL** |
| **Defendant.** | : | |

**NOTICE OF FILING**

The government hereby provides the Court and counsel with a copy of the email, dated May 3, 2026, whereby government counsel notified defense counsel that it intends to prove at trial that the defendant's intent in targeting the national headquarters of the RNC and DNC encompassed the intent to use intimidation and coercion to influence the policy and conduct of the U.S. Congress. The government will file a timely response to defendant's motion to dismiss Count 4 of the indictment (ECF 92).

Respectfully Submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

*/s/ Charles R. Jones*
CHARLES R. JONES (D.C. Bar No. 1035541)
JOCELYN BALLANTINE (CA Bar No. 208267)
Assistant United States Attorneys
National Security Section
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 252-6976
Charles.Jones3@usdoj.gov