UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA :

v. :

BRIAN COLE, JR. :

- - - - - - - - - - - - - - - -x

Case No: 25-MJ-276

Transcription of Video File

Interview of: Brian Cole, Jr.

Date of Interview: December 4, 2025

I N T E R V I E W

[redacted]: Put him right here?

[redacted]: (Inaudible) the picture.

[redacted]: On the left side of the table?

[redacted]: Yeah.

[redacted]: Okay.

[redacted]: That will work. Here.

[redacted]: Yeah. Where do you want to sit? You want to sit here?

[redacted]: Yeah, that's fine.

[redacted]: Just sit here, like this?

[redacted]: Yeah. That should be good. So many changes.

[redacted], when you're done with that I have a question.

[redacted]: Yeah.

[redacted]: Why don't you have a seat right here, sir. On the right-hand side.

[redacted]: Left side actually.

[redacted]: Left-hand side? Okay.

[redacted]: (Inaudible.)

[redacted]: We got you some, um -- yeah, there's a comfortable chair. We got you some, uh, 7-Eleven. So if you're hungry, feel free to do that.

And then if you could just go ahead and put your

hands up I'll take, I'll take those cuffs off.

[redacted]: Yeah, we're good. Thank you.

[redacted]: No problem.

[redacted]: All right. Go ahead and pull it out. There we go. All right. If you need anything else let me know.

[redacted]: All right. Thanks, [redacted].

[redacted]: All right. Thanks, [redacted].

All right, Mr. Cole, would you like us -- for us to call you Mr. Cole or Brian, or -- what would you prefer?

MR. COLE: You can call me anything. You can call me anything.

[redacted]: Anything?

MR. COLE: It doesn't matter.

[redacted]: Is it okay if we refer to you as Brian?

MR. COLE: Yeah.

[redacted]: Okay, all right. Well, feel free to eat at your leisure. We got -- I think we got --

[redacted]: A little bit of everything.

[redacted]: We got -- these are chicken wings. This is pizza. And then there's, there's pepperoni pizza at the bottom there. And there's some napkins in there, I believe.

[redacted]: And water or soda if you need.

[redacted]: Are you, are you cold or anything?

MR. COLE: Just scared.

[redacted]: Scared? No, I completely, I completely understand this.

MR. COLE: I don't know what's going to happen. I just hope it's -- I hope whatever is going on is a misunderstanding. I really, really do.

[redacted]: Okay. Well, you know, that's what we're here trying to figure out. We're here trying to figure out the truth --

MR. COLE: All right.

[redacted]: -- and trying to get this thing resolved.

So before --

MR. COLE: Yeah.

[redacted]: So, first off, if you need anything as we're going through this just let us know. If you need to use the bathroom --

[redacted]: If you want to take a break --

[redacted]: If you want to take a break.

[redacted]: I know this is an intimidating situation and we're trying to make it as less intimidating as possible. So just let us know, honestly, if you need a break.

[redacted]: Yean. And -- but before we can, like, start asking you, talking to you really, asking you

substantive questions, we just need to make sure you kind of like understand your rights today. Okay?

MR. COLE: Yeah.

[redacted]: Okay. So I want to -- before I kind of get into that, I want to kind of lay out what today looks like for you so you kind of clearly know what's going to happen today.

So we're going to give you an opportunity to speak with us this morning. You've already been processed by the agents out there. And then later on this afternoon we'll likely be in front of a judge.

MR. COLE: What?

[redacted]: So --

MR. COLE: Oh, what's -- okay, seriously, what's going on? Please tell me what's going on. Please tell me what's going on.

[redacted]: Yeah. So -- so what -- so that, that's kind of the flow of the day. So -- so we're going to tell you -- we're here to answer any questions you may have, but we want to make sure you understand your rights before, before we do this. So -- so before -- we're going to review your rights in a minute, but we want to give you some background.

So this investigation has been a long investigation for us. We've been looking at this for, like

--

[redacted]: Close to five years.

[redacted]: Close to five years, close to five years, and we really want to get to the truth of this investigation, and we want to get to the bottom of it. Okay?

MR. COLE: Okay.

[redacted]: And -- and we're interested in hearing what you have to say about it. Okay? You're -- you're talking to us today completely voluntary, okay, and you need to understand that.

However, we're interested in knowing your side of the story. We're interested in learning, knowing more about you, your family, your -- what you -- things that happened in your life going back five plus years ago. So we're interested in going through the facts with you, not anybody else, with you. And you should understand, like, you know, you being forthright with us, you know, being up front with us, you know, will really benefit you in the long run. Just so we can get this situation resolved. Does all that make sense?

MR. COLE: Yeah, yeah.

[redacted]: And I know, like you said, this is intimidating and overwhelming. I'm not sure if you've, you know, had interaction with, obviously not the FBI, but any

law enforcement before. But me and [redacted]k want to reassure you our ultimate goal in this is to just understand the facts, get to the truth, hear your side of the story.

If there's anything we got wrong, we want to know that. We're not here to, you know, accuse you of anything. We're here because facts led us here, and we just want to understand more your side of the story, if that makes sense.

MR. COLE: Okay.

[redacted]: Are you understanding what we're saying?

MR. COLE: Yeah, yeah.

[redacted]: Okay. Okay, so before we can -- like I said, before we can ask you any questions we got -- we need to provide you your rights.

MR. COLE: The Miranda.

[redacted]: And some other rights.

[redacted]: I have it right here.

[redacted]: Okay.

[redacted]: Do you need a minute?

MR. COLE: This is a lot to process?

[redacted]: No, I completely get it.

MR. COLE: This is --

[redacted]: Uh-huh, uh-huh. Why don't you just take, like, two minutes, have -- have a drink of water --

[redacted]: Yeah.

[redacted]: -- and then we can start.

[redacted]: And then we can start at the beginning.

[redacted]: Yeah, we can start.

[redacted]: Yeah. Are you -- are you feeling okay? Yeah, have some coke.

MR. COLE: I need -- I need to stop drinking soda.

[redacted]: Okay.

[redacted]: Oh, okay. Want some water?

[redacted]: Yeah, take a sip of water, take a deep breath, and then take a few minutes, and then we'll --

[redacted]: Yeah. Just like we said in the car, we need you -- we don't you need to be worked up.

MR. COLE: Okay. I think -- okay. That's -- sorry.

[redacted]: You want us to start or do you need a little bit more time? You good?

MR. COLE: You can start.

[redacted]: All right. So like we said, we need to provide you your rights, okay? I'm going to go ahead and read them to you. If you could just let me know if you understand them, and then if you do decide to talk to us we can move forward from there. Okay?

MR. COLE: Okay.

[redacted]: Okay. So before we ask you any questions, you must understand your rights.

You have the right to remain silent. Anything you say can be used against you in court. You have the right to talk to a lawyer for advice before we ask you any questions. You have the right to have a lawyer with you during questioning. If you cannot afford a lawyer one will be appointed for you before any questioning, if you wish. If you decide to answer questions now without a lawyer present, you have the right to stop answering at any time.

Do you understand these rights?

MR. COLE: Yes.

[redacted]: Okay. Are you interested in talking with us?

MR. COLE: Yes.

[redacted]: Okay. If you are interested it says, "I've read this statement of my rights, and I understand what my rights are. At this time I'm willing to answer without a lawyer present."

If you're interested in talking, you can sign right here.

MR. COLE: Right here?

[redacted]: Right here.

MR. COLE: Here?

[redacted]: Yes.

Okay. I'm going to sign as a witness. [redacted], are you going to sign?

[redacted]: Mm-hmm.

[redacted]: What time do we have?

[redacted]: It is 9:21.

[redacted]: All right. This is the FBI Washington Field Office. Today's the 4th, right?

[redacted]: Mm-hmm.

[redacted]: 9:21 a.m.

Okay. Okay. So Brian, before we get going here, in the car you were indicating you, you just wanted to tell us something, like how to explain things.

MR. COLE: I was -- I was just trying to keep myself calm.

[redacted]: Okay.

MR. COLE: Because I did not -- I don't know what's going to happen. I don't know what -- this is the first time I've ever been in a situation like this.

[redacted]: Mm-hmm.

[redacted]: Okay.

MR. COLE: So I'm just really out of my depth right now.

[redacted]: Mm-hmm.

[redacted]: Okay.

[redacted]: And I know in the car you were saying

you were thinking about, you know, how you were going to explain this.

MR. COLE: To my, to family because --

[redacted]: Right.

MR. COLE: -- because being arrested by the FBI, like, how am I going to tell them that?

[redacted]: Mm-hmm.

[redacted]: Mm-hmm.

MR. COLE: Like, I genuinely don't know what's going on. I need -- I wake up one minute, I'm going to 7-Eleven to get myself some food, and all of a sudden I have a bunch of FBI agents just pointing, pointing guns at me.

[redacted]: Yeah.

MR. COLE: And how do you process that?

[redacted]: No, it's so much to process and -- yeah.

But we totally understand. It's a really overwhelming situation, especially early in the morning. And so, we're, you know, sorry that it's so much to process and hopefully here, this conversation, you know, I know you're worried about how to explain it to your family, but to us I don't want you to have to think too hard. We just want to understand you growing up, your family, your interests, and kind of, you know, what led us to this point.

So we don't want you to have to think too hard.

We honestly just ask for you to be truthful and help us understand.

MR. COLE: If it helps clear the air of whatever is going on here, so I'm not -- so I don't have to keep thinking of the worst and, you know. Yeah, okay.

[redacted]: What would clear the air?

MR. COLE: Whatever, whatever -- whatever I'm here for, right. I just don't know why I'm here for. That's it.

[redacted]: Okay. Okay. Did you -- have you asked anybody?

MR. COLE: I've -- I've been waiting for someone to tell me because --

[redacted]: Waiting for someone to tell you.

MR. COLE: -- you -- because I didn't -- I was wasn't answering any questions. The only questions -- my only question is why I was here. That was -- that was genuinely the only one, so I had no reason to say anything.

[redacted]: Mm-hmm. Yeah. So -- yeah. So you're here because of the evidence we found regarding your activities in Washington, D.C. on January 5th, 2021.

MR. COLE: What? Say again?

[redacted]: Well, because of your activities in D.C. on January 5th, 2021. You remember January 6th, 2021? You know what happened?

MR. COLE: Yeah, I know what happened.

[redacted]: Okay. The night before.

MR. COLE: I was at -- I was at the protest the night before. I didn't -- I was only there for -- I was only there for an hour.

[redacted]: What protest were you at?

MR. COLE: The protest that happened on -- in front of the -- you know, the one that -- when they protested that Donald Trump lost -- that Donald Trump lost the 2021 election. But I didn't -- I didn't agree with what people where doing, like just telling half the country that they -- that their -- that they just need to ignore it.

[redacted]: Mm-hmm.

MR. COLE: I didn't think that was a good idea, so I went to the protest. And I -- I wasn't -- I'm not a very sociable person, so I didn't really talk to anyone or do anything, just hung around.

And then after that I left. I went to -- now before I went to the protest, I told my mom that I was going to a place called Capital Ale House.

[redacted]: Okay.

MR. COLE: And Capital Ale House was -- it's -- it used to be in the building that was next to the office where I work.

[redacted]: Okay.

MR. COLE: And now it's -- now it's Kelly's Oyster Bar.

[redacted]: Okay.

MR. COLE: I told -- I went to DC because -- you know how things were volatile back then because families, families disowning each other because of political opinions and all that, I didn't want to deal with that, especially since my family has hard core Democrats in it.

[redacted]: Okay.

MR. COLE: I didn't want to tell them that I was going to a protest in support of Trump because, like I said, I didn't agree with just ignoring half the country, half the people who voted for him, right?

[redacted]: Right.

MR. COLE: So after I was done with -- after I was done with just standing around and doing stuff like that, I got in my car and I left. I went to Capital Ale House and then I went back home.

[redacted]: Okay. So let's rewind a little bit. You said the one restaurant was next to where you work?

MR. COLE: Yes, it's Kelly's Oyster Bar now, but back then it was called Capital Ale House.

[redacted]: Okay. So let's just rewind a little bit. Again, we just want to know more about you and then

we'll kind of work our way up to the night of January 5th, if that's okay.

MR. COLE: All right.

[redacted]: Okay. So you live currently in Woodbridge, Woodbridge?

MR. COLE: Yes.

[redacted]: Okay. Did you grow up there?

MR. COLE: I grew up in Lorton. Well, we --

[redacted]: Lorton?

MR. COLE: -- well, some of my childhood. I mean, we moved to Woodbridge at -- when I was in, when I was in fourth grade.

[redacted]: Okay. And before that you were in Lorton?

MR. COLE: Yeah.

[redacted]: Were you born in Virginia?

MR. COLE: DC.

[redacted]: Okay.

[redacted]: You were born in DC.?

MR. COLE: Yeah.

[redacted]: Have you lived in Woodbridge for most of your life, though?

MR. COLE: Yeah.

[redacted]: Okay. And did you go to school in the Woodbridge area?

MR. COLE: Yeah, (inaudible) for elementary school , (inaudible) elementary school. I think it was Beville for middle school, and Hylton for high school.

[redacted]: Mm-hmm. I barely remember middle school. I know everyone tries to block middle school out.

[redacted]: How was school for you?

MR. COLE: Average, just average.

[redacted]: Yeah.

[redacted]: What was your favorite grade in school? Did you like high school or --

MR. COLE: I just -- I just got by.

[redacted]: Yeah. Were you involved in any activities in high school or mostly just went to school?

MR. COLE: Just went to school.

[redacted]: Yeah.

MR. COLE: I wasn't really an after school person.

[redacted]: Mm-hmm. And did you have any siblings growing up?

MR. COLE: I have my little sister, my older sister, and my brother.

[redacted]: Okay. So you're one of four?

MR. COLE: Yeah.

[redacted]: Okay. Does anyone still live with you at home?

MR. COLE: Just my mom and my nephew. My brother moved to Alabama.

[redacted]: Okay.

[redacted]: Who moved to Alabama? I'm sorry.

MR. COLE: My brother.

[redacted]: Your brother. And does your dad live?

MR. COLE: He lives in Louisiana.

[redacted]: Okay.

MR. COLE: He -- he comes up here. He comes up here frequently.

[redacted]: What does he come up here for?

MR. COLE: I work at the office that he owns.

[redacted]: Okay. And that's the --

MR. COLE: The one I just mentioned, the one that's --

[redacted]: Next to Capital Ale House?

MR. COLE: The one that's --

[redacted]: Next to Capital Ale House. What's the name? Just what's the name of the office?

MR. COLE: Independent Surety of America.

[redacted]: Okay. And that's where you work, right?

MR. COLE: Yeah.

[redacted]: And was dad -- was dad living with you while from -- you were growing up in Woodbridge?

MR. COLE: Yeah.

[redacted]: Okay. Okay. How often does dad come back and forth?

MR. COLE: I wouldn't say too often because he has, he has businesses. He has, like, branches and stuff across, across several states.

[redacted]: Mm-hmm.

[redacted]: What kind of business, business is it?

MR. COLE: I know he -- well, primarily it's a bail bonding company.

[redacted]: Okay.

MR. COLE: But he owns a casino. He owns a casino down in Louisiana. I think he said he had a Little Caesars franchise.

[redacted]: Oh, fun. You like Little Caesars?

MR. COLE: I like Little Caesars.

[redacted]: As much as 7-Eleven?

MR. COLE: Almost.

[redacted]: So you work at his business here?

MR. COLE: In Fairfax.

[redacted]: In Fairfax. Okay. What do you do?

MR. COLE: Just, just entering data.

[redacted]: Okay. Do any of your other siblings work for his businesses?

MR. COLE: Yeah.

[redacted]: All of them or --

MR. COLE: My sister, she does people's hair down in Virginia Beach.

[redacted]: Okay.

MR. COLE: But she'll -- she'll occasionally help.

[redacted]: Okay. She's your younger sister?

MR. COLE: Yeah.

[redacted]: Okay. And you have an older sister?

MR. COLE: Yeah.

[redacted]: Okay.

MR. COLE: She works -- I work under my older sister.

[redacted]: Okay.

[redacted]: Your -- which sister is that?

MR. COLE: The older one, the one that lives here. She lives in -- I don't know the city name, but she lives in Arlington, Arlington.

[redacted]: Okay.

[redacted]: And what's her name? I'm sorry.

MR. COLE: Brittany.

[redacted]: Brittany lives in Arlington?

MR. COLE: Yeah.

[redacted]: Okay.

[redacted]: Okay. So you grew up in Woodbridge, went to high school around here, or around the Woodbridge

area. How long have you been working at the bail bond business?

MR. COLE: Counting summer jobs, since I was 14.

[redacted]: Oh wow.

MR. COLE: I'm 30 now.

[redacted]: So a long time.

[redacted]: You must have seen some things. Bail bonds is an interesting business.

MR. COLE: I know some weird people. The office is across, is across from the courthouse, so we see a lot of weird stuff.

[redacted]: Yeah.

[redacted]: What, what are some of the weird stuff you see?

MR. COLE: At the bus stop across the street there was a -- okay, so one time my grandma and my aunt, they saw some guy at a bus stop across the street, and he didn't -- he wasn't looking too good. Like, he was slouching and stuff. And when he slid off, his leg snapped when he, when he went to the ground.

[redacted]: Oh jeez.

MR. COLE: He didn't react. He was out of it. They thought he died, so they called the police. Turns out he was high off crack.

[redacted]: Oh jeez.

[redacted]: Oh.

MR. COLE: They had to take him away on an ambulance.

[redacted]: Oh, my goodness. Was, was he, like, one of your clients or --

MR. COLE: No, he was just some random guy.

[redacted]: Some random guy.

[redacted]: Just near the business.

[redacted]: Some guy around. How does, how does the bail bond business work?

MR. COLE: I honestly don't know.

[redacted]: You don't know?

MR. COLE: I only have, like, scant information. I do -- I normally just do what they instruct me. Sometimes people will come in. The most I do is enter their, enter their information, take their payment, and then we just follow the procedure from there, because at that point it's out of my hands. It's entirely in the court's hands at that point.

[redacted]: Okay.

[redacted]: Do you like it?

MR. COLE: It's all right.

[redacted]: Yeah.

MR. COLE: It's pretty -- it's flexible. It allows me to work on my laptop.

[redacted]: That's nice. Is your sister a good boss?

MR. COLE: Yeah.

[redacted]: That's good.

[redacted]: What do you -- you said you work on your laptop. What do you do on your laptop?

MR. COLE: That's, that's where I enter the bonds in.

[redacted]: Oh, that's where you enter the bonds in. Okay. Okay.

[redacted]: And then you said -- is your grandma also involved in the business? You were saying you --

MR. COLE: She's the, she's the manager of the office.

[redacted]: Here in Fairfax? I keep saying here, but in Fairfax?

[redacted]: Yeah, she's the one in charge of the office.

[redacted]: Okay. Is she your mom's mom or your dad's mom?

MR. COLE: Dad's mom.

[redacted]: Okay. So -- and where does she live?

MR. COLE: I think, I think it was Gainesville. She lives in a retirement because she's going to retire next year.

[redacted]: Oh, how exciting for her.

MR. COLE: Yeah.

[redacted]: Okay. Okay, so that's -- and you have a little nephew you said?

MR. COLE: Yeah, 16.

[redacted]: Okay. (Inaudible) --

MR. COLE: He's in school now.

[redacted]: Okay. Do you get along with him?

MR. COLE: Yeah, I get along with him.

[redacted]: Okay. Does he think you're cool? Or he's too cool for you?

MR. COLE: He acts like he's too cool for everyone.

[redacted]: I'm sure.

[redacted]: Oh, does he? Is he a good kid?

MR. COLE: Yeah. But he needs to pay attention in school, though.

[redacted]: Yeah.

[redacted]: Yeah. He struggles in school?

MR. COLE: I wouldn't say struggle. He just, he just -- you know how they are at that age. He's more concerned with his car and his girlfriend.

[redacted]: Oh, no. Girlfriends are always trouble.

MR. COLE: Yeah.
[redacted]: Okay. Well, what else should we know about you? Your family?
MR. COLE: Yeah, we have a pretty average life.
[redacted]: Okay. You said -- you made some comment that your family -- you said -- what did you say about your family? Like, they're kind of far -- like Democrats or something like that?
MR. COLE: Uh, I think the majority of them. My dad's an independent.
[redacted]: Dad's an independent?
MR. COLE: Yeah.
[redacted]: Okay. Okay. And did they -- so going back, what, 2020 timeframe, you said you attended one of the rallies, right?
MR. COLE: No, I only attended that -- I only attended that protest, that was it. That was the -- that was literally the only time I've ever been to one of those.
[redacted]: Mm-hmm. And so growing up, you know, if your family has pretty strong political views --
MR. COLE: Especially my aunt and my grandma.
[redacted]: Okay. Who's your -- where does your aunt live?
MR. COLE: She lived in Maryland, next to the MGM Casino.

[redacted]: Okay.

MR. COLE: Or near it at least.

[redacted]: Okay. Does she work at the, um, bail bond business, too?

MR. COLE: No, she's coming -- she's come -- I think she's coming back to help us since her husband died not too long ago.

[redacted]: Okay.

[redacted]: And what's your aunt's name? I'm sorry.

MR. COLE: Aunt, um, uh, Betty Coates (phonetic), but we call her Ann.

[redacted]: Oh, Betty -- Ann. Okay.

[redacted]: So growing up when did you kind of realize that your, you know, political views were a little different from your family?

MR. COLE: I guess -- you spend so much time on the internet -- I don't really -- to be honest, I don't really know. I did -- I was never really in agreement with some of the stuff they say, but I didn't really know exactly. Because I, I supported -- I supported, like, right-leaning candidates for a while now --

[redacted]: What candidates?

MR. COLE: -- like, right-leaning candidates for a while now. Like, Ron Paul back in -- back when he was running. But that was it.

[redacted]: Okay.

MR. COLE: I view -- I don't know how to explain that. I'm sorry.

[redacted]: No, it's hard to explain.

[redacted]: Take your time.

[redacted]: Yeah.

MR. COLE: I guess it's just -- I guess it's just, just that.

[redacted]: Mm-hmm.

MR. COLE: I've never really -- I've never -- to be honest, I've never really been an openly political person --

[redacted]: Mm-hmm.

MR. COLE: -- but past that it's just -- I guess it's just how it, how it normally works.

[redacted]: Yeah. You just kind of slowly over time develop your own views and realize they're a little different from the people around you.

MR. COLE: Yeah. Yeah.

[redacted]: Okay. Is your family supportive of you having different views?

MR. COLE: I don't -- we don't really talk politics much.

[redacted]: Mm-hmm.

MR. COLE: And even if we did, I normally like to

just keep my mouth shut.

[redacted]: Mm-hmm.

MR. COLE: Because like I said -- because like I told you earlier, the stuff gets -- things are pretty volatile, right, nowadays.

[redacted]: Yeah.

MR. COLE: So I'd rather -- so it's best to just, you know, keep your mouth shut, keep your head down, just move on with your life with as little problems as possible. That's always been how I worked.

[redacted]: Yeah. And I know you said back in 2020 the politics was kind of tearing families apart.

MR. COLE: Yeah, I would -- like, I remember back in 2016 when Trump was first elected --

[redacted]: Mm-hmm.

MR. COLE: -- there was this mom who posted on -- who posted, I think, on either TikTok or whatever, she -- okay, how am I going to explain this. So at her kid's school they did this little mock voting thing where they asked the kids to pick a candidate --

[redacted]: Mm-hmm.

MR. COLE: -- and her kid -- and her kids chose Donald Trump. So she -- so she posted a video of her kicking this -- her elementary school-aged son out.

[redacted]: Mm-hmm.

MR. COLE: And, like, she was leaning on -- and she was leaning -- she was keeping the camera on him like he was, like, walking down the street.

[redacted]: Oh, jeez.

MR. COLE: Like, I mean, she said that it was a joke, but stuff like that, when you see stuff like that, you don't want to deal with it.

[redacted]: Mm-hmm.

MR. COLE: So for me it's best to just keep my mouth shut.

[redacted]: Yeah.

MR. COLE: I don't want to deal with anything like that.

[redacted]: Mm-hmm. You kind of want to avoid the conflict.

MR. COLE: Yeah.

[redacted]: Yeah.

[redacted]: Yeah.

[redacted]: And so you're saying, like, for your views, you kind of started shaping them the more you were on the internet and seeing stuff online?

MR. COLE: Yeah.

[redacted]: What sites do you visit or, you know --

MR. COLE: Mostly, mostly YouTube.

[redacted]: Mostly YouTube? Do you have any

YouTubers that you watch a lot?

MR. COLE: I'm subscribed to VTubers.

[redacted]: What's it called?

[redacted]: I'm sorry?

MR. COLE: I'm subscribed to VTubers.

[redacted]: VTubers?

MR. COLE: And that's --

[redacted]: I never heard of that.

[redacted]: Yeah, what is -- what are VTubers?

MR. COLE: Basically, just they're -- they're streamers who make content using virtual avatars.

[redacted]: Oh.

MR. COLE: That's basically --

[redacted]: Cool.

MR. COLE: --that's the, that's the gist of it.

[redacted]: Yeah. that seems entertaining.

MR. COLE: I'm not really a big streamer person, so I just mostly watch clips and whatever video they put up on YouTube.

[redacted]: Mm-hmm. Do you listen to any podcasts at all?

MR. COLE: No. I'm not -- I'm not a big streamer or podcast person.

[redacted]: Mm-hmm. Are you a gamer at all?

MR. COLE: Yeah.

[redacted]: Oh. What games do you play?

MR. COLE: I play Genshin Impact. I play Star Rail.

[redacted]: Are those PC games or online games?

MR. COLE: PC games. I play them on PC, but they can be played on any system.

[redacted]: Okay. How many PCs do you have?

MR. COLE: Just one.

[redacted]: Okay. Did you build it yourself or buy it?

MR. COLE: Build it.

[redacted]: Oh, wow.

[redacted]: How long did that take?

MR. COLE: It took some time to gather the money, and putting it together took me, like, four days.

[redacted]: That's pretty quick.

MR. COLE: Not, not for me. It's -- it gets pretty confusing. (Inaudible) the one at my house was the second one I ever built.

[redacted]: Okay.

MR. COLE: But, yeah, even if you built it before, it's, it's -- it's still pretty confusing trying to find out where to put everything.

[redacted]: I can imagine. What, like, instructions do you follow?

MR. COLE: Just the manual they give me.

[redacted]: Is that a manual you got offline?

MR. COLE: No, this is the manual that came with the motherboard.

[redacted]: Oh, the motherboard. Yeah. Yeah, I've never built a computer.

[redacted]: My brothers have but --

[redacted]: I don't know even how to do it.

[redacted]: Does it have fancy lights?

MR. COLE: Yeah, from the all -- from the all-in-one mostly. The all-in-one and the RAM.

[redacted]: Okay. Yeah. A gamer, are you on any --are you on Discord?

MR. COLE: No.

[redacted]: No.

[redacted]: Have you -- have you ever been on Discord?

MR. COLE: A while back with some friends but, yeah, I, I stopped using Discord.

[redacted]: Okay. What else do you -- what else do you use? Not Discord. Are you on any, like, social media sites?

MR. COLE: I'm on Twitter, but I don't really post.

[redacted]: Right. You use it to stalk, stalk like I do, just to look at things.

MR. COLE: Twitter, Reddit, YouTube, uh, that's basically all. I'm also on -- I'm also on some Pixiv and Pinterest, um, Archive. And that's pretty much all the social media I'm on.

[redacted]: What was -- what was the last one, Archive?

MR. COLE: It's a fanfiction site.

[redacted]: Fanfiction?

MR. COLE: Yeah.

[redacted]: What is that?

MR. COLE: Just fanfiction, writing stuff for, you know, for works that you're a fan of.

[redacted]: Okay.

[redacted]: Do you write stuff, or just read it, or both?

MR. COLE: I want to write, but I mostly just read now.

[redacted]: Mm-hmm. It's less effort for sure.

[redacted]: So you, you mentioned Discord. Is there a reason why you don't use Discord anymore?

MR. COLE: No, because I just stopped using it.

[redacted]: Is there -- but you just stopped? You didn't like the games on there, you didn't like the people that are on there, or --

MR. COLE: I just, I just drifted away from it.

Just lost interest.

[redacted]: Okay.

[redacted]: Are there any other forums? I thought a lot of gamers used Discord, you know, for their games. Are there any other forums that gamers can use?

MR. COLE: There are some, but I don't really go on those.

[redacted]: No. Do you play with a lot of the same people?

MR. COLE: No, I don't, I don't do multiplayer. I'm single player only.

[redacted]: Oh, you're not a multiplayer. Okay. So that makes sense a little bit then with Discord if you're -- (inaudible) have many multiplayer games.

Okay, so you work in the bail bond business; gamer; live with your mom and nephew.

MR. COLE: Yeah.

[redacted]: Anything else you like to do for fun? You built your own computer.

MR. COLE: I like, I like doing fan art.

[redacted]: Fan art?

MR. COLE: Yeah.

[redacted]: Are you an artist? Do you draw?

MR. COLE: Yeah.

[redacted]: Like, hand draw or just computer?

MR. COLE: Mostly on the paint tool site on the computer.

[redacted]: You draw with your mouse, or you have like a --

MR. COLE: A pen tablet.

[redacted]: Okay.

MR. COLE: It's a Wacom tablet.

[redacted]: Wacom, I never heard of that.

MR. COLE: It's a graphics tablet.

[redacted]: Okay.

MR. COLE: That's what, that's what they -- that's what we -- that's one of the -- some of the stuff we use to draw on the computer.

[redacted]: What sort of things do you draw?

MR. COLE: Just anime.

[redacted]: Anime?

MR. COLE: Yeah.

[redacted]: Do you ever sell it or post it anywhere?

MR. COLE: I want, I want to post it.

[redacted]: Yeah.

MR. COLE: Before all this happened, I was in the process of making something.

[redacted]: What were you making?

[redacted]: Yeah.

MR. COLE: This fan, fanart of Honkai: Star Rail.
[redacted]: What's that mean?
MR. COLE: It's a game.
[redacted]: Okay. And you were making -- like drawing it?
MR. COLE: Yeah.
[redacted]: Nice. How long does it take?
MR. COLE: Hmm?
[redacted]: How long does it take to draw something like that?
MR. COLE: Depends on your skill level.
[redacted]: Yeah. So for me, years?
[redacted]: How long does it take you to draw something like that?
MR. COLE: It took me, it took me -- when did I start -- it took me like an hour to do the rough sketch, and I was doing the lineup before I decided to go to 7-11.
[redacted]: Oh, that was literally like last --
MR. COLE: Like right --
[redacted]: Literally right before this all happened?
MR. COLE: Yes.
[redacted]: Okay.
[redacted]: So can we circle back to the protest that

you were here on January 5th?

MR. COLE: Yes.

[redacted]: Who did you come up to DC with?

MR. COLE: No one. I was alone.

[redacted]: You were alone?

MR. COLE: Alone. Like I said, I didn't, I didn't want to tell anyone.

[redacted]: Why didn't you want to tell anybody?

MR. COLE: Like I said, because, again, you know how volatile things were. And I get -- like I said, my family was -- most of my family at least is democrats.

[redacted]: Mm-hmm.

MR. COLE: And, you know, I didn't want to risk -- come into conflict with them.

[redacted]: Right.

MR. COLE: You know, this all went -- or whatever that stuff, whatever happens, so I -- so like I'd -- I'd rather keep my political opinions to myself.

[redacted]: Mm-hmm.

[redacted]: From your family?

MR. COLE: Yeah, from -- frankly, from everyone.

[redacted]: Do you have anyone that you can talk to with similar --

MR. COLE: No.

[redacted]: No?

[redacted]: Why not?

MR. COLE: I'm just not a very social person.

[redacted]: Mm-hmm.

MR. COLE: I mean mom says I'm an extreme introvert.

[redacted]: Mm-hmm. So if we go back to that day, right, what time did you come up that day?

MR. COLE: I know it was night. Past that, I don't really know the exact time.

[redacted]: Yeah, but it was dark outside?

MR. COLE: Yeah.

[redacted]: Okay. Why did you pick that particular protest to go to?

MR. COLE: It was -- like I said, I didn't really agree with what was going on. I didn't agree that, you know, you just tell a huge voter base to just, you know, not -- that their votes don't matter.

[redacted]: Mm-hmm.

[redacted]: Mm-hmm.

MR. COLE: It was a -- it was the first protest -- the first real protest I've ever been part of.

[redacted]: Yeah, that's why I'm curious, is like why you, why you wanted to come up to that protest. Is this something you saw online? Did someone recommend to go to it, or --

[redacted]: Yeah, how'd you find out about it?
[redacted]: How'd you find out about that protest?
MR. COLE: I think I saw it online. Like it's been years. A lot's happened since then.
[redacted]: Mm-hmm.
MR. COLE: My mind is completely fuzzy about the exact details. I do know -- I was -- I do remember them saying, them saying that there was going to be something that -- something up there that was going to happen, but as to that, when it did happen, I went up.
[redacted]: Mm-hmm.
[redacted]: How did you get there? You say you drove?
MR. COLE: Yeah.
[redacted]: Which car did you drive?
MR. COLE: The Nissan, my car.
[redacted]: A Nissan? Okay. So you drove your Nissan that afternoon. You didn't tell anybody at the house that you were coming up?
MR. COLE: No.
[redacted]: You said you told your mom you were going to the --
MR. COLE: Capital Ale House.
[redacted]: Capital Ale House?
[redacted]: You told your mom you were going to the Capital Ale House. But why -- okay. So that's what I'm

struggling to understand is why did you feel the need to lie to your mom about it.

MR. COLE: I didn't -- I just didn't know how she was going to react.

[redacted]: Okay. You were afraid for how she was going to react?

MR. COLE: Yeah.

[redacted]: Because the protest was in support of --

MR. COLE: Trump.

[redacted]: -- Trump? And she is not supportive of --

MR. COLE: No.

[redacted]: -- Trump, is that correct?

MR. COLE: No.

[redacted]: Okay. Does she know that you are supportive of Trump?

MR. COLE: No, I, I -- again, I keep all my political opinions to myself.

[redacted]: So she really doesn't even know.

MR. COLE: No.

[redacted]: It's not just that you don't talk about it. She doesn't even, like, know your --

MR. COLE: No one, no one knows.

[redacted]: No one knows.

[redacted]: No one knows.

[redacted]: Okay. Okay. So you drive into the city at night. Where do you park?

MR. COLE: There was -- I take my usual route to get into DC since that's basically the only route I know --

[redacted]: Okay.

MR. COLE: -- that, that avoids all the, all the traffic.

[redacted]: Mm-hmm.

[redacted]: If we pulled up like a map or something, could you show us how you got here?

MR. COLE: Mm-hmm.

[redacted]: Okay. Maybe we'll do that. All right. How many -- do you come to DC often?

MR. COLE: No. I don't. Not -- if I do, I usually just take that route in order to get something to eat. You know, whenever I felt like getting something to eat from DC

[redacted]: Mm-hmm.

MR. COLE: But past that, no.

[redacted]: So you sometimes come into DC to get --

MR. COLE: On rare occasions.

[redacted]: What's the typical route you take into DC? Can you describe it?

MR. COLE: When you're going to the bridge -- I do come in -- I come in from the south, and there was a --

[redacted]: You take Route 95?

MR. COLE: Yeah. Yeah.

[redacted]: Okay. And then once you kind of like get to the city, do you know, like, the general area where you parked or --

MR. COLE: There's a, there's a park with a bunch, with a bunch of neighborhoods. Like there's a neighborhood there and a park right there.

[redacted]: There's a park? Do you know the name of the park?

MR. COLE: No.

[redacted]: Okay.

MR. COLE: I'm trying, I'm trying to, I'm trying to describe it. There's a road that splits in the middle and, like, two grass -- like, two grassy areas on each side. That's where I always go.

[redacted]: And you park right next to the park?

MR. COLE: Yeah.

[redacted]: Typically?

MR. COLE: Yeah.

[redacted]: Okay. I'll tell you what. I'm going to pull up a map on my phone so we can look at it, okay?

Let's see here.

[redacted]: And where was the protest?

MR. COLE: I think, I think it was -- it was in front of the Capitol, right?

[redacted]: On January 5th?

MR. COLE: Yeah.

[redacted]: I don't know actually.

[redacted]: Who -- on the protest itself, like, were there a lot of people there?

MR. COLE: Yeah.

[redacted]: Was someone speaking?

MR. COLE: I don't really -- like I said, I only stayed for like an hour.

[redacted]: Did you talk to anyone while you were there?

MR. COLE: No.

[redacted]: You only stayed for an hour. So what did you do for that hour?

MR. COLE: Just walk around, sit around, look around, just wishing I had my, wishing I had my headphones with me because, because I didn't, because otherwise I would have just listened to music.

[redacted]: Mm-hmm. Did you talk to anyone?

MR. COLE: No.

[redacted]: Did you still enjoy being around people

that had, you know, similar views as you at least or --

MR. COLE: I'm still an introvert, so it's, it's (inaudible) being around a lot of people.

[redacted]: Yeah, I'm sure. And you said there were a lot of people there. And you were there for about an hour.

MR. COLE: Yeah. If I knew what was, if I knew what was going to happen on the 6th, I would never have gone up there because, again, this is -- that's the first time I've ever been a part of any real protest.

[redacted]: Mm-hmm.

[redacted]: So can you just describe what the protest looked like from your viewpoint?

MR. COLE: Just a, just a bunch of people walking about. I know, I know there was a guy carrying a confederate flag, but that's -- that was just it. All I did was -- I didn't really converse or talk with anyone. I just did my own, I just did my own thing.

[redacted]: Were there, like, people yelling? Were there people just gathering in groups? Was there a stage set up?

MR. COLE: No, again, I just, I just kept to myself. I didn't really, didn't really pay attention to what was happening around me. All I know is that -- there were, like, groups of people just, you know, being

-- just being with themselves.

[redacted]: Mm-hmm.

MR. COLE: I don't really do well in large crowds, so I just kept, I just kept to myself. I was just -- that's just me.

[redacted]: Mm-hmm. And why did you want to go to the protest that night?

MR. COLE: Show support for what was going on.

[redacted]: Mm-hmm.

MR. COLE: That was it. That was it. Like I said, I just didn't, I just didn't agree just ignoring all those people's votes, because if there was something wrong with what was happening, I think we, we should do something, right?

[redacted]: Mm-hmm.

MR. COLE: Just to -- even if -- like even if -- like even if he lost, even if he was entirely wrong, even if there -- even if they did prove something was wrong, at least they would show that they -- that -- at least they would show them that they were, you know, showing that some -- that nothing -- nothing illegal was going on, right?

[redacted]: Right. And so I guess what is your kind of -- what's your opinion of what is wrong? I don't want to put words in your mouth. I know, generally, but

from the election, what is, like, your strongest, you know, opinion of what was wrong and what should be done?

MR. COLE: If people feel that their votes are like just being thrown away, then I do think that at the very least someone should address it.

[redacted]: Mm-hmm.

MR. COLE: And not like just ignore it or denounce them as conspiracy theories or anything. Because, again, you know how crazy things are getting.

[redacted]: Yep. Who should address it?

MR. COLE: I don't, I don't know who should. At least someone, even if it's someone from their side, someone from the other side. As long as it, you know, lowers the temperature, so to speak.

[redacted]: But should it be politicians that should address it or --

MR. COLE: Yeah, the --

[redacted]: -- Congress?

MR. COLE: The people up top, yeah.

[redacted]: Mm-hmm.

[redacted]: People on both sides?

MR. COLE: Yeah. People on both sides, public figures who -- just anyone.

[redacted]: Someone.

MR. COLE: Someone.

[redacted]: Needs to address it.

[redacted]: And did you feel like neither side was doing anything?

MR. COLE: Again, I've never, like, been politically charged like that. So it was -- I was still like processing things.

[redacted]: Mm-hmm. What was your primary, like, emotion at the time?

MR. COLE: At the, at the protest?

[redacted]: Yeah, or like -- kind of like in the weeks leading up to --

MR. COLE: In the weeks leading --

[redacted]: -- the 6th? Like after the election.

MR. COLE: In the weeks leading up?

[redacted]: Mm-hmm.

[redacted]: Mm-hmm.

MR. COLE: I remember when it, I remember when it first -- when there was -- when it first seemed like something was wrong, like I was, I was like what's -- what the heck is happening? So I was following it.

[redacted]: Mm-hmm. Yeah, closely? You were following it closely?

MR. COLE: Yeah.

[redacted]: And is that the first time that you were following politics really closely, or I know you

said you remembered, like, when Trump was elected back in 2016. Were you following it closely then?

MR. COLE: Back in 2016 not as closely. But I was with Trump. I was, like, okay, now give him a chance.

[redacted]: Mm-hmm.

MR. COLE: I like, I like what he did, so I voted him again in 2020.

[redacted]: Mm-hmm. But then in 2020 you were following it more closely than before?

MR. COLE: Yeah.

[redacted]: (Inaudible).

MR. COLE: Well, I wouldn't -- not the, not the campaign trail.

[redacted]: But after?

MR. COLE: It was only after the election when stuff started happening that I started, that I started following a bit -- that I started following a little closer than I usually do.

[redacted]: Mm-hmm.

MR. COLE: Because usually I just -- like I said, I just keep to myself.

[redacted]: Right.

MR. COLE: Online and offline.

[redacted]: Mm-hmm. And so were you -- you were

feeling like no one was doing anything on either side. Were you feeling frustrated? Angry? Defeated? What was kind of --

MR. COLE: Mostly bewildered, because I was like -- because over those last few days, I was like do we know what was -- do we know what's happening? And then when they officially announced that Biden had won, and then -- and then that's when people -- we -- I remember when people, especially on the right, were really starting to, were really starting to question the -- that's when they -- that's when you could call them conspiracy theorists.

[redacted]: Mm-hmm.

MR. COLE: And, like I said, it was -- I never really followed anything as closely as the, as the results of the 2020 election as I do now -- as I used -- as I, you know, did before, or since.

[redacted]: And where were you following like the news mostly? Like on YouTube or --

MR. COLE: YouTube and Reddit.

[redacted]: And Reddit? But you still weren't talking to anyone --

MR. COLE: No.

[redacted]: -- about it. You were just kind of reading, watching, tracking, and all?

MR. COLE: Yeah.

[redacted]: And you're feeling bewildered. Is there anything that you are doing to try to --

MR. COLE: No, I --

[redacted]: -- get out to people that you feel like --

MR. COLE: No, I was just sitting, I was just sitting down and watching.

[redacted]: Okay. And then this is the first -- the night of the 5th is the first protest that you --

MR. COLE: Yeah.

[redacted]: -- participated in related to the election?

MR. COLE: Yeah.

[redacted]: Do you remember what you wore to the protest that night?

MR. COLE: I know I, I know I wore a jacket because it was cold outside.

[redacted]: Mm-hmm.

[redacted]: What type of jacket? You remember?

MR. COLE: No. I'm still -- like I say, this happened -- it happened a long time ago, and a lot of stuff has happened since then?

[redacted]: What type of stuff has happened since then?

MR. COLE: Just general, just general life stuff. I usually -- I don't be, like, I only tend to think about stuff that happened in the past.

[redacted]: What do you mean by that?

MR. COLE: I mostly -- I mostly just -- I mostly just live in the present. I only --

[redacted]: Okay.

MR. COLE: I don't really, I don't really dwell on what happened before.

[redacted]: Mm-hmm.

MR. COLE: I'm just a -- I'm just a here-and-now type of person.

[redacted]: Okay.

[redacted]: Are you trying to, like, forget about some stuff, like, (inaudible) out? No?

MR. COLE: Aside from my, aside from my school life, not really. I just let, I just let stuff just fade away.

[redacted]: Okay.

MR. COLE: I'm not really -- I'm just not a person who likes to dwell on -- I'm just not a person who likes to think on stuff that came before.

[redacted]: Mm-hmm.

[redacted]: Right.

MR. COLE: Once -- and once the riot happened, I

really didn't want to think about it because if I, because if I knew any of that stuff was going to happen, I would never have gone up, I would never have gone up there.

[redacted]: Mm-hmm.

MR. COLE: Because, because you can see what's happening now. If I knew that, if I knew that all that stuff was going to happen, I would have just, I would have just stayed home.

[redacted]: Mm-hmm.

MR. COLE: Because I don't, I don't like, I don't like, you know, stuff getting in the way, stuff getting in the way of, getting in the way of routine.

[redacted]: Mm-hmm. You like your routine and (inaudible)?

MR. COLE: Yeah, I'm sorry, I'm stuttering here. I'm not really good at explaining stuff.

[redacted]: No, that's okay.

[redacted]: You're doing great.

MR. COLE: I'm just really, really nervous.

[redacted]: No, we understand. Take your time. And if we don't understand something, we'll ask more questions.

MR. COLE: All right.

[redacted]: Do you want to eat some of your food?

MR. COLE: To be honest, with all this stuff happening, I kind of lost my appetite.

[redacted]: Okay.

MR. COLE: I'm sorry.

[redacted]: No. No need to apologize. It's not going anywhere.

[redacted]: All right. I need to step out --

[redacted]: Okay.

[redacted]: -- for one minute. I'll be right back. Are you -- do you need to use the bathroom or anything?

MR. COLE: No, I'm good.

[redacted]: Okay. I'll be, I'll be right back.

[redacted]: Okay.

([redacted] exits the proceedings.)

[redacted]: If you don't eat your chicken wings, I might.

[redacted]: Hey, [redacted].

[redacted]: Yeah.

[redacted]: [redacted] going to sit in here for a few minutes.

[redacted]: Okay.

([redacted] exists the proceedings.)

[redacted]: You doing all right, man? You need any water, soda, any other --

MR. COLE: I'm just, I'm just doing my best to

keep myself calmer.

[redacted]: Oh, yeah. Yeah, breathe and -- yeah.

MR. COLE: (Inaudible) thinking my car is still outside. I haven't gone to work. I don't know how I'm going to explain this to them. Thanks, thanks for helping me do this.

[redacted]: Yeah, no problem.

MR. COLE: I just hope things go well. I really do hope this is all a misunderstanding.

(Pause.)

[redacted]: You know, I'm not sure if you like Cherry Coke, but feel free to --

MR. COLE: I don't, I don't like soda.

[redacted]: Oh, you don't like soda?

MR. COLE: I stopped drinking it.

[redacted]: Oh, okay. Okay. All right. Well, let me know if you need anything.

([redacted]e exits the proceedings.)

[redacted]: Sorry about that. You good on drinks, bathroom, everything?

MR. COLE: Yeah.

[redacted]: All right. How you feeling?

MR. COLE: There's a, there's a in the pit of my stomach now.

[redacted]: Yeah. Okay. I totally get it. So,

Brian, you know, we've already kind of explained to you, you know, why you're here.

MR. COLE: Yeah.

[redacted]: We explained that you're here because of the activities that you did on January 5th, 2021. We -- like I said up front, we've done a -- this investigation's been going on for five years. We've collected a lot, a lot of evidence. A lot of evidence. And it's clear -- we clearly have determined that you were in the area of the RNC and the DNC on January 5, 2021. We know that you purchased components for pipe bombs.

MR. COLE: Huh?

[redacted]: And we know that you placed those bombs on January 5, 2021.

MR. COLE: Woah, wait a minute. Wait a minute. Wait a minute. Woah, woah, woah, woah, woah, woah, woah, what? What?

[redacted]: We know you parked at -- near Folger Park. We know -- we have all the purchase records for all the components of the devices. So that's why we're here today.

MR. COLE: This, this is a misunderstanding. Please tell me. Please tell me. Please, please, please tell me.

[redacted]: So take a second and, like, absorb that a little bit. We understand how stressful this is.

MR. COLE: Oh my god.

[redacted]: We can show you, you know -- we have a lot of evidence.

MR. COLE: Please tell me, please tell me this is a misunderstanding. It has to be.

[redacted]: And this is an opportunity for you right now to kind of explain why you did it.

MR. COLE: What? Oh, no, wait, woah, woah, woah, woah, woah. You --

[redacted]: Take a minute. I know this is a lot. Take a minute and then you don't have to explain it in one sentence. We're going to talk through it. We have more questions. We'll answer your questions. Just take a deep breath, and we'll keep talking through it.

I know everything that you've been, you know, talking about so far. You've shared that you haven't -- you know, you're an introvert, but also you haven't been able to talk about things with family because they don't share the same, you know, views as you, and you don't want to start conflict, but [redacted]k and I are not here to judge you. We generally appreciate your opinions and perspective. We want to know the truth.

[redacted]: The truth. That's it.

[redacted]: And so I don't want you to feel judged. I want you to be willing to share anything you can about your decision to place the pipe bombs that night.

MR. COLE: I didn't place anything. Please tell me this is a, please tell me this is a -- please tell me this is a misunderstanding. Please tell me this is a misunderstanding. Please tell me this is a misunderstanding. This has to, this has to be a misunderstanding. Has to be. It has to be. Wrong place, wrong time. Just -- oh, my god, oh, my god. It has to be a misunderstanding. It -- oh, man, oh, man, oh, man. Just trying -- just give me a minute. Can you give me a minute to process this?

[redacted]: Yeah, no, take your time.

[redacted]: We're not going to -- tell you what. We're not going to ask you any additional questions until you feel ready to respond.

[redacted]: And if you want to start talking or you want us to start asking questions, we'll wait for your cue. You just tell us.

[redacted]: Yeah.

[redacted]: We'll just sit here and give you a minute. No rush. Keep breathing.

MR. COLE: (Inaudible) protest, and get (inaudible), and get -- (inaudible).

[redacted]: I'm sorry?

MR. COLE: (Inaudible) just -- oh, my God, oh, my God, oh, my God, my God, my God.

[redacted]: It's okay. All right? You're okay.

MR. COLE: It's not okay.

[redacted]: You're okay.

MR. COLE: I go to a protest and all of a sudden I get accused of this?

[redacted]: The devices themselves didn't go off. Okay? No one got hurt. At the end of the day, no one got hurt. Okay?

MR. COLE: Still -- still -- I'm still, I'm still here.

[redacted]: Mm-hmm.

[redacted]: Yeah.

MR. COLE: Oh, my god.

[redacted]: Let's just put this behind us.

MR. COLE: Can't be happening. Cannot be happening. Cannot be happening. Cannot be happening. I don't know why I get anxious.

[redacted]: I know it's a lot to process. I know you said you don't like to dwell on the past. And so I know this might be hard to revisit. But, as [redacted]k said, we've been working on this for years. In order to, you know, bring you in, we have to have --

[redacted]: We have a lot of evidence.

[redacted]: -- a sufficient amount of evidence tying you to be the one to place these devices. And so we can walk through it. We'll ask you questions. You can answer. You can ask us some questions.

MR. COLE: I don't know what to do now. I don't know what to say. I don't know what to do. (Inaudible) waking up, going to 7-11, all of the sudden -- (inaudible) can I go to the bathroom?

[redacted]: Hold up, hold up, hold up.

[redacted]: Keep breathing, keep breathing.

(Agents leave room.)

MR. COLE: (Inaudible) chance (indiscernible), chance (indiscernible)?

[redacted]: You can -- giving him or half of that. I -- you don't, you don't want the soda? Okay. Well, if you need more water, let me know. We can, we can get you some more water.

UNIDENTIFIED MALE: Would you like another cough drop?

MR. COLE: Nope. I'm good.

UNIDENTIFIED MALE: Okay.

(Pause.)

MR. COLE: There's even, there's even a sliver of a chance (indiscernible) --

[redacted]: Mm-hmm.

MR. COLE: Just answer whatever questions they have.

UNIDENTIFIED MALE: (Indiscernible) back in here?

[redacted]: Uh, sure. All right.

[redacted]: Thanks, [redacted].

[redacted]: Yeah, sure.

[redacted]: Thanks, [redacted].

[redacted]: No problem. Yeah, if you guys need anything else, let me know.

[redacted]: Do you feel a little better?

[redacted]: We got the chills?

[redacted]: Do you need a blanket or anything?

MR. COLE: It's -- just do this.

[redacted]: Okay.

[redacted]: If there is a blanket, I don't know --

[redacted]: Yeah, I'll try to --

[redacted]: -- grab one.

[redacted]: If you need to take another break, just tell us. But we appreciate everything you've shared with us so far. We understand you're in, you know, a tough position, feeling like your family was not aware, supportive of your views. You couldn't share them -- your views with them. And you said, you, you know, after the election, you were tracking the news very closely.

You felt like no one on either side was doing anything to address the issue. Help us understand how you decided to construct and place these --

MR. COLE: I didn't. Please --

[redacted]: -- iPhones at the RNC --

MR. COLE: I didn't.

[redacted]: -- and DNC --

MR. COLE: Didn't -- please --

[redacted]: -- that night.

MR. COLE: (Indiscernible) I didn't. I didn't. I didn't. I didn't. I didn't. I didn't. I didn't. I'm being accused, being accused of this. Oh my God. Oh my God.

[redacted]: You're not being accused. We -- as [redacted]k said, we have worked on this for five years. We have done so much investigative work to show you placing these two devices. We just want to understand why. That's the most important part.

MR. COLE: Why don't you -- I -- I miss -- I feel like (indiscernible) I didn't. Someone (inaudible) one day -- you, you, you told I did this. There's even a chance I'm innocent, I shouldn't -- there's even a chance I'm innocent. There has to be, there has to be a, there has to be a chance that I'm innocent -- being accused of this -- being told, being told I did this.

(Indiscernible) I followed, I followed the -- I followed the aftermath of the election closely, yeah --

[redacted]: Mm-hmm.

MR. COLE: -- but there was, there was no way. There was, like -- there was just no way. I'm trying to -- I don't know. I'm trying to -- fuck. I'm trying process this.

[redacted]: I know. It's, it's a lot to process all in a very short time period. Take your time.

(Knock at the door.)

[redacted]: Yeah. Sorry, one second. Oh, blanket?

UNIDENTIFIED SPEAKER: Mm-hmm.

[redacted]: Okay, thank you.

UNIDENTIFIED SPEAKER: Yeah.

[redacted]: Do you want a blanket? There's one here. It could be -- would it help you?

MR. COLE: Mm-hmm (indiscernible) helps.

[redacted]: There you go.

MR. COLE: I don't get into trouble. Why can't life will be fine. All of a sudden I'm here. This (indiscernible) -- I do my best to keep -- I just do my best to keep my life as simple as possible.

[redacted]: Mm-hmm.

MR. COLE: Anything that, to me, anything that, anything that deviates from routine, I --

[redacted]: Mm-hmm.

MR. COLE: -- stay away from.

[redacted]: Mm-hmm.

MR. COLE: That, that protest, that, that whole thing, that protest, all the -- and all the stuff from the -- from the 2020 election all the way to that night --

[redacted]: Mm-hmm --

MR. COLE: -- I don't -- I try to keep myself, I try to keep myself, you know, away from all that.

[redacted]: Mm-hmm.

MR. COLE: Anything -- it's just -- that's the mentality I have. Anything that gets in the way of routine.

[redacted]: Yeah. No, that makes --

MR. COLE: (Indiscernible) --

[redacted]: Go ahead.

MR. COLE: That, that night, that was, that was the first time I ever actually really deviated from that. Because --

[redacted]: Mm-hmm.

MR. COLE: I like, I like, you know, average.

[redacted]: Mm-hmm.

[redacted]: Mm-hmm.

MR. COLE: I prefer average. It's simple.

[redacted]: Mm-hmm.

MR. COLE: And it keeps me, you know, out of this situation.

[redacted]: Mm-hmm.

MR. COLE: Anything that, anything that could even, you know, anything that even points to me being anything -- anywhere close to -- being anywhere close to anything like this. I mean, heck, I -- I -- I mean, heck, I'm super introversive.

[redacted]: Mm-hmm.

[redacted]: Mm-hmm.

MR. COLE: Like, I don't, I don't talk to anyone.

[redacted]: Mm-hmm.

MR. COLE: Heck, I even have -- you can see now, I have trouble even maintaining a conversation like this.

[redacted]: Mm-hmm. You're doing a great job.

[redacted]: Yeah, you're doing a great job.

[redacted]: It's a lot to digest, and you're explaining things really well.

[redacted]: Listen, everyone makes mistakes, you know --

MR. COLE: And wrong --

[redacted]: -- everyone makes mistakes.

MR. COLE: -- wrong place, wrong time. Just -- I just -- wrong place, wrong time. I just don't know what

to (indiscernible.)

[redacted]: You know, you said your -- like to keep things simple. You like your routines. You have your habits.

MR. COLE: Yeah, get up and wake --

[redacted]: And you like to --

MR. COLE: And I wake up --

[redacted]: Mm-hmm.

MR. COLE: -- go work, do work, come back. If there's anything, if there's anything in between, it's like inconsequential stuff.

[redacted]: Mm-hmm. So, what changed from the election to the night of the 5th that led you out of your routine to, to act differently?

MR. COLE: Just looking at it all.

[redacted]: Mm-hmm.

MR. COLE: Like, well, I haven't been much of any political -- politically active --

[redacted]: Mm-hmm.

MR. COLE: -- you know, I don't follow -- I did follow things from time to time. You know, when the news pops up and, you know, stuff that, stuff that, stuff that, like, you know, affects personal life, like everyone does.

[redacted]: Mm-hmm.

MR. COLE: Leading up, leading up to the 2020 -- leading up to the election to, you know, J, J, J6, I just, I just didn't think that stuff was -- I just didn't think that ignoring people's grievances was a good thing.

[redacted]: Mm-hmm.

[redacted]: Right.

MR. COLE: Because (indiscernible) you're calling people conspiracy theorists, you're saying that they're, you know, bad people. They're --

[redacted]: Mm-hmm.

MR. COLE: -- Nazis. They're fascists. You know, and, you know, they're -- even if you're on the other side, even if you're on the other side, you don't just do that to people. You don't tell them that, that all that stuff -- that all that stuff is, like, worth it. Like, if there's -- if they feel that, you know, something as important as voting in the federal election is being tampered with, is being, you know, being -- you know, relegated, null and void --

[redacted]: Mm-hmm.

MR. COLE: -- then, like, someone needs to speak up, right?

[redacted]: Mm-hmm.

MR. COLE: Someone up top.

[redacted]: Mm-hmm.

[redacted]: Mm-hmm.

MR. COLE: You know, just to, just to at the very least calm things down.

[redacted]: Mm-hmm.

[redacted]: Yeah.

[redacted]: And so, did you think by placing the --

MR. COLE: I didn't, I didn't -- please don't say I did. Please don't say I did. Please, please, please. Oh my God, oh my God, oh my God, oh my God.

[redacted]: I know it's hard to hear and hard to accept, but that's why we're here because of the evidence.

MR. COLE: If there is even a chance that the evidence can point to someone who's not me, if there's even a small chance, right?

[redacted]: There's not.

MR. COLE: There has, there has to be, there has to be even a small chance. There has to be. First time I get involved in some -- in election, I get, I -- even if there is a small chance.

[redacted]: No, I know --

MR. COLE: Even if there's, even if there's a tiny chance. There has, there has to be even a tiny chance. There has to be. Man, oh God. Geez.

[redacted]: I know.

MR. COLE: I'm sorry, I'm trying my best to keep myself together.

[redacted]: No, I know.

[redacted]: You're doing great.

[redacted]: You're doing great. It's a lot to accept.

MR. COLE: I'm trying my best to keep myself together.

[redacted]: Let's start with a smaller question maybe? Why did you start constructing --

MR. COLE: I didn't.

[redacted]: -- those --

MR. COLE: I did not. I did not. I did not. I did not.

[redacted]: Why did you start buying one by eight pipes?

MR. COLE: What?

[redacted]: One by eight pipes.

MR. COLE: One by eight pipes --

[redacted]: For pipes.

MR. COLE: What type of pipes are those?

[redacted]: No?

MR. COLE: One by eight pipes, like what, what type, what type of pipes -- what do they look like? What's the length?

[redacted]: Eight inches.

MR. COLE: Eight inches.

[redacted]: And all the -- actually why did you buy all the components?

MR. COLE: All right. For the pipes, I was, I was building, I was building a sort of a, how do you, what do you call it again?

[redacted]: Like a IED?

MR. COLE: No, that's not what they are. That's not what I was building. Initially, I was trying to -- those things that you hang on the wall, what do you, what do you call them?

[redacted]: You hang on the wall?

MR. COLE: Because I was, I was looking up some DIY stuff on YouTube that I really wanted to try.

[redacted]: Mm-hmm.

MR. COLE: I wanted to buy, I wanted to buy -- because I wanted to try and do -- I wanted to try and see if I could make something.

[redacted]: Okay.

MR. COLE: See if I can -- excuse me. Because I'm, I'm a person who likes -- who has a lot of interests.

[redacted]: Mm-hmm.

[redacted]: Mm-hmm.

MR. COLE: A lot of interests. And I tend to, like drop -- I'm sorry. Just let me (inaudible). I like -- I have a lot of interests from fan (indiscernible) fanfiction, building things.

[redacted]: Mm-hmm.

MR. COLE: I remember, I remember getting into -- I wanted to get into hydroponics one time because I wanted to grow my own, grow my own produce. You know how they are -- you know how it is. When you get interests, you go and see if you can -- you want to see if you can do stuff. But then you -- when you realize that either it's hard or you just don't have an interest in it, you drop it.

[redacted]: Mm-hmm.

MR. COLE: There was a, there was a little DIY thing. I think it was, it was building -- I forget what they call it, Standees (phonetic) or -- I'm trying to -- DIY -- what did you call it? It was a -- I remember it being a -- I remember it -- there being a Warhammer video.

[redacted]: Mm-hmm.

MR. COLE: When they made a bunch of -- they made a bunch of -- they made a bunch of DIY bases and -- not figurines -- environments and stuff.

[redacted]: Okay.

MR. COLE: (Inaudible) -- I thought -- I (indiscernible) -- I thought that was cool because at the time I wanted to -- I was trying to get into Warhammer.

[redacted]: Mm-hmm.

MR. COLE: Warhammer 40k. And I wanted to see if I could build, I wanted to see if I could build that stuff. It was a video that, it was a video that showed you how to do this stuff for like under -- it was one of those under $5 --

[redacted]: Okay.

MR. COLE: --5, $10 DI videos.

[redacted]: Yeah. And what did you build after that?

MR. COLE: I tried, I tried building it.

[redacted]: Mm-hmm.

MR. COLE: I think the exact thing I was trying -- I remember the exact thing I was trying to build.

[redacted]: Brian, we know what you built. We know what you built. We know what you did.

MR. COLE: I didn't. Please, don't -- please --

[redacted]: We know, we, we know that. You know? They didn't go off. They didn't go off. No one was hurt. It's okay. All right? We are just trying to figure out why, and for you to tell us why. We're not judging you, you know?

MR. COLE: It has to be. It has to be. It has to be wrong place at the wrong time. It has to be. It has to be. It has to be. It has to be.

[redacted]: There are a lot of people out there --

MR. COLE: (Indiscernible.)

[redacted]: -- that have been tracking --

MR. COLE: Just (indiscernible) --

[redacted]: -- this -- the placement of these two devices for the last, you know, five years. There are a lot of people out there that have ideas about who did it and why the person, you know, did what they did. You've explained to us that you feel like people's opinions and voices were just being ignored.

MR. COLE: But that's --

[redacted]: And no one was --

MR. COLE: -- but that's not reason enough to do this.

[redacted]: But that's -- if you don't tell us the reason, other people are going to create the reason for you. That's why we want to know what the reason is. We want you to be the one to explain it so other people don't create their own reason that is not what your intended purpose was.

MR. COLE: You're telling me, you're telling me that I did some -- I did -- you're telling me that I did

this, but I didn't. I -- how can I -- I'm just trying to -- just trying to keep myself together. There's even a chance -- there's even a chance that I'm innocent. I'm doing my, I'm doing my best to keep myself together.

[redacted]: No, you're doing great. Just we -- everyone in the room knows the same thing. I know it's a lot to accept but we know you did it. You know you did it.

MR. COLE: I didn't.

[redacted]: And we just want you to help us explain why.

MR. COLE: It has to be a mistake. It has to be -- it has to be a mistake. It has to be -- it has to be a mistake. It has to be a mistake. It has to be a mistake. It has to be -- it has to be -- it has to be -- it has to be -- there was -- a chance for me to clear my name. If there's even a -- okay. Keep going. I'm, I'm, I'm sorry. I'm just out of my depth with this. I just, I -- I just don't, I just don't know what to do anymore.

[redacted]: I think you're, you're thinking too much.

MR. COLE: Thinking too much?

[redacted]: You had a reason for why you did this. It was something that you were very passionate about, something that you strongly believed in led you to place

these two devices. I think it's simple and we just want to know what that simple explanation is.

MR. COLE: I didn't place the devices. I did not place the devices. I did not place them. I'm -- suddenly being told I did this. After -- I'm just suddenly -- I'm -- okay. I, I did not -- I'm maintaining my innocence. I only did was go to the protest. I drove up to Fuller Square (sic), or however you call it, because the first time I went to DC, there was a lot of traffic and I don't like traffic. Plus, the Capital isn't really far from where I parked. It's not like it's a long walk. And I do -- I like to walk a lot.

[redacted]: Mm-hmm.

MR. COLE: So, when I parked, I walk -- I just walked over there, went -- became part, became part of the, the protest. Stayed there for an hour. I left the, I left the city through -- out through, through the, the street that takes you to --

[redacted]: You can't convince us that you didn't do it. We have video. We have your car. We have you buying all these different pieces to make devices. You can't convince us that you didn't do it. You can tell us why.

MR. COLE: Please tell me this is a mistake. Please tell me -- oh my God -- please tell me that --

please tell me that I was at the wrong place at the wrong time. It has, it has to be -- that has to be the reason. I keep -- I -- this -- I keep my head down for a reason. I don't -- I never want to find myself in this situation.

[redacted]: And you can help yourself right now. You can help yourself by telling us the truth. So we can get out of this situation.

MR. COLE: There, there isn't -- there is no way out of this situation. I don't get how --

[redacted]: We're telling you how to get out of this situation. Tell us the truth of what happened that night.

MR. COLE: I went to the protest. That's, that's what happened that night. Keep, keep yourself calm, Brian. If there was, if there was even a small chance, a small chance -- if there's even a small chance that I am innocent -- then I have to, I have to take it. If there's even a small chance that I am innocent, then I have to take it.

[redacted]: The evidence we have is overwhelming.

MR. COLE: How am I supposed to explain that I'm innocent? How am I supposed to explain that I'm innocent? How am I supposed to explain that I'm innocent? How am I supposed to explain that I'm innocent? Because I keep -- I keep myself out of

anything that could potentially get me into this situation. I like, I like living, I like living my life --

[redacted]: Mm-hmm.

MR. COLE: -- just ordinary.

[redacted]: And there are a lot --

MR. COLE: I do my, I do my best to just get on with life and just coast on --

[redacted]: Mm-hmm.

MR. COLE: -- with little to no -- excuse me -- little to no problems. No, just, just a burp, just a burp.

[redacted]: Okay. Okay.

[redacted]: You scared us there.

[redacted]: Should we get our wastebasket?

[redacted]: Just in case.

[redacted]: Just in case?

MR. COLE: My mentality is --

[redacted]: And there's not one here.

MR. COLE: My mentality is if I -- my mentality is to, to keep going, to keep going forward with little to no, with little to no problems.

[redacted]: I know --

MR. COLE: If there was even, if there's even a small thing that potentially snowballs into something

bigger, I keep myself, I keep myself in my lane. I stay, I stay stable --

[redacted]: Yeah.

MR. COLE: -- I just stay stable.

[redacted]: Thank you.

[redacted]: I, I know that's your mentality, but the reality is we're -- that's not the situation we're in. We are outside of the stable routine. We're here and this is your chance, your only chance to explain to us why you did it.

MR. COLE: I didn't. I didn't. I didn't. I --

[redacted]: There are a lot of people out there that I'm sure are like you. They keep to themselves. They're introverts. They have these, you know, views and opinions they don't necessarily feel like they can share. And then they feel like half of the population is, you know, ignoring their views and belief. If you don't share your, you know, reason and opinions now, it's just going to be the same thing where it never, it never gets out.

MR. COLE: My views and, my views and opinions have been the same, ordinary. Never -- just never -- never deviate.

[redacted]: Mm-hmm.

MR. COLE: That's the --

[redacted]: Then why did you --

MR. COLE: That's the --

[redacted]: -- why did you deviate this time?

MR. COLE: (Indiscernible) -- I didn't, I didn't place the bombs. I did not, I did not place them. I -- and I didn't. I didn't. I didn't.

[redacted]: Why did you build them?

MR. COLE: I didn't build them. I didn't do anything. I (indiscernible) was going to a protest --

[redacted]: I know that you, you know, are saying if there's any small chance somehow you can get out of this, but like we said, we have worked so hard to find facts. You're only here because of facts. So can we show you some pictures that maybe will convince you that --

MR. COLE: All right.

[redacted]: -- there's no getting out of this? We just want to understand.

MR. COLE: (Indiscernible).

[redacted]: Okay. Do you recognize these shoes?

MR. COLE: Yeah. I used, I used to have a pair.

[redacted]: Okay. Do you still have them?

MR. COLE: No.

[redacted]: What did you do with them?

MR. COLE: I grew out of them. I threw them

away. I replaced them.

[redacted]: Why did you throw them away?

MR. COLE: They were, they were old and they were coming apart. At the -- when they came, when they came apart because I -- the other side of the shoe started having holes in them. So I just -- shoes have holes, shoelaces were coming apart, just how you do with, just how you get rid of shoes, just throw them away. I didn't have any, I didn't have any more need for them.

[redacted]: Did you get that same pair? Or the same style? Or different ones?

MR. COLE: Zebas. It was pair -- after this, I got a pair of shoes called Zebas.

[redacted]: Okay.

[redacted]: Okay.

MR. COLE: You just slip them on.

[redacted]: Mm-hmm.

MR. COLE: No, no need for shoelaces or trying to -- trying to push or tug your feet.

[redacted]: Mm-hmm. Do you remember where you bought these shoes from originally?

MR. COLE: No. I -- no.

[redacted]: Mm-hmm.

[redacted]: Do, do you know when, when you bought those shoes?

MR. COLE: No. Like I said, mine -- I don't really think about stuff in the past. I -- anything that -- everything that stays in the past, stays in the past for me.

[redacted]: Hmm.

MR. COLE: I'm a here -- I'm a here and now kind of person.

[redacted]: Mm-hmm. Do you remember that you wore these the night of the 5th?

MR. COLE: Mm-mm. I genuinely don't remember.

[redacted]: Okay.

MR. COLE: I just slipped on, I just slipped on the first pair of shoes I could, I could, I could find.

[redacted]: Mm-hmm. Mm-hmm.

[redacted]: Did, did you buy these shoes or did your family?

MR. COLE: I bought, I bought them.

[redacted]: You bought. Do you remember if you paid with a credit card?

MR. COLE: I think I, I think I did.

[redacted]: Think you did.

MR. COLE: Or -- it was an American -- there was -- I remember. It was the -- it was an American flag credit card that I got up Capital One.

[redacted]: Capital One?

MR. COLE: That was the, that was the -- that was my first debit card.

[redacted]: Okay.

[redacted]: It's your first debit card. Okay.

[redacted]: Okay.

[redacted]: So --

[redacted]: So we have video of you --

[redacted]: Wearing these shoes.

[redacted]: -- wearing these shoes on the night of the 5th, placing the two devices?

MR. COLE: I did not -- didn't place the devices. Oh, my God.

[redacted]: And then we talked about, you know, the devices and some of the different pieces that we know you purchased.

[redacted]: And all of these pieces are on the device.

MR. COLE: No, I don't have a timer.

[redacted]: You never purchased a timer?

MR. COLE: No.

[redacted]: You never purchased the timer from a Walmart?

MR. COLE: No.

[redacted]: Have you ever purchased timers from --

MR. COLE: I, I rarely, I rarely ever go to Walmart. I'm not much, I'm not much of a Walmart person.

[redacted]: Where do you go then?
MR. COLE: Target. Target.
[redacted]: So you don't, you don't recall purchasing a timer that looks like that?
MR. COLE: No, not -- no. I don't, I don't go to Walmart.
[redacted]: How about these different pieces? This is the --
MR. COLE: For the, for the DIY but not for the other two.
[redacted]: You purchased pipes, multiple pipes and caps that go on the end of these pipes. You purchase those as well?
MR. COLE: The pipes but not the --
[redacted]: Are you saying you didn't purchase the end caps?
MR. COLE: No.
[redacted]: Okay. How about -- does this look familiar?
MR. COLE: No.
[redacted]: You don't ever recall purchasing this?
MR. COLE: No.
[redacted]: How about alligator clips.
MR. COLE: Alligator clips, I -- I did purchase alligator clips.

[redacted]: Okay.

MR. COLE: I think I purchased those from Amazon.

[redacted]: Okay.

MR. COLE: I was trying a little, I was trying a little science experiment. And immediately, I got, I got bleach on the, on the carpet.

[redacted]: Downstairs? Or upstairs? Or where's your --

MR. COLE: In the, in the basement.

[redacted]: Do you live in the basement?

MR. COLE: Yeah.

[redacted]: Okay. Where would you do your science experiments in the house? Down there?

MR. COLE: This was a long time -- it was a long time ago, back, back when like, back when my dad still lived with us.

[redacted]: Okay.

[redacted]: Yeah. Yeah. So, Brian, we know you purchased all these components. Okay? You did. We know you did. You purchased multiple Walmart timers. You purchased multiple end caps, those little iron things that go on the end of the caps. All of these components, we know you purchased. We have the records. Okay? We have you on video in those shoes placing -- device. You know, so this story is going to create a lot of media attention,

okay. And they are going to say you are a bad guy. I don't think you are a bad guy at all. I think you are a guy that just got out of routine one night. The one night you got out of your routine --

MR. COLE: And I end up getting -- I end up here.

[redacted]: Mm-hmm.

[redacted]: Yeah, the one night. The one thing, the one time you do something different, you end up here. Because you placed those devices.

MR. COLE: I didn't place (inaudible).

[redacted]: And the media is going to spin it one way. We want your words. We want to be able to -- we want to be able to tell the story why you did it. Okay? You've seen -- you've been on YouTube. You've been on Reddit. You see how people spin conspiracy theories. You, you, You've gone through all that. That made you upset.

We don't want this situation to be that. We want this to be "I did this for this reason and, and that's it." Don't let other people explain why you did things.

Does that make sense? Does that make sense?

MR. COLE: I didn't do it, please. Got out of routine one, one night.

[redacted]: One night you got out of your routine.

MR. COLE: One night.

[redacted]: One night. That's it. Ever since then,

I'm sure you've lived a very peaceful, normal, routine life. That one night. I don't want this one night to haunt you for the rest of your life, Brian. I want that -- to come to a resolution today. Whatever the result of the truth is, we'll deal with it. We'll deal. Okay?

You coming forward today will help you in multiple ways. We can tell people that he was stand-up. He told us the truth the first time we approached. And then we can tell your story.

MR. COLE: I swear I didn't. I swear I didn't. Some -- being accused -- somebody did this.

[redacted]: Like [redacted] said, we're not accusing you. We know. And we understand you want to block that night out. And we understand it's hard to say. We understand what you're feeling, Brian. But the only way we can move forward with this is with the truth.

MR. COLE: The truth, the truth, I didn't do it. I don't know what to do anymore.

[redacted]: You need to explain to us so we can have this behind us. I'm telling you, you need to explain to us so we can put this behind us.

MR. COLE: I went to DC. I went to a protest. And that was it. I stayed there for an hour, went to my car, drove away, and that was it. That was the end of it.

[redacted]: So Brian, we know you didn't go to the

protest because we know where your phone was and you were at the RNC and DNC. That's not where the protest was. I know exactly what times you were in DC, and I know exactly your location. I know your location. I know where you were that night. We know you were not at the Capitol at a protest. I know that.

MR. COLE: Please tell me this was a mistake. You need to tell me this was a mistake.

[redacted]: We know where your car was. We know where you were. We know the components that you bought to make the device. We know the shoes you were wearing. We have video of you placing the device.

MR. COLE: Please tell me this was a mistake. Please tell me this was a mistake.

[redacted]: And unfortunately, this isn't going away. Okay? This isn't going away with us leaving, you know, here today. We -- the only way it can go away is by you owning what you did and dealing with it.

MR. COLE: This is a -- (inaudible) your routine and never deviate. Just --

[redacted]: Tell us the truth. You'll feel a lot better.

MR. COLE: I'm telling, I am telling the truth. Anything that's (inaudible). I don't know what to do anymore. I was -- can I take a sip of water?

[redacted]: Mm-hmm.

[redacted]: Yeah, of course. Do you want us to give you a minute?

MR. COLE: Yeah, just to process all of this.

[redacted]: Do you want us to give you a minute? I'll tell you what, we're going to pack up our stuff and we'll give you a few minutes. We'll be right outside the door, okay? Just to let you think. And then we'll come back in and see if you want to tell us the truth. Okay?

Okay. Do you want us to -- we’ll just take the food. We'll be right outside the door, okay? Give you like five minutes. Let's just take the computer.

[redacted]: Okay.

[redacted]: [redacted], can you just hang right here in case he needs anything?

So we're going to leave it right here if you need anything, okay?

MR. COLE: Okay.

[redacted]: Yeah, let me know if you need anything, man, all right?

(Agents leave room.)

MR. COLE: I didn't, I didn't, I didn't, I didn't. (Inaudible.) Relax (inaudible). (Inaudible) chance, even a small chance, (inaudible) chance. But, they got, they got the wrong -- they got something wrong. Just

take it. Even a small, tiny chance. Smallest, tiniest chances.

(Pause.)

MR. COLE: Even a small chance (inaudible), if if there's even a little single chance (inaudible) just take it. Do whatever you can to clear your name. You can get out of this.

(Door opens.)

[redacted]: You doing all right?

MR. COLE: Just wrapping this around me.

[redacted]: Okay, do you need more water or --

MR. COLE: No, I'm, I'm good right now.

[redacted]: Okay. All right, perfect. Let me know if you need more water, alright?

(Door closes.)

MR. COLE: (Inaudible) do it. Just.

(Pause.)

(Door opens and agents enter.)

[redacted]: Brian, how you doing?

MR. COLE: I have a giant pain in my stomach.

[redacted]: I know. Are you ready? Are you ready to explain?

MR. COLE: Explain?

[redacted]: Mm-hmm.

MR. COLE: I didn't do anything. I don't know

how else to explain it.

[redacted]: Well, you're going to need to explain why all the evidence we have shows that you placed those devices, you built those devices. And you're going to have to explain that because what you're saying is not consistent with what we see. Okay?

What you're saying is just not consistent. It's not true. It's not true. And you know that. We know you purchased multiple timers. We know you purchased 9-volt snap battery connectors. We know you purchased 1 by 8-inch galvanized pipe. We know you purchased black iron end caps. We know you purchased galvanized end caps. We know you purchased alligator clips and 14-gauge red wire. We know you purchased 14-gauge black wire. We know you purchased other timers. Other timers because the devices didn't go off, right? They didn't go off. They didn't work.

So, is -- we know you wore those shoes. We know you were at the RNC and DNC between 7:34 and 8:18 p.m. on January 5th. All these are facts, okay? Facts. Not conspiracies, not anything else. They are just straight up facts. Are you hearing me?

MR. COLE: Yeah.

[redacted]: Okay. They're facts. We know that you started wiping your online accounts.

MR. COLE: Hmm?

[redacted]: We see -- we know your Google account, we know that you wiped online accounts. We know you had a Discord account back in the day.

MR. COLE: Yeah.

[redacted]: Yeah. We know. We have so much information, Brian. So much. And you've already told us things here today that have enforced our belief, or not belief, our -- the fact that you did this.

MR. COLE: I don't know how else I'm supposed to explain this to you guys.

[redacted]: We don't need a story, Brian. We don't need an explanation. We just need you to come forward and tell us the truth. You're thinking so hard of the different things you could tell us to make us believe that you didn't do this, but that's, that's a losing battle, because that's not the truth.

MR. COLE: How am I supposed to explain it to you guys. I didn't do it. I didn't do it.

[redacted]: This isn't going away. When I went out to my phone out there, there is an article in the Washington Post about an individual who placed the pipe bombs has been arrested. We have agents that have to go out and talk to your family to interview them, ask them any questions so we can understand even more than we already

know, to make sure there's no ongoing threat, and that we know everything possible about the night of the 5th.

[redacted]: So every one of those family members are going to have to come into DC to be interviewed, every one of them, because that one night you went off script.

[redacted]: If you don't share your side of the story and why you did it, then what's the point of it all?

MR. COLE: How am I supposed to explain it to you guys.

[redacted]: But if you do tell us the truth, Brian, a lot of things change, okay. What changes for good? We can pull back and, you know, maybe not bring everyone that you know down to DC to interview them because we already know the truth.

If you do tell us the truth, you know, like [redacted]n and I have both said, we can tell the story the right way, not the conspiracy theory way.

If you do tell us the truth, we can tell our bosses and the people that are involved in this case that he was straightforward with us on day one. So hopefully that will help you down the line when you have to deal with the consequences of this action. All of those things, all of those things will help you and help your family.

So, what do you want to do, Brian? Do you want to tell us, or do you want us to --

MR. COLE: I don't know, I don’t know what to do anymore.

[redacted]: We've told you what you should do. Do you want to tell us?

MR. COLE: I’m telling you guys the truth already.

[redacted]: Okay.

[redacted]: So right now, if we leave here we're going to say, yeah, we have location from his phone. It says it's at DNC, RNC. We have all this video of him walking around with these shoes we know he owns, this backpack. We have all these purchases from Walmart, Home Depot, Lowes, of all these components that were part of these devices. But when we interviewed him, he lied to us and told us he went to a protest and that was it, even though we have all these facts and evidence that say otherwise. That's where you're currently putting yourself.

[redacted]: So, should we -- do you want us to end this interview, Brian?

MR. COLE: I just -- I don't know what to do anymore. I just -- everything is just, everything is just blank. Being told, being told all of this, it's just a little too much to process. I'm sorry. I’m just --

[redacted]: Do you want us to show you some video?

MR. COLE: (Inaudible.)

[redacted]: You want me to show you some video? Okay. Hey, Brian, I'm just going to shift over here just so I can see the screen a little bit better, okay?

THE MR. COLE: Just too much to process. Just --

[redacted]: Just give me a minute here to get my laptop up.

(Pause.)

[redacted]: Okay. Do you recognize that person?

MR. COLE: No.

[redacted]: Have you watched this video before?

MR. COLE: No.

[redacted]: Are you willing to tell the truth as we watch this video and ask you some questions? Yes?

MR. COLE: Yeah.

[redacted]: Okay.

[redacted]: And, Brian, you understand lying to federal agents is breaking the law. That's another crime. Do you understand that?

MR. COLE: Yeah.

[redacted]: No, look at me. Do you understand that?

MR. COLE: Yeah.

[redacted]: So, we know you haven't told us the truth so far. So more lies just makes it worse, okay?

MR. COLE: All right.

[redacted]: You understand?

MR. COLE: Yeah.

[redacted]: Okay.

[redacted]: So, is this individual you?

(Pause.)

MR. COLE: Yes.

[redacted]: Thank you. Like I said, we're all on the same page. We all --

[redacted]: It's over.

[redacted]: It's over.

[redacted]: It's over. Take a breath. Take a breath. It's over. Let your mind breathe, okay?

MR. COLE: (Inaudible).

[redacted]: I know.

[redacted]: Let your mind breathe, okay? Cry, do whatever you have. It's over. It's over, okay? We can resolve this case.

MR. COLE: I just -- it's --

[redacted]: All right?

[redacted]: Yeah.

[redacted]: You've done a brave thing, Brian. You've, you've admitted to something that's been -- you've been holding in for a long time. Okay? And you did it in the first day that we approached you about it.

MR. COLE: My family is going to be (inaudible).

[redacted]: They're going to be what?

MR. COLE: My family is going to into this?

[redacted]: Well, we can -- listen, if you're willing to walk us through every detail of that night with the truth, we can get your family -- we might not have to bring them all down into DC. They might be interviewed, but we might not have to drag them all here. Okay? We can tell -- we can tell your story. It's over. Okay?

MR. COLE: (Inaudible) you just decided to do something stupid.

[redacted]: One stupid night.

[redacted]: But you did the brave thing today --

[redacted]: Yeah.

[redacted]: -- telling the truth, and it'll make it a little bit easier for your family.

[redacted]: Easier for your family. You don't -- you know? So, Brian, we have two options now, really. Okay?

MR. COLE: Mm-hmm.

[redacted]: You hearing me?

MR. COLE: Mm-hmm, I hear you.

[redacted]: We have two options. Option A. That we sit here with you for the remainder of the afternoon and go through -- go through that night and all the evidence that we have and ask you questions. Okay? That's option A.

Option B is the attorneys and the judge -- we'll have to take you to the judge and over at the courthouse

this afternoon for your initial appearance as a result of these charges. Okay?

So we can either sit here and go through this with you, or we're going to have to take you over to the courthouse.

MR. COLE: Like, what exactly is the difference between the two?

[redacted]: Well, the difference is we don't have to go to the courthouse today. Okay? And we can actually understand why you did this and actually understand all the details of this. You may have to go to the courthouse tomorrow, but that at least will give you some time to prepare yourself. Okay?

[redacted]: And the courthouse, it's what we call an initial appearance --

[redacted]: Yes.

[redacted]: -- where you go before the judge. They read all the charges, tell you, you know, your rights. Ask you a few questions. It's generally open to the public. It's your initial appearance.

MR. COLE: Can you give me some time to process.

[redacted]: Mm-hmm.

[redacted]: Yeah. Do you want us to give you a few more minutes? Yeah? Okay, we'll step out again. Oh, grab your badge.

[redacted]: Thank you.

(Agents leave the room.)

([redacted]e enters the room.)

[redacted]: Hey, Brian, do you need any water?

MR. COLE: Sure.

[redacted]: Okay. Yeah, we'll get you one. Is there anything else you'd like to drink, like a Coke or orange juice? No?

MR. COLE: No.

[redacted]: Just water? Okay. Yeah, we'll get you one.

([redacted]e leaves the room.)

(Pause.)

([redacted]e enters the room.)

[redacted]: Doing all right, Mr. Cole?

MR. COLE: Mm-hmm.

[redacted]: Okay. If you wanted to have any lunch, is there anything you'd be hungry for?

MR. COLE: I'm not hungry.

[redacted]: Okay. What about a snack, like maybe some chips or Cheetos, Pringles?

MR. COLE: No.

[redacted]: No? None of that? Just water?

MR. COLE: Yeah.

[redacted]: Okay. All right, we'll get you some.

([redacted]e leaves the room.)

(Agents enter the room.)

[redacted]: We're back. You doing okay?

MR. COLE: No.

[redacted]: How are you feeling?

MR. COLE: I don't know.

[redacted]: Are you willing to talk with us a little more?

MR. COLE: Yeah.

[redacted]: Okay. So, when we left, we had pulled up that video and, you know, we had talked about we are here because of all of this evidence that we've built around this case with the phone, and the video, and the components. And we, you know, asked you to tell us your truth and the why, and you have told us the truth that it is you in this video, which we appreciate. And so, we'd like to kind of put all that other stuff behind us about you only going to the protest and not building devices.

We, I think, are all three on the same page. It was you. We appreciate your honesty, your bravery. Like he said, we hope you feel a little better having this off your chest, and I think it will make things just a little bit easier on your family.

So, we would like to show you a video and ask you to keep being truthful with us. But, as [redacted]k mentioned, we

also do want to talk about the option to go over to court to be in front of a judge. And so, kind of the two options are we can stay here and keep chatting through this video to kind of, again, get to the bottom of all this and hear your side of the story; or if you want to go to the courthouse, we can go over there, and you'll go eventually in front of the judge. If you don't want to go today, want to keep talking, you can go in front of a judge tomorrow instead.

So, we have a little form for you to fill out if you do want to keep talking and then go to the judge tomorrow. If you want to go to the judge today, we can also --

[redacted]: Arrange that.

[redacted]: -- arrange that.

MR. COLE: I don't get to go home.

[redacted]: What questions do you have?

MR. COLE: Just -- I don't know what questions I have. I'm not going to be able to go home tonight?

[redacted]: No.

[redacted]: Hm-hmm.

[redacted]: Going home tonight's not an option.

MR. COLE: How are they going to react to this?

[redacted]: We can talk about all that --

[redacted]: Yeah.

[redacted]: -- when we're done here. You know, if you want to call your family, if you want -- we can talk about all of that after. Right now, we just want to worry about you and getting your side of things.

[redacted]: Yeah, I mean, I understand your concerns about the family. I totally get it. You're close with your family, you know. But today, today in particular, Brian, you need to focus on Brian, okay? At the end of the day, they're going to -- they're going to love you, okay? They're going to love you no matter what. They're family, okay, and they know you.

They know you never leave your routine. And they know you made one dumb mistake. Okay. That's just what it is. They're still going to love you. (Inaudible.) So -- but we do need to make a decision on whether or not we want to go to the courthouse today.

MR. COLE: How long are we going to -- how long are we going to talk?

[redacted]: If you want to talk, we'll talk probably for a few more hours.

[redacted]: And if you want any breaks or you decide you don't want to talk anymore --

[redacted]: Talk anymore, we stop.

[redacted]: -- we stop. There's no --

MR. COLE: (Inaudible.)

[redacted]: You're in control, Brian.
MR. COLE: I like talking to you guys.
[redacted]: You do? Well, we like talking to you.
[redacted]: Mm-hmm.
[redacted]: And we've actually come a long way, Brian, since we started this.
MR. COLE: So one time, one time I (inaudible).
[redacted]: I know it's frustrating. But you said it yourself, you don't like to dwell on the past. And you say you're a, how did you phrase it, you're a in the moment person?
MR. COLE: Just here and now.
[redacted]: Here and now person. So --
[redacted]: We're here now.
[redacted]: -- here now.
[redacted]: Let's just move forward.
[redacted]: You're being truthful. You told us it was you. We just kind of want to move forward with that same understanding and ask some more questions.
MR. COLE: All right, I want to keep talking to you guys.
[redacted]: Okay.
[redacted]: That's fine.
[redacted]: So, can you sit up so you can see the form here? All right, so let me explain to you what this form

is, okay? This form is saying that you, Brian, are waiving your initial appearance this afternoon, okay? And it says here, I agree my appearance may be delayed for a period not to exceed 24 hours from the time I signed this waiver.

So what this is saying is, you -- by law you're supposed to basically appear before court almost immediately after arrest. But this waiver is saying you're waiving that right and you're going to stay here and talk to us. Does that make sense? Okay.

[redacted]: And be to court by this time tomorrow.

[redacted]: Yeah. So, if you said you -- I -- if you could write your name here and then sign here. If that's what you want to do.

(Reviewing document.)

[redacted]: Do you want me to read the whole thing to you? I'm happy to.

MR. COLE: These are my rights, even if I signed it, right?

[redacted]: Yep.

[redacted]: Yep. Oh, absolutely. Do you want me to read it to you? So, this is saying, I have been informed and I understand that I have a right under Rule 5 of the Federal Rules of Criminal Procedures to be brought without unnecessary delay to the nearest and variable federal magistrate judge or other judicial officer for the purposes

of being advised of the charges against me. So, the judge is going to tell you what charges you're being charged with, okay? Obtain a copy of the affidavit from the government that has filed in support of those charges.

And being advised of my rights specifically, the right to retain counsel or request counsel to be appointed, the right to remain silent, and any statements that may be used against me, the right to a preliminary hearing at which the government would have to establish the charges in the complaint are supported by probable cause, and the circumstances, if any, under which I may secure pre-trial release.

So, this is just saying, you still have all those rights, and you've had all those rights today. This is just saying, you're waiving the right to go for at least 24 hours to go to the judge.

Just sign right here.

(Signing document.)

[redacted]: Okay, thank you. All right. You signed that at approximately 12:13 p.m. (Inaudible.)

Okay, so [redacted] kind of summarized where we -- where we're at. So, we thought maybe the best thing to do is kind of show you some video, okay?

MR. COLE: I don't want to watch it.

[redacted]: You don't want to watch it? You just want

to explain it to us?

MR. COLE: What I did that day was just the dumbest thing I've ever done in life.

[redacted]: The dumbest thing you've done in your life? Why did you do it?

MR. COLE: Just -- something snapped in me, I guess.

[redacted]: Mm-hmm.

MR. COLE: I mean, everything after that was just blank. Genuinely. I didn't -- I , I just drove up, then I think just did it. Just walked around and just did it.

[redacted]: Mm-hmm.

[redacted]: Why did you put them at the RNC and DNC?

MR. COLE: I think, I mean, I really don't like either party at this point.

[redacted]: Mm-hmm.

MR. COLE: I just -- I just don't.

[redacted]: When did you decide that you were going to place them there?

MR. COLE: I don't know when, I just -- I don't really -- honestly, I really don't know when I decided.

[redacted]: Mm-hmm.

MR. COLE: Every -- like, I'm not joking. I know this may seem weird, but literally everything that relates to that is just blank.

[redacted]: Mm-hmm. I believe you.

[redacted]: Mm-hmm. Yeah, we believe you. How did you learn to make the devices?

MR. COLE: Just general science.

[redacted]: Were you, like, looking stuff online?

MR. COLE: No, just -- it's just -- that's just the science around it.

[redacted]: Mm-hmm. Why did you make your homemade -- why did you make the black powder?

MR. COLE: It was the only thing I knew how to make.

[redacted]: How did you learn how to make black powder?

MR. COLE: It's going to seem weird, but there's a video game called Civilization V.

[redacted]: Mm-hmm.

MR. COLE: And when you go up to the technology tree, there's -- when you right-click on one -- one of the technologies that you learn in that game is gunpowder.

[redacted]: Mm-hmm.

MR. COLE: And they say that gunpowder was -- and they say how it was made in the -- they say what goes into it in the description.

[redacted]: Mm-hmm. So how did you make this black powder? What did you use?

MR. COLE: Coal --

[redacted]: Mm-hmm.

MR. COLE: -- sulfur, and potassium nitrate.

[redacted]: Coal, sulfur, and potassium nitrate. And how did you get the potassium nitrate?

MR. COLE: Lowe's.

[redacted]: Lowe's?

MR. COLE: They sell it as -- I think they sell it as either -- I don't remember what they sell it as. I'm sorry, I --

[redacted]: That's okay. You take your time. You're fine. You bought something at Lowe's that had potassium nitrate in it?

MR. COLE: No, it was potassium nitrate.

[redacted]: It was potassium nitrate. And the sulfur, what did you use for sulfur?

MR. COLE: It was something called Lilly Miller Sulfur Dust.

[redacted]: Willy -- yeah, that lines up with what we know. Willy -- yes. And how about the coal? What did you use for coal?

MR. COLE: Just regular coal.

[redacted]: Like, just like charcoal?

MR. COLE: Yeah.

[redacted]: Yeah? Okay.

[redacted]: How long did it take to make?

MR. COLE: I don't remember how long it took.

[redacted]: Did you --

MR. COLE: Just --

[redacted]: Okay.

MR. COLE: Just mashed -- I just mashed up the coal and mixed them together.

[redacted]: Was it like days or hours?

MR. COLE: I guess it's days.

[redacted]: Did you ever test any of these devices?

MR. COLE: No.

[redacted]: No? How many devices did you make?

MR. COLE: Just those two.

[redacted]: Well, we know you bought like a lot of components.

MR. COLE: I was like, oh -- I was like, what the fuck am I do -- am I doing this? And then I think just threw -- I just repeatedly threw away.

[redacted]: Oh, so, so you --

MR. COLE: It was a -- it was those brief moments of clarity when I was just, I was being freaking stupid and just tossed them.

[redacted]: Okay. So you placed two, one at the RNC, one at the DNC, and you made others, but you threw them away?

MR. COLE: The components, yes.

[redacted]: The components. And how -- where did you throw them away?

MR. COLE: The -- just went to the dump.

[redacted]: Went to the dump. Where at, do you know?

MR. COLE: Woodbridge dump.

[redacted]: Woodbridge dump.

MR. COLE: Near my house.

[redacted]: Are there any explosive devices at the house?

MR. COLE: No.

[redacted]: Have you made explosive devices since --

MR. COLE: No.

[redacted]: -- since that time?

MR. COLE: No.

[redacted]: Because we know your purchases go, like, through August of '22.

MR. COLE: No, I didn't make any. That -- those were the only two I ever made.

[redacted]: Those were the only two you ever made. Okay. And you've never tested them before?

[redacted]: Do you remember, like, when you made them?

MR. COLE: No.

[redacted]: But do you think it was after the

election?

MR. COLE: Yeah.

[redacted]: So sometime between November and the night of January 5th?

MR. COLE: Yeah.

[redacted]: How did you transport the devices up to Washington DC?

MR. COLE: Just drove up.

[redacted]: Were they in your book bag?

MR. COLE: No. I put them in my bag after I got there.

[redacted]: After you got there. Were they in your trunk? Were they in the back of your car?

MR. COLE: In the back seat.

[redacted]: Just laying on the back seat?

MR. COLE: In a shoebox.

[redacted]: In a shoebox. Two shoeboxes?

MR. COLE: No, one.

[redacted]: One. You put both of them in there. And you -- so we know that you had one device when you walked up and placed it at the DNC. And then we know there was only one device in your bag. And then we know you got a second device when you went to the RNC. Was -- you just leave one device in the car in between? And where were you parked?

MR. COLE: At Fol --

[redacted]: Folger?

MR. COLE: -- the --

[redacted]: Yeah, Folger Park.

[redacted]: Mm-hmm.

[redacted]: And --

[redacted]: How did you decide, like, where to place them? Because I know at the DNC you put one --

MR. COLE: They were, they were the parties in charge.

[redacted]: I'm sorry, say that one more time.

MR. COLE: I said they were -- Republicans and Democrats were the ones in charge.

[redacted]: That they -- they were the ones in charge, huh?

[redacted]: But how did you decide, like, to place it? I know at the DNC you put it, like, under a bench kind of.

MR. COLE: Just wherever I thought I would -- wherever I thought I could put it.

[redacted]: Mm-hmm.

[redacted]: Did you -- we know you came up here in December of 2020, before. Were you scouting out the RNC at that time? You went to Tortilla Coast.

MR. COLE: Tortilla Coast.

[redacted]: Yeah.

MR. COLE: Because I wanted to eat.

[redacted]: You weren't up here to look -- to walk around the RNC?

MR. COLE: No, I saw Tortilla Coast. I wanted to try it.

[redacted]: But why were you up here that day, in December 2020?

MR. COLE: I don't really remember anything from December 2020, but I did go up -- I remember after I tried Tortilla Coast the first time, I went up there repeatedly to get more.

[redacted]: So you may have just gone up there just for the restaurant?

MR. COLE: Yeah. Tortilla Coast and another one that I -- a burger place along the main road where -- I forgot the name of.

[redacted]: Oh, Good Stuff Eatery?

MR. COLE: Yeah.

[redacted]: That's a good place.

[redacted]: Mmm. Yeah. Are they burgers?

[redacted]: Mm-hmm. And shakes. Milkshakes.

[redacted]: Okay. Burgers and shakes? All right, so you left your house and you drove up to DC. You parked near Folger Park. You had the devices in the back seat,

two of them in a shoebox. You placed one of them in your book bag and you walked to the DNC, correct? And when you walked to the DNC, right before the DNC, you sit down on the bench the first time. Okay? And you don't place the device at this time. Any --

MR. COLE: It was that, it was that one moment of just, am I really fucking doing this?

[redacted]: Mm-hmm.

MR. COLE: That one moment where I just didn't listen to myself.

[redacted]: Mm-hmm.

[redacted]: Right. You seemed to get on your phone. What were you doing on your phone?

MR. COLE: Just watching YouTube.

[redacted]: What were you watching on YouTube?

MR. COLE: Something Star Wars related.

[redacted]: You were watching a Star Wars related YouTube clip?

MR. COLE: Yeah. Yeah.

[redacted]: Just to, like, settle -- like, get your mind off the situation maybe? Is that why? I don't know. You tell me.

MR. COLE: Yeah.

[redacted]: All right, so you --

MR. COLE: Because I don't have -- me -- I

thought that this was just going to end badly and I just wanted to take my mind off of it.

[redacted]: Mm-hmm.

[redacted]: Okay. So you don't place the device there. Then you walk beyond the DNC and you go over to a little grassy area and you sit down on the ground, and you manipulate -- you get into the bag. What were you doing there?

MR. COLE: That's when I, that's when I turned the kitchen timer.

[redacted]: That's when you set the kitchen timer. What did you set the kitchen timer to?

MR. COLE: Like, right up to the end.

[redacted]: So almost, so it was a 60-minute kitchen timer? So you turned it all the way to the 60 minutes?

MR. COLE: Yeah.

[redacted]: Okay. So that's where you set the device. And then you got up, and then you walk back to the DNC, and you place the device at the DNC, correct?

MR. COLE: Mm-hmm.

[redacted]: Okay. And then you walk -- you get up off the bench, after you place the device at the DNC, then you walk --

MR. COLE: Right back to my car and get the other one.

[redacted]: Right back to your car. You get the other device, and you put the other device in your bag -- in your book bag, and you walk to the RNC.

MR. COLE: Yep.

[redacted]: How did you know the layout? Did you research this online beforehand of where the RNC and DNC were located?

MR. COLE: Yep. Google Maps.

[redacted]: Google Maps. And did you intentionally go down Rumsey Court?

MR. COLE: Go down what?

[redacted]: That's the alley right behind the RNC.

MR. COLE: Rumsey Court?

[redacted]: So you know, you walked -- you went down that little alleyway, and then you walked into Rumsey Court, which is the alley that leads right to the back of the RNC where you placed the device?

MR. COLE: I just walked so I could find the place.

[redacted]: Okay. So you were looking for the place. Were you watching Google Maps while you were doing this?

MR. COLE: No.

[redacted]: You were not. Why did you walk past the RNC the first time and come back and place it the second time?

MR. COLE: I just didn't, I just didn't know where I could put it.

[redacted]: You didn't know where you could put it. So you were looking for a spot to put it somewhere. And then you come back and you place the device, and then you walk back out that alleyway. Then what happened?

MR. COLE: Then I just got in my car, went to Capitol Ale House, and went home.

[redacted]: All right. You went to Capitol Ale House?

MR. COLE: Yeah. I went -- I left the city through the Baltimore Bridge.

[redacted]: Mm-hmm.

MR. COLE: Not the Baltimore Bridge, the -- yeah.

[redacted]: And?

MR. COLE: Through, through the bridge that leads to Maryland. The bridge near the National Harbor.

[redacted]: Okay.

[redacted]: Oh, yeah. Is that Wilson? Woodrow Wilson? I forget. I know what bridge you're talking about.

[redacted]: And who knows about this?

MR. COLE: Absolutely no one.

[redacted]: No one helped you do this?

MR. COLE: No.

[redacted]: You didn't tell anybody about this?

MR. COLE: No.

[redacted]: Have you followed this case online at all?

MR. COLE: Yeah, I -- through the news, and just seeing myself like that, just I couldn't, I couldn't bear to tell anyone.

[redacted]: Mm-hmm.

MR. COLE: Not my family, not my coworkers, no one. So I just kept it.

[redacted]: Kept it inside?

MR. COLE: Just kept it and went on with my life. Yeah.

[redacted]: That's a lot to have to keep to yourself. How come the devices didn't go off?

MR. COLE: I honestly didn't know. Like, I really wasn't thinking about, like, any of that stuff at the moment.

[redacted]: Mm-hmm.

[redacted]: Were you trying to kill people?

MR. COLE: No, no, that's -- no. That's why I -- that's why I did it at night.

[redacted]: That's why you did it at night?

MR. COLE: Yeah, at night. No one would have been around.

[redacted]: Mm-hmm. So what did you think people would think when they either saw the devices because they

exploded or when they, you know, found them, what did you think people would think?

MR. COLE: Just really wasn't thinking about that stuff at the time.

[redacted]: What were you mostly thinking about?

MR. COLE: Just, it was all just blank. I just, it was like just moving on autopilot.

[redacted]: Mm-hmm.

[redacted]: Sorry, I'm going to jump back one step here.

[redacted]: Mm-hmm.

[redacted]: When you went to the RNC, you walked by the RNC the first time and you circled back around. When did you set the timer for the RNC device?

MR. COLE: When?

[redacted]: Yeah, where -- or when and where?

MR. COLE: Just right at the spot.

[redacted]: Oh, so when you bent down to place the RNC device --

MR. COLE: Yeah.

[redacted]: -- that's when you set the timer. And you set the timer to, again, the full turn? Full 60 minutes, if you will?

MR. COLE: Yeah.

[redacted]: Okay. So, those are the facts. Those are

the -- that's the truth, Brian. You should feel relieved at some level. I can tell on your face you're relieved, compared to where you were an hour ago, because you were holding that all inside.

[redacted]: That's a lot to -- that's a lot to carry for one person.

[redacted]: And did you -- the shoes, you said you just threw them away?

MR. COLE: Yeah, they were genuinely worn out. I did throw them away.

[redacted]: Mm-hmm.

[redacted]: And where did you throw those away again?

MR. COLE: Just a dumpster.

[redacted]: A dumpster? Did -- and did you throw them away because you knew we were looking for a person with those shoes?

MR. COLE: No, they were genuinely just worn out.

[redacted]: Okay. And the hooded -- the sweatshirt, what did you do with the sweatshirt?

MR. COLE: I put it in a -- I put it in a Goodwill -- in the Goodwill box.

[redacted]: Okay. And you put it in the Goodwill box. And where did you get that sweatshirt from?

MR. COLE: Honestly, I don't remember where I got it from.

[redacted]: Okay. And the backpack, what did you do with the backpack?

MR. COLE: The same thing.

[redacted]: Goodwill? Goodwill?

MR. COLE: Yeah.

[redacted]: Do you know where you got the backpack from?

MR. COLE: No, I'm sorry. I -- it was either Target --

[redacted]: Target?

MR. COLE: -- or -- it was either Target or Walmart.

[redacted]: You don't happen to know the name of the backpack, do you?

MR. COLE: No.

[redacted]: What type of brand it was? Target or Walmart?

MR. COLE: Mm-hmm.

[redacted]: Okay. And can we pull up a map of Folger Park, please?

[redacted]: Yes.

MR. COLE: (Inaudible.)

[redacted]: You say you're sorry?

MR. COLE: (Inaudible.)

[redacted]: I appreciate that. It's good to know

you didn't mean to hurt anyone. That's why you did it at night.

MR. COLE: Yep. Everyone would have been at home asleep.

[redacted]: Mm-hmm.

MR. COLE: No one got -- no one would have gotten hurt.

[redacted]: Mm-hmm.

[redacted]: Can you zoom in?

[redacted]: Mm-hmm.

[redacted]: Can you -- based on the map, is that -- yeah. Yeah, that's the other park right south of it. Where did you park? If you could show us on the map where you parked. Right in between Folger Park and Providence Park.

[redacted]: So --

[redacted]: On D Street.

[redacted]: -- on D Street between --

[redacted]: Folger --

[redacted]: -- 2nd and 3rd.

[redacted]: Did you ever walk through that park? Folger Park?

MR. COLE: Yes. Well, I walk through there, too, whenever I go to DC because that's, that's where I usually park when I go to DC because --

[redacted]: Okay.

MR. COLE: -- that park, that park there's barely any traffic, and I don't really like DC traffic.

[redacted]: Mm-hmm.

[redacted]: Okay, that makes sense. All right. Can we zoom in on the RNC? Oh, where are we?

[redacted]: It's there.

[redacted]: Oh, there it is, to the right. Can we zoom out a little bit?

[redacted]: Mm-hmm.

[redacted]: All right, go -- scroll to the right. Yeah, keep going just to the right. Keep going a little bit more. All right, all right. You see where the RNC is? And you see -- can you show him Rumsey Court?

[redacted]: Yeah.

[redacted]: Zoom in, yeah. Rumsey Court is that alleyway behind. And the device you placed was, was right here, okay. The device was right here. We have you coming out this way off Rumsey Court. At this point, do you know where you went? Did you come through this church area? Did you come down here?

MR. COLE: Uh, down there.

[redacted]: You came here?

MR. COLE: Yeah.

[redacted]: And then you walked up this way, to D

Street, to the, to the park?

MR. COLE: Yeah, to my car.

[redacted]: To your car. Okay. All right, so I -- the last piece here, Brian, is for you to tell us what motivated you to do this. In your words. Not our words, your words.

MR. COLE: Just, something just snapped. At --

[redacted]: Snapped over what?

MR. COLE: Just watching everything. Just everything, getting worse.

[redacted]: And you felt like you wanted to do something?

MR. COLE: Yep.

[redacted]: And you wanted to do something to Congress, right?

MR. COLE: Not, not to Congress, to the -- just to the parties.

[redacted]: To the parties.

[redacted]: And what did you -- so, you know, when either the devices went off or when people found them, what did you hope that they, the parties, you know, found?

MR. COLE: Just, like, I really just wasn't thinking about stuff like that.

[redacted]: Mm-hmm.

[redacted]: What did you, like what -- if they went

off, what do you think -- what were you hoping was going to happen?

MR. COLE: I guess there'd be some news about it. Just --

[redacted]: Say that again? Some news about it?

MR. COLE: There'd be some news about it, but I just generally wasn't thinking about that stuff. I just -- it was -- all just blank.

[redacted]: Mm-hmm. When did you start feeling like you wanted to do something?

MR. COLE: I don't really know when.

[redacted]: Mm-hmm. When did you start building these two devices, do you remember?

[redacted]: I'm sorry, I, I don't.

[redacted]: Mm-hmm.

[redacted]: Was it after the election? November 5th, 2020?

MR. COLE: Yes, I think so. Sometime, maybe. I just don't, I just don't know when.

[redacted]: Mm-hmm. Did you think about any other locations that --

MR. COLE: No, no.

[redacted]: No, you kind of knew you wanted to do the RNC and the DNC because it was symbolic of the two parties in a way?

MR. COLE: I guess, I guess you could say that. Since both -- since they were in charge.

[redacted]: Mm-hmm. Do you feel like you accomplished your goal back in the day?

MR. COLE: Honestly, I didn't know what to think.

[redacted]: Mm-hmm.

MR. COLE: Every time I think back on it, it's just, what the fuck was I doing?

[redacted]: Mm-hmm.

[redacted]: Were you upset at the time that they didn't go off?

MR. COLE: No. No, I was, I was pretty relieved they didn't go off. But by then it was probably too late (inaudible) left the city. There wasn't really much, there wasn’t really much I could do with that situation. Just (inaudible) to think about.

[redacted]: Mm-hmm. What were you thinking about, kind of like in the days after?

MR. COLE: Just are they going to -- when are they going to, when are they going to find me?

[redacted]: Mm-hmm.

[redacted]: When did you start, at some point in 2022, you started paying for a service to clean your cache cookies off your phone and computer?

MR. COLE: Huh?

[redacted]: CCleaner? CCleaner Pro?

MR. COLE: I bought, I bought that just like I buy (inaudible). I didn't really think much -- I just needed something to keep any, like stuff off my phone. I didn’t really think, I really didn't think about stuff like, like that. It was just, it was just safe -- it was just antivirus thinking.

[redacted]: Okay, so it wasn't because of -- hide from this --

MR. COLE: No.

[redacted]: -- from this particular investigation?

MR. COLE: No, that was -- 2022, that was like two years, that was like two years -- a year after, right?

[redacted]: Yeah, but we noticed like your purchases really start in, really late '19, December 2019, and they go all the way through August of '22. Of like pipe nipples, pipes, and end caps and stuff like that. So, I'm just curious, what happened? Why did you stop buying these things?

MR. COLE: Like, when did I stop buying these things?

[redacted]: Like, when you stopped buying the one by eight-inch pipes. Because you bought a lot of them over that period of that time.

MR. COLE: Between 2019?

[redacted]: I could pull up the exact dates. I don't have them off the top of my head. And (inaudible) packet, but --

MR. COLE: It was just that, it was just that voice in my head that said, you're doing something that's stupid.

[redacted]: But you were still constructing, you were tinkering with construction -- destructive devices after the event?

MR. COLE: No, no, no, no, no.

[redacted]: You sure?

MR. COLE: I'm, I'm sure. That -- those would be the only two things. Those were the only two things I ever really tried to --

[redacted]: But you weren't like trying other --

MR. COLE: No.

[redacted]: Other -- build other IUDs?

MR. COLE: No. Once, once the news came out, it's -- it -- once the, once the news came out and I saw those -- I saw that video of those, those images --

[redacted]: Right.

MR. COLE: It's -- terrified -- it terrified me.

[redacted]: Mm-hmm.

[redacted]: Terrified you. And you just shut down and brought everything inside?

MR. COLE: Yeah.

[redacted]: Mm-hmm.

[redacted]: Okay. I -- yeah -- was looking for this. So -- we, we see first, first, you know, pipes you started buying in October of 2019. Buy three there, you buy more pipes. You bought five pipes in 2019. April of '21, you're still buying pipes. You bought several -- you bought a rice cooker and a pressure cooker?

MR. COLE: That was for the house.

[redacted]: Okay, that was for the house. That wasn't for whatever you were --

MR. COLE: No.

[redacted]: -- for whatever you were doing. Did you -- when you built the devices and you bought disinfectant wipes, did you clean them off? You cleaned them with the disinfectant wipes?

MR. COLE: Yeah.

[redacted]: And you used a, you used a -- how did you drill the end caps?

MR. COLE: Just a drill bit.

[redacted]: Just a hand drill and a drill bit?

MR. COLE: Yep.

[redacted]: Did you have a drill press?

MR. COLE: Drill bit.

[redacted]: Drill bit.

MR. COLE: Just a, just a regular drill.

[redacted]: Okay. And, you used the, the, the alligator, alligator clips were, like, crimped onto the wire. How did you crimp those?

MR. COLE: Just with pliers.

[redacted]: With a pair, with a pair of pliers? And you bought a bunch of alarm clocks. Were you, were you practicing different types of timers?

MR. COLE: Just seeing, just seeing which one worked, unless I can get some with a kitchen timer.

[redacted]: So you --

MR. COLE: Because they were, because the kitchen timer was easier.

[redacted]: Kitchen timer was easier other than these other type of alarm clocks? And you've gotten rid of all these alarm clocks at this point?

MR. COLE: Yeah.

[redacted]: Okay.

MR. COLE: After, after all of that, I, like after the -- after that initial scare --

[redacted]: Mm-hmm.

MR. COLE: -- I got rid of everything in hiding and covered it.

[redacted]: Okay.

MR. COLE: Everything was, everything was just

locked down at that point.

[redacted]: Copy. You, you purchased nails at various times. Were you experimenting putting fragments or nails on the platforms?

MR. COLE: No, no, no, no.

[redacted]: That's just regular?

MR. COLE: Yeah.

[redacted]: Regular house stuff?

MR. COLE: That was -- I was doing, I was doing some woodworking stuff. Like I, like I told you earlier, just interests come and go.

[redacted]: Okay. You've also bought some PVC pipes. Did you attempt to build something with PVC?

MR. COLE: Yeah, that, yeah.

[redacted]: Yeah? Okay. And you just settled on the metal?

MR. COLE: The, the PVC -- when did I, when did I buy the PVC pipe?

[redacted]: You bought PVC March of 2020. Yeah, March of 2020, you bought two-inch PVC pipe.

MR. COLE: I honestly don't remember buying those.

[redacted]: Okay.

[redacted]: How did you get the, like, idea to build these kind of devices? I know you said you didn't

follow any instructions, it was just science, but like, how did the idea come into your mind?

MR. COLE: Just reading the news about how (inaudible), like the -- you mean the idea of using, like the idea of using it?

[redacted]: Yeah.

MR. COLE: Just, just the, just the idea. I like, I like looking at, I like looking at history.

[redacted]: Mm-hmm.

MR. COLE: And that's, that's just something.

[redacted]: Mm-hmm. Where else did you, like, read about it in history that these were kind of used?

MR. COLE: I know there was, you know, you know the troubles in Ireland?

[redacted]: Mm-hmm.

MR. COLE: Mostly that.

[redacted]: Okay. And so, you're reading about that, and then were you already kind of feeling frustrated about, you know, the election and the fact no one was doing anything about it, or did that come later?

MR. COLE: Yeah. Like, I've, like, I've been reading, like, this, I've been reading, like, history stuff for a really long time.

[redacted]: Mm-hmm. And so, like, explosives in history was something that you had seen?

MR. COLE: No, just general, just general history stuff.

[redacted]: Can you tell us, can you explain what history stuff you, you have read?

MR. COLE: Let's see. I like medieval history, modern history, Cold War history, World War I, World War II, the end of war periods, basically, basically anything that interests me at that time.

[redacted]: And how do you consume this? You listen to it? You read books or --

MR. COLE: Yeah, YouTube.

[redacted]: YouTube?

MR. COLE: Sometimes, sometimes I'll read but it, just, it's mostly just YouTube.

[redacted]: You all right?

MR. COLE: I'm all right.

[redacted]: Okay. Are you getting an appetite yet?

MR. COLE: No.

[redacted]: No, all right.

[redacted]: Pizza's there if you, if you want it, we can warm it back up, too.

MR. COLE: Thanks.

[redacted]: So, where were you when you first saw yourself in the, the news?

MR. COLE: In my room.

[redacted]: Your room? Was it, like, the day, right after?

MR. COLE: I don't know when they released the pictures.

[redacted]: Mm-hmm.

MR. COLE: But when I saw it, I just froze.

[redacted]: Mm-hmm.

MR. COLE: When you see yourself, when you see yourself committing a crime, it's just, even if I was wearing all that stuff, I recognized myself.

[redacted]: Did you intentionally wear all that stuff so you wouldn't be found?

MR. COLE: Yeah.

[redacted]: The, the face mask, was that just a regular COVID face mask?

MR. COLE: Yeah.

[redacted]: Oh, I do have one question for you. When you, when you were walking the first time to the DNC, you stopped and put the backpack -- backpack on the ground, and you look -- appeared to look across the street and get on your tiptoes at some point. What, what were you doing?

MR. COLE: I did?

[redacted]: We can show you the video if you -- if it refreshes your memory.

MR. COLE: Honestly, I, honestly, I really don't

remember very, I really remember, like, the walk cycle. All I do -- all I remember is walking around, putting it at the DNC, walking around somewhere, getting the other one from the car, walking around to the, to the --

[redacted]: RNC.

MR. COLE: -- RNC, and then just getting back in the car and leaving.

[redacted]: Mm-hmm.

[redacted]: You weren't -- so you -- when you put that backpack on the ground, it look -- you literally got up on your tiptoes, and you looked like you peered across the street. You, you don't know -- you don't recall what you were looking at?

MR. COLE: I know there was some noise. I was wondering what it was.

[redacted]: You heard -- you potentially heard a noise?

MR. COLE: Yeah.

[redacted]: Like a siren?

MR. COLE: It sounded somewhat like that.

[redacted]: I'm sorry, I, I shouldn't have put that in your head. What type -- can you describe the noise?

MR. COLE: Hard to describe. I'm sorry.

[redacted]: That's okay. You're doing great.

[redacted]: It was a concerning noise?

MR. COLE: Yeah. It, it's really hard just trudging all this stuff up.

[redacted]: Mm-hmm.

MR. COLE: When I saw it, just forget it.

[redacted]: Yeah, just kind of block it out. But so, you were wearing the face mask and then you had gloves on? Why were you wearing the gloves?

MR. COLE: To keep fingerprints.

[redacted]: Fingerprints.

[redacted]: Mm-hmm.

[redacted]: And the glasses you were wearing, are these the glasses?

MR. COLE: Those were -- those are my glasses.

[redacted]: They are your regular glasses?

MR. COLE: The glasses I used, used to have before.

[redacted]: Used to have, not these versions.

[redacted]: Mm-hmm.

MR. COLE: Yeah.

[redacted]: Your prior version of glasses.

[redacted]: Mm-hmm. Were you worried about, kind of like street cameras and ring cameras on houses?

MR. COLE: Did they have ring cameras back then?

[redacted]: Yeah.

[redacted]: Not as common as they are now.

[redacted]: Yeah.

MR. COLE: Again, I, I just wasn't thinking about any of that.

[redacted]: Mm-hmm.

[redacted]: All the cameras that you have mounted on your house right now, is that because you're worried about this?

MR. COLE: All the cameras I have mounted on my house?

[redacted]: On your house, there's exterior cameras facing the street. Or is that related to something else?

MR. COLE: It's related to something else.

[redacted]: What else? What's that related to?

MR. COLE: One time, one time someone broke into my car.

[redacted]: Okay. Crime?

MR. COLE: For some reason, he has never actually put, put them on record. Like they can just --

[redacted]: Oh, they're just cameras? They're not recording?

[redacted]: Hey listen --

[redacted]: We, we won't tell.

[redacted]: -- I have a, I have a security system that I have the sign out front, but I don't know how much service I get.

[redacted]: So you threw -- that's what you're wearing, then you got back. When did you -- you saw yourself on the news, that was really --

MR. COLE: Traumatic.

[redacted]: -- traumatic. And then eventually, you said you started throwing away some of the pipes and end caps and stuff.

MR. COLE: Yeah, I threw away -- I'd thrown away everything.

[redacted]: Do you remember, like, what month that was in?

MR. COLE: No, I, I genuinely don't.

[redacted]: Mm-hmm. Did any of your family --

MR. COLE: No, I, I, I did not tell any of them about any of this.

[redacted]: Mm-hmm. Do you think that they would recognize you if they saw the picture that was like, you know, in the video or in the news?

MR. COLE: Probably not, but I really hope they -- I don't think so.

[redacted]: Mm-hmm.

MR. COLE: I really hope they don't.

[redacted]: Mm-hmm.

MR. COLE: But hopefully that doesn't really matter now.

[redacted]: Mm-hmm. But no one ever -- no one in your family ever said something to you about saying that the picture of the pipe bomber looked like you or anything?

MR. COLE: No, No.

[redacted]: Okay. Did you do anything else to try to stop us from, from finding you?

MR. COLE: Nope. Just threw everything away --

[redacted]: Mm-hmm.

MR. COLE: -- and just continued on.

[redacted]: Mm-hmm. Go back to your routine.

MR. COLE: Keep my head, keep my head down and just keep going.

[redacted]: Mm-hmm, mm-hmm. Were you still following politics closely after?

MR. COLE: Not closely anymore.

[redacted]: Okay. So, it was really just that kind of one period that you were following it really closely and you felt like something snapped inside you?

MR. COLE: Yeah, yeah.

[redacted]: Was there anything else that you did or thought about doing?

MR. COLE: No.

[redacted]: It was just --

MR. COLE: Just that.

[redacted]: Mm-hmm. And what was the significance

of January 5th? Like why pick that night?

MR. COLE: Because it was just, it was just a night.

[redacted]: Mm-hmm.

MR. COLE: That was just at, at whim.

[redacted]: Mm-hmm.

[redacted]: Did it have anything to do with the January 6th certification?

MR. COLE: No.

[redacted]: Was there any sort of protest that you actually knew about that night?

MR. COLE: No.

[redacted]: That's okay. No, I appreciate you being honest.

MR. COLE: Yeah.

[redacted]: I didn't know if there was something else going on that you had read about that you decided to -- that's why you decided the 5th even if you didn't go.

[redacted]: All right. How are you doing? How are you feeling?

MR. COLE: I really don't -- just, just thinking.

[redacted]: Do you have any questions for --

[redacted]: For us?

[redacted]: -- for us?

MR. COLE: No.

[redacted]: We're, we're going to step out for a few more minutes and then we'll come back. Okay? Do you want anything?

[redacted]: What do you want? Do you need to use the bathroom?

MR. COLE: No, I'm good.

[redacted]: You sure?

[redacted]: Do you want anything else to eat, even if it's not pizza or wings?

MR. COLE: I'm sure. I just need to think about some things.

[redacted]: Okay.

[redacted]: Okay. We'll give you a few, few more minutes, and then we'll be back. Okay?

(Agents leave the room.)

(Pause.)

MR. COLE: (Mumbling to self.)

(Pause.)

MR. COLE: (Mumbling to self.) What's going to happen? Control it.

(Pause.)

[redacted]: Hey, Mr. Cole, do you need any water, food, or anything? No?

MR. COLE: No.

[redacted]: Okay. If you need anything, let us know,

all right?

(Pause.)

(Mr. Cole knocks on door.)

MR. COLE: Hey, can I, can I go to the bathroom?

MALE VOICE: Yeah, sure. Come, come with, come with us, okay. Actually, yeah, we're going to, we're going to go this way to the restroom. All right.

(Pause.)

(Mr. Cole comes back into room.)

MALE VOICE: I know I already asked but would you like any, any food or, or anything else to drink?

MR. COLE: Nope, I'm good.

MALE VOICE: Okay. Let me know if you need anything, all right?

MR. COLE: All right. (Mumbling to self.)

(Pause.)

(Agents enter room.)

[redacted]: Brian, we're almost done.

[redacted]: I know it's been a long day.

[redacted]: It's been a really long day. So we got good news. All right, so good news is that you're not going to go see the judge today like we talked about. It's going to be tomorrow. Okay? And [redacted]n and I are going to be there as well with you. Okay?

MR. COLE: Okay.

[redacted]: So you'll have a friendly face -- a friendly face tomorrow.

We do have a few follow-up questions, if that's okay.

MR. COLE: Yeah.

[redacted]: Okay, we're going to show you another picture. It's not of you, it's just --

[redacted]: It's not of you.

[redacted]: -- a device. It's just of a device.

MR. COLE: I don't like looking at it.

[redacted]: Okay.

[redacted]: You don't like looking at it? You know what, let's --

[redacted]: You don't have to look at it. We can -- I can just talk about it and ask my questions.

So, so this, these two devices, how did you find instructions, or follow instructions for building them? Like, how'd you know what to do?

MR. COLE: Just -- I just -- science how explosions work.

[redacted]: But how did you learn how explosions work?

MR. COLE: It's just, like I said, just science. You -- it's a tightly -- a tight, confined space, when -- just, that's how it is, right?

[redacted]: But how did you know, like, to put, like,

a steel wall in there?

MR. COLE: Just, just different science videos on YouTube.

[redacted]: Different science videos on YouTube. Did you watch, like, a particular video that kind of talked about construction of IEDs?

MR. COLE: No, no. There was, like, none of that on YouTube. I don't think there was anything on YouTube even back then.

[redacted]: Okay, because there are a couple unique things about this, this particular design that we haven't seen before in other places. So we're, so we really just wanted to understand, like, how you came up with this particular design.

MR. COLE: I wasn't thinking about it. I just, I just put things together, just followed whatever I thought was, just followed whatever I thought was logical, and then just put it together.

[redacted]: Just put it together. Did you, would you, it sounds like you kind of tinkered with some of this stuff. Did you usually do this -- where did you do this in the house?

MR. COLE: In my old bedroom.

[redacted]: And your bedroom's where?

MR. COLE: When I, when I lived upstairs.

[redacted]: Oh, you said your old bedroom.
MR. COLE: Yeah.
[redacted]: So you would do this type of work in your old bedroom?
MR. COLE: Mm-hmm.
[redacted]: And your parents, no one ever saw you with these items?
MR. COLE: No.
[redacted]: Where, where, where did you hide them?
MR. COLE: Closet.
[redacted]: You just put them in your closet?
MR. COLE: Yeah, but my closet was messy back then.
(Laughter.)
[redacted]: So you would just, like, throw them in there, and then put some clothes on top of it, and they never found them?
MR. COLE: Yeah.
[redacted]: No one in your family had ever talked to you about this activity?
MR. COLE: No.
[redacted]: And one time you said you spilled some bleach or something on the carpet?
MR. COLE: That was -- oh, wait a second, he said that was, that was unrelated.

[redacted]: Oh, okay.

MR. COLE: That's just a completely different science thing.

[redacted]: Okay, what was that science thing?

MR. COLE: I wanted to make some -- what was it called, potassium chlorate or something.

[redacted]: Mm-hm.

MR. COLE: It was, it was completely, it was completely different.

[redacted]: Okay.

MR. COLE: It happened, like, way after.

[redacted]: Mm-hmm.

[redacted]: But that, that science experiment, what was the purpose of that? What was it --

MR. COLE: I just, I just wanted to make it.

[redacted]: Potassium chlorate, what can that be used for?

MR. COLE: I honestly have no idea. I saw what, something that was cool on YouTube, and I wanted to replicate it.

[redacted]: Was it a part of a different type of IED?

MR. COLE: No, no.

[redacted]: No?

MR. COLE: No.

[redacted]: Because I did notice in your purchase

history you had a bunch of beaker sets and stuff like that.

MR. COLE: Yeah, that came -- all those on Amazon, that was, that was for the, that was for that.

[redacted]: For the potassium chloride (sic) experiment?

MR. COLE: Yeah.

[redacted]: Not for the construction of the black powder?

MR. COLE: No.

[redacted]: And, oh yeah, I forgot to ask, you purchased a bunch of funnels, is that what you used to get the black powder into the pipes? How did you get the black powder into the pipes?

MR. COLE: I just poured them in.

[redacted]: How -- what kind of drum did you make the black powder in? Is it like --

MR. COLE: Just Pyrex.

[redacted]: Like a Pyrex bowl?

MR. COLE: Yeah.

[redacted]: So you would put the components, so you put charcoal, sulfur, and nitrate, is that right? You put them in a bowl and you just mixed it up?

MR. COLE: Yeah.

[redacted]: And then you took the pipe and you took the bowl and you just dumped it in?

MR. COLE: I had a spoon, I poured it -- I used a spoon or a ladle or a measuring cup or something, just poured it.

[redacted]: Okay, so you, a ladle or a measuring cup to like pour it in like that?

MR. COLE: Yeah.

[redacted]: Okay.

[redacted]: And then you said you never tested any of these devices?

MR. COLE: Right.

[redacted]: From your understanding, how big of an explosion would one of these devices kind of result in?

MR. COLE: I honestly don't, I honestly don't know.

[redacted]: Have you ever tested the timer, the kitchen timer?

MR. COLE: No, I never tested any of this.

[redacted]: You never tested the kitchen timer?

MR. COLE: No. Like I said, this was -- all this stuff was like spur of the moment. I didn't, I didn't really test anything.

[redacted]: And then that night after you set the timer and left the devices, did you stay in the city to like, see if --

MR. COLE: No, I immediately left.

[redacted]: Okay. Did you follow up on, like, look on the news or anything to try to see if they went off or if anyone found them?

MR. COLE: No, I was on my way home. I was on my way home. I couldn't believe I just did. I just wanted to just wanted to block everything out.

[redacted]: Mm-hm.

[redacted]: Did you go directly from DC right to Capitol Ale House?

MR. COLE: Yeah.

[redacted]: And did you just pick up food or you talked to someone there?

MR. COLE: I picked up food.

[redacted]: You picked up food?

MR. COLE: Yeah.

[redacted]: And then after you got your food, where did you go?

MR. COLE: I went home.

[redacted]: You just went directly home?

MR. COLE: Yeah.

[redacted]: You talk to anyone that night?

MR. COLE: No.

[redacted]: Can we show you one number in case you recognize it of someone that you may have called that night? I don't know if you'll recognize it. It's 703-991-

2110.

MR. COLE: I think that, I think that was the number for the Ale House.

[redacted]: So the Ale House is 2550.

MR. COLE: 2550.

[redacted]: This is a different number. You were actually in touch with this number around one o'clock that day. You had –

MR. COLE: One o'clock?

[redacted]: Yeah, one o'clock. You had --

MR. COLE: P.M.?

[redacted]: Yeah. Not at night. So this is actually one o'clock. Three texts, two incoming texts and one outgoing text.

MR. COLE: I don't think I remember anything about this number.

[redacted]: Okay.

[redacted]: That's okay, just wanted to ask if you recognize it.

MR. COLE: It could be one of those bot calls. I don't --

[redacted]: Yeah.

[redacted]: Mm-hmm.

MR. COLE: Because I received a lot of those.

[redacted]: Mm-hmm.

MR. COLE: Do you ever text with people from work? Like, not your co-workers or family, but are there any other people that you text with as part of your job?

MR. COLE: Only for like what clients need to be entered and stuff.

[redacted]: Okay.

MR. COLE: Like, clients need to be entered and stuff, I-391s, because I work at a bail bonding company.

[redacted]: Mm-hmm.

MR. COLE: And one of the departments I work in is immigration bonds.

[redacted]: Okay.

MR. COLE: So whenever they need me to enter something or need me to find something or need me to enter notices, they'll text me.

[redacted]: Okay. So that could have been, maybe.

Any other device questions?

[redacted]: We didn't talk about the paper clips. So you glued the paper clips to the timer?

MR. COLE: Yeah.

[redacted]: And the way that you would -- tell me, is it so that you would set it, so then as the timer would tick down, you would wait for the two paper clips to touch. Is that correct?

MR. COLE: Yeah. Basic electricity.

[redacted]: Basic electricity, so you completed the circuit?

MR. COLE: Yeah.

[redacted]: And then once the paper clips touched, nine-volt battery would then heat up the steel wool? Is that correct?

MR. COLE: Yeah.

[redacted]: And then eventually you would hopefully ignite the explosive?

MR. COLE: Yeah.

[redacted]: Why did you use alligator clips?

MR. COLE: Just to clip it.

[redacted]: Okay.

MR. COLE: Just more, just more metal, more electricity.

[redacted]: Did you ever think about using like, insulated alligator clips versus these non-insulated ones?

MR. COLE: Not really.

[redacted]: Okay.

[redacted]: And how long do you think it took you to make these two devices?

MR. COLE: Maybe a couple, maybe a couple -- it depend -- did that include buying all the --

[redacted]: No, let's not talk about the purchase. When you actually assembled it, how long did it take you to

assemble it?

MR. COLE: Like a few days.

[redacted]: A few days. And did you assemble it the days before January 5th?

MR. COLE: I assembled it that night.

[redacted]: You assembled this on January 5th?

MR. COLE: Like -- yeah.

[redacted]: So you connected -- so when did you actually pour the black powder in the pipes?

MR. COLE: Like, in, like, the hours before I went.

[redacted]: Okay. So this all happened on January 5th. Correct?

MR. COLE: Yeah.

[redacted]: Okay.

MR. COLE: And when did you decide that you were going to make these and bring them into DC?

MR. COLE: Like, like weeks before --

[redacted]: Okay.

MR. COLE: -- like, maybe -- I don't know how many (inaudible) this before --

[redacted]: So it had been on your mind, and you decided that you were going to do it.

MR. COLE: Yep.

[redacted]: And then --

MR. COLE: Then I stepped out of the routine.

[redacted]: Mm-hmm. Then you stepped out of the routine.

[redacted]: One bad night.

MR. COLE: I had a chance to just walk away. I had one moment of clarity and I didn't listen to myself. I disappointed everyone.

MR. COLE: Well, you know, now you can rest easy, okay? The truth is out there. It was a brave thing you did today.

MR. COLE: I don't know how many times I wanted to turn myself in.

[redacted]: You wanted to turn yourself in?

MR. COLE: So, so many times.

[redacted]: Mm-hmm.

MR. COLE: I'd be just scared.

[redacted]: Mm-hmm.

[redacted]: Yeah. It makes sense.

[redacted]: You kind of wanted to just get it off your chest in a way?

MR. COLE: Just tell someone. I just couldn't.

[redacted]: Mm-hmm. Well, we're grateful you told us. I hope you feel a little bit better even though I know you're mad at yourself for stepping out of your routine.

MR. COLE: It's not the stepping out of the

routine that matters the most. It's just the fact that I did something so stupid.

[redacted]: Yeah.

MR. COLE: Stepping out of the routine itself isn't bad, but it's what you do during it.

[redacted]: Mm-hmm. Yeah.

MR. COLE: I have stepped out of the routine, like, before, but this was just -- just this.

[redacted]: Mm-hmm.

[redacted]: We also got good news, in addition more good news. So we're not going to bring all your family into DC for questioning, because you were so forthright with us.

MR. COLE: I don’t want them to think I let them down.

[redacted]: But listen, like I said before, they're your family. They love you. That's not going to change. Okay? But at least they don't have to get drug down here to DC and testify in court, you know? So that's a good thing.

MR. COLE: Yeah.

[redacted]: I think we just have --

MR. COLE: I don't think I can -- I don't think I can face them after all this.

[redacted]: I know it'll be hard, but they're your

family. You'll be able to do it and they'll be there for you.

MR. COLE: I hurt them so much.

[redacted]: I think we just got one more question for you about the picture of the shoes that we showed you earlier, the Nikes. I know you said you had bought them yourself with the Capital One credit card, and then gave them away saying the holes -- did you already ask this? (Inaudible.)

Do you remember if you bought them online or in a store?

MR. COLE: Store.

[redacted]: Do you remember what store?

MR. COLE: I don't. Could have been Foot Locker, could have been the Nike store at the Potomac Mills mall, but --

[redacted]: Okay.

MR. COLE: -- I don't remember.

[redacted]: Nike or Foot Locker. Nike store at Potomac Mills or Foot Locker?

MR. COLE: All I know is that I've had them for a pretty long time and rarely wore them.

[redacted]: Is there any reason why you wore those shoes that night?

MR. COLE: I just thought that they were

unfamiliar. At that point I was wearing something else.

[redacted]: Okay, so you wore shoes that you thought were unfamiliar?

MR. COLE: Yeah.

[redacted]: And people wouldn't recognize you in these shoes because you've been wearing something else recently.

MR. COLE: Yeah, but a long time ago. Those shoes are, pretty sure they're like years old at that point.

[redacted]: Mm-hmm.

[redacted]: Okay. Well, Brian, I know how hard today was. We appreciate you coming forward with this information. We truly do. And I hope it's some sort of relief for you to kind of get this off your chest. We're going to step out one more time and I apologize for it. And I think at that point we'll probably move to another location. So before we go, do you need anything?

MR. COLE: No.

[redacted]: Okay. Bathroom? You squared away in the bathroom?

MR. COLE: Yeah.

[redacted]: I'm assuming you don't want this food anymore? Or do you want it?

MR. COLE: Part of me wants it but, just part of

me lost my appetite.

[redacted]: So you don't want the food anymore?

[redacted]: You want us to heat it up for you? You haven't eaten anything all day yet.

MR. COLE: Sure.

[redacted]: Okay, we'll heat it up for you. It'd probably be good for you to eat something. Anything else?

[redacted]: No.

[redacted]: Okay. All right, we'll step out one more time and then we'll probably move --

[redacted]: -- tell you next steps.

MR. COLE: All right.

[redacted]: We'll heat up this pizza, too.

[redacted]: Yeah, we have the chicken wings, too.

[redacted]: You want chicken wings or pizza?

MR. COLE: Pizza.

[redacted]: Just pizza?

MR. COLE: Yeah.

(Agents leave room.)

MR. COLE: (Mumbling to self.)

(Pause.)

(Door opens.)

[redacted]: Hey Mr. Cole, we've got some pizza here for you. These are heated up. Probably smart for you to get some food in your belly just because it could be a

minute before you get to have food. So this one's cheese, this one's pepperoni. Yeah. And if you need anything else, let me know. You got water? Coke? Sound good?

MR. COLE: Yeah, thank you.

[redacted]: All right, perfect.

([redacted]e leaves room.)

(Pause.)

MR. COLE: (Mumbles to self.) but I just -- I just can't make it stop. (Mumbles to self).

(Door opens.)

[redacted]: Doing all right, Mr. Cole?

MR. COLE: Yeah.

[redacted]: Warm enough?

MR. COLE: Yeah.

[redacted]: Okay. If you need anything, I'll be in the hall, all right?

(Door closes.)

(Pause.)

MR. COLE: (Mumbles to self) so be it. Whatever punishment they give me (inaudible). Whatever punishment they give me.

(Pause.)

MR. COLE: (Mumbles to self) their family. (Inaudible).

(Pause.)

MR. COLE: (Inaudible) just take it one step at a time, right?

(Door opens.)

[redacted]: You doing all right, sir?

MR. COLE: Just -- I'm all right, yeah. I'm just -- I've calmed down.

[redacted]: Do you need to use the restroom or anything? No?

MR. COLE: No, I'm good.

[redacted]: Okay.

MR. COLE: Okay.

[redacted]: All right, well if you need to use the restroom or anything, just let me know, all right?

MR. COLE: Thank you.

(Pause.)

(Mr. Cole mumbles to self.)

(Pause.)

(Door opens.)

[redacted]: Doing all right, Mr. Cole?

MR. COLE: Yeah, I'm, I'm doing better.

[redacted]: Do you need the restroom or anything like that?

MR. COLE: No.

[redacted]: No? All right. If you need any more water, let me know, okay?

MR. COLE: Okay.

(Door closes.)

(Pause.)

MALE VOICE: (Talking outside the room.) Hey. I just need to use the restroom and then I can come back and get him. All right, cool.

(Pause.)

(Mr. Cole continues to mumbles to self.)

(Pause.)

(Talking outside room.)

[redacted]: (Inaudible.) So sorry.

MALE VOICE: Oh cool.

[redacted]: So sorry (inaudible).

MALE VOICE: No, it's okay. (Inaudible.) Mr. Cole's in here.

[redacted]: (Inaudible) thanks (inaudible).

(Pause.)

(Indiscernible talking outside room.)

[redacted]: All right, watch. All right, Brian. We're going to move, okay?

MR. COLE: You're going to stay with me?

[redacted]: [redacted] and I are going to go with you. Okay?

MR. COLE: Thank you.

[redacted]: Did you use the restroom or anything

before, uh --

MR. COLE: No.

[redacted]: Okay. You sure?

MR. COLE: I'm sure.

[redacted]: Okay. You can just leave the blankets there.

[redacted]: All right, I'm going to go ahead and put handcuffs on you, all right? We're not going to be going that far.

[redacted]: Yeah, this is not a 45 minute ride. This is a 5 minute ride. Okay?

[redacted]: There we go. You got it? Yep. All right. Are they comfortable enough? These aren't too tight. I'm going to just go ahead and make sure they don't climb.

MR. COLE: All right.

[redacted]: All right, all good?

MR. COLE: Yes.

MALE VOICE: Feels like you're pretty comfortable there. All right. All right. Would you mind grabbing this, uh --

[redacted]: Yeah, I got it. I got this. All right. Where did [redacted]n go?

[redacted]: She's --

(Pause.)

(End of video.)

* * * * *

TRANSCRIBER'S CERTIFICATE

Diversified Reporting Services hereby certifies that the foregoing pages represent a transcript of the interview of Brian Cole, Jr., taken on 12/4/25, in the case of:

United States v. Brian Cole, Jr.

Case No. 25-MJ-276

of the Provided Material for the United States Attorney's Office.

Michelle Yenchochic, Transcriber