**Wednesday, October 21, 2026 at 11:54:00 AM Central Daylight Time**

---

**Subject:** Re: US v. Cole -- Govt Discovery Request, Rules 12 & 16 Letter
**Date:** Wednesday, October 14, 2026 at 5:44:18 PM Central Daylight Time
**From:** John R. Glover
**To:** Jones, Charles (USADC), jms@mcfaddenshoreman.com, mwilliams@hdrattorneys.com, Alex Little, Zachary Lawson
**CC:** Ballantine, Jocelyn (USADC), Allen, Stuart (USADC), Bill Abely
**Category:** Filed to Clio
**Attachments:** image001.png, image002.png, image003.png, image004.png, ak79ktwown.png, xvr6mn4gw4.png, bog5z5y8swq.png

Charles,

We'll gladly provide all materials required by Rules 12(h) and 26.2 before the suppression hearing once we've identified who we plan to call to testify. Is there some different rule or authority on which the government's request is based to which you could direct us?

Thanks,
JR

**John Ross Glover**
**Partner**
LITSON
54 Music Square East, Suite 300
Nashville, Tennessee 37203

(615) 985-8187 | jr@litson.co

**CONFIDENTIALITY NOTICE**: This email and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately and delete this message. Any unauthorized review, use, disclosure, or distribution is prohibited. Thank you.

---

**From:** Jones, Charles (USADC) <Charles.Jones3@usdoj.gov>
**Date:** Tuesday, October 13, 2026 at 3:03 PM
**To:** John R. Glover <jr@litson.co>; jms@mcfaddenshoreman.com <jms@mcfaddenshoreman.com>; mwilliams@hdrattorneys.com <mwilliams@hdrattorneys.com>; Alex Little <alex@litson.co>; Zachary Lawson <zack@litson.co>
**Cc:** Ballantine, Jocelyn (USADC) <Jocelyn.Ballantine2@usdoj.gov>; Allen, Stuart (USADC) <Stuart.Allen@usdoj.gov>
**Subject:** RE: US v. Cole -- Govt Discovery Request, Rules 12 & 16 Letter

Good afternoon,

The government's request as to Dr. Black was not limited to Rule 26.2 materials. Please confirm that the defense is refusing to disclose the information and records enumerated in the government's letter concerning Dr. Black dated October 7, 2026.

**Charles R. Jones**
Assistant U.S. Attorney
National Security Section
U.S. Attorney's Office
Washington, D.C.
(202) 252-6976

---

**From:** John R. Glover <jr@litson.co>
**Sent:** Monday, October 12, 2026 6:17 PM
**To:** Jones, Charles (USADC) <Charles.Jones3@usdoj.gov>; jms@mcfaddenshoreman.com; mwilliams@hdrattorneys.com; Alex Little <alex@litson.co>; Zachary Lawson <zack@litson.co>
**Cc:** Ballantine, Jocelyn (USADC) <Jocelyn.Ballantine2@usdoj.gov>; Allen, Stuart (USADC) <Stuart.Allen@usdoj.gov>
**Subject:** [EXTERNAL] Re: US v. Cole -- Govt Discovery Request, Rules 12 & 16 Letter

Charles,

We're in receipt of each of your letters. To your letter focused on Dr. Black, we've not finalized our decisions about who we plan to call as witnesses at the suppression hearing. We'll provide the government any Rule 26.2 materials in advance of the hearing.

Thanks,
JR

**John Ross Glover**
**Partner**
LITSON
54 Music Square East, Suite 300
Nashville, Tennessee 37203

(615) 985-8187 | jr@litson.co

**CONFIDENTIALITY NOTICE**: This email and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately and delete this message. Any unauthorized review, use, disclosure, or distribution is prohibited. Thank you.

---

**From:** Jones, Charles (USADC) <Charles.Jones3@usdoj.gov>
**Date:** Wednesday, October 7, 2026 at 7:43 PM

**To:** jms@mcfaddenshoreman.com <jms@mcfaddenshoreman.com>; mwilliams@hdrattorneys.com <mwilliams@hdrattorneys.com>; John R. Glover <jr@litson.co>; Alex Little <alex@litson.co>; Zachary Lawson <zack@litson.co>
**Cc:** Ballantine, Jocelyn (USADC) <Jocelyn.Ballantine2@usdoj.gov>; Allen, Stuart (USADC) <Stuart.Allen@usdoj.gov>
**Subject:** US v. Cole -- Govt Discovery Request, Rules 12 & 16 Letter

Counsel,

Please see the attached letters.

**Charles R. Jones**
Assistant U.S. Attorney
National Security Section
U.S. Attorney's Office
Washington, D.C.
(202) 252-6976