**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 1:26-cr-00001 (AHA)** |
| | : | |
| **BRIAN J. COLE, JR.,** | : | |
| | : | |
| **Defendant.** | : | |

**UNOPPOSED MOTION TO MODIFY PRETRIAL ORDER**

The United States respectfully submits this unopposed motion to modify the Pretrial Order issued on October 22, 2026. ECF 115. In that Pretrial Order, based on the parties' joint proposed scheduling order (ECF 101), the Court set the deadline for pretrial motions other than motions *in limine* for November 20, 2026. ECF 115 at 2. Expressly included in that provision was any government motion to exclude the admissibility of alternative-perpetrator evidence. *Id.*

Given the ongoing litigation regarding the defendant's motion for the early return of materials from Rule 17(c) subpoenas (ECF 88, 91, and 96) and the anticipated litigation regarding those subpoenas by third parties should they be issued, all of which will impact the parties' abilities to address the admissibility of alternative-perpetrator evidence and the basis for such pleadings, the government proposes modifying the Pretrial Order as to the litigation regarding the government's motion to exclude the admissibility of alternative-perpetrator evidence.

The government proposes modifying the Pretrial Order as to the government's motion to exclude the admissibility of alternative-perpetrator evidence only and requests that the Court order that the government's motion be due seven days following the latest of (a) a ruling denying the currently pending defense motion for the Rule 17(c) subpoenas (ECF 88), (b) an order from the Court quashing any such subpoenas, or (c) the parties' inspection of any production resulting from issued Rule 17(c) subpoenas. The defendant would file any response within ten days of the

government filing its motion, and the government would file any reply within seven days of the defense filing its response.

Respectfully Submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

*/s/ Stuart Allen*
STUART D. ALLEN (D.C. Bar No. 1005102)
CHARLES R. JONES (D.C. Bar No. 1035541)
JOCELYN BALLANTINE (CA Bar No. 208267)
Assistant United States Attorneys
National Security Section
601 D Street, NW
Washington, D.C. 20530