**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 1:26-cr-00001 (AHA)** |
| | : | |
| **BRIAN J. COLE, JR.,** | : | |
| | : | |
| **Defendant.** | : | |

**[PROPOSED] ORDER**

Based upon the representations made in the United States's unopposed Motion to Modify Pretrial Order, the entire record of this case, and for good cause shown, it is hereby:

ORDERED that the Pretrial Order (ECF 115) is modified such that the United States shall file any motion to exclude the admissibility of alternative-perpetrator evidence seven days following the latest of (a) a ruling denying the defendant's pending motion for the Rule 17(c) subpoenas (ECF 88), (b) an order from the Court quashing any such subpoenas, or (c) the parties' inspection of any production resulting from issued Rule 17(c) subpoenas. The defendant would file any response within ten days of the government filing its motion, and the government would file any reply within seven days of the defense filing its response.

______________________________
AMIR H. ALI
United States District Judge

Date: November __, 2026