**FD-1083**
02/06/2025

**FEDERAL BUREAU OF INVESTIGATION**
**WAIVER CONCERNING TIMING OF INITIAL APPEARANCE BEFORE THE UNITED STATES MAGISTRATE JUDGE**

1. I, Brian Cole have been informed by SA [redacted] that I have been arrested for violation(s) of Title 18 USC 844(d) (i), United States Code, Section(s) pertaining to Explosive Device.

2. I have been informed and understand that I have a right under Rule 5 of the Federal Rules of Criminal Procedure to be brought without unnecessary delay before the nearest available federal magistrate judge or other judicial officer for the purposes of:

   a. being advised of the charges against me, and obtaining a copy of any affidavit the government has filed in support of those charges;
   b. being advised of my rights, specifically:
      i. the right to retain counsel or request that counsel be appointed;
      ii. the right to remain silent, and that any statement I make may be used against me;
      iii. the right to a preliminary hearing, at which the government would have to establish that the charges in the complaint are supported by probable cause; and
   c. the circumstances, if any, under which I may secure pretrial release.

3. At this time, I waive my right to appear before a federal magistrate judge or other judicial officer without unnecessary delay for these purposes.

4. I agree that my appearance may be delayed for a period not to exceed ~~72 hours~~ 24 hours from the time I sign this waiver.

5. I do so knowingly and voluntarily, understanding that I have been arrested and will remain in custody until I am brought before a United States Magistrate Judge or other judicial officer.

6. I understand that a complaint, information, or indictment will be filed against me charging me with a violation of federal criminal law, and that I will be prosecuted for that violation.

7. I also understand that the United States Magistrate Judge or other judicial officer before whom I will appear may be located in a district other than the one in which I was arrested and that I may be required to travel in the custody of federal agents to locations other than the district in which I was arrested.

B Cole
DEFENDANT

12/4/25
DATE

12:13pm
TIME

[redacted]
WITNESS

[redacted]
WITNESS